# KMK Attorneys' Deposition Testimony

## CONFLICT

*Deposition of John Winstead* (8/19/03)

| | | |
|---|---|---|
| p. 4, 1.19 | - | p. 7, 1.1 |
| p. 8, 1.1 | - | p. 9, 1.18 |
| p. 10, 1.8 | - | p. 12, 1.17 |
| p. 26, 1.12 | - | p. 27, 1.14 |
| p. 30, 1.13 | - | p. 33, 1.25 |
| p. 34, 1.11 | - | p. 36, 1.1 |
| p. 38, 1.14 | - | p. 43, 1.3 |
| p. 46, 1.4 | - | p. 47, 1.15 |
| p. 103, 1.18 | - | p. 104, 1.19 |
| p. 109, 1.7 | - | 1.18 |
| p. 121, 1.19 | - | p. 122, 1.18 |
| p. 123, 1.4 | - | p. 124, 1.22 |
| p. 133, 1.10 | - | p. 134, 1.12 |
| p. 188, 1.18 | - | p. 191, 1.21 |

## KMK Attorneys' Deposition Testimony

**PREPARATION OF PROXY MATERIALS/REGISTRATION STATEMENT**

*Deposition of John Winstead* (8/19/03)

| | | |
|---|---|---|
| p. 52, 1.12 | - | p. 54, 1.4 |
| p. 55, 1.4 | - | p. 57, 1.12 |
| p. 60, 1.8 | - | p. 63, 1.19 |
| p. 68, 1.1 | - | 18 |
| p. 69, 1.5 | - | p. 71, 1.14 |
| p. 76, 1.6 | - | p. 77, 1.18 |
| p. 92, 1.23 | - | p. 92, 1.24 |
| p. 97, 1.3 | - | 1.15 |
| p. 98, 1.6 | - | p. 99, 1.4 |
| p. 160, 1.5 | - | p. 101, 1.3 |
| p. 165, 1.22 | - | p. 169, 1.25 |
| p. 181, 1.5 | - | p. 182, 1.13 |

# KMK Attorneys' Deposition Testimony

## **CONFLICT**

*Deposition of Mark Reuter* (8/10/03)

|   |   |   |
|---|---|---|
| p. 12, 1.5 | - | p. 13, 1.21 |
| p. 14, 1.11 | - | p. 15, 1.17 |
| p. 203, 1.13 | - | p. 205, 1.2 |

# KMK Attorneys' Deposition Testimony

## PREPARATION OF PROXY MATERIALS/REGISTRATION STATEMENT

*Deposition of Mark Reuter (8/20/03)*

| | | |
|---|---|---|
| p. 7, 1.19 | - | p. 9, 1.22 |
| p. 10, 1.16 | - | 1.25 |
| p. 16, 1.12 | - | p. 17, 1.24 |
| p. 18, 1.5 | - | p. 19, 1.23 |
| p. 23, 1.23 | - | p. 24, 1.8 |
| p. 25, 1.6 | - | 1.9 |
| p. 27, 1.1 | - | p. 24, 1.5 |
| p. 45, 1.20 | - | p. 47, 1.16 |
| p. 62, 1.3 | - | p. 63, 1.1 |
| p. 68, 1.6 | - | p. 75, 1.19 |
| p. 77, 1.12 | - | p. 79, 1.17 |
| p. 81, 1.20 | - | p. 84, 1.1 |
| p. 88, 1.9 | - | p. 92, 1.10 |
| p. 95, 1.15 | - | p. 97, 1.20 |
| p. 108, 1.9 | - | p. 110, 1.22 |
| p. 111, 1.14 | - | p. 112, 1.19 |
| p. 127, 1.13 | - | p. 128, 1.18 |
| p. 135, 1.6 | - | 1.14 |
| p. 138, 1.10 | - | p. 140, 1.17 |
| p. 144, 1.3 | - | 1.14 |
| p. 149, 1.15 | - | p. 153, 1.14 |
| p. 179, 1.18 | - | 1.24 |
| p. 201, 1.7 | - | p. 202, 1.20 |

## KMK Attorneys' Deposition Testimony

### CONFLICT

*Deposition of Tim Matthews* (8/1/03)

|  |  |  |
|---|---|---|
| p. 22, 1.7 | - | p. 24, 1.13 |
| p. 30, 1.4 | - | p. 31, 1.22 |
| p. 32, 1.21 | - | p. 34, 1.2 |
| p. 70, 1.21 | - | p. 74, 1.10 |

## KMK Attorneys' Deposition Testimony

### PREPARATION OF PROXY MATERIALS/REGISTRATION STATEMENT

*Deposition of Tim Matthews* (8/1/03)

| | | |
|---|---|---|
| p. 5, 1.1 | - | p. 9, 1.18 |
| p. 34, 1.4 | - | p. 36, 1.5 |
| p. 36, 1.6 | - | p. 38, 1.16 |
| p. 47, 1.1 | - | 1.11 |
| p. 49, 1.25 | - | p. 50, 1.24 |
| p. 55, 1.19 | - | p. 57, 1.4 |
| p. 118, 1.3 | - | p. 119, 1.10 |
| p. 122, 1.17 | - | p. 124, 1.18 |
| p. 127, 1.8 | - | p. 128, 1.23 |
| p. 133, 1.12 | - | p. 136, 1.8 |
| p. 139, 1.20 | - | p. 141, 1.21 |
| p. 142, 1.15 | - | p. 143, 1.3 |
| p. 204, 1.9 | - | p. 210, 1.13 |
| p. 216, 1.4 | - | p. 220, 1.2 |
| p. 222, 1.17 | - | p. 225, 1.21 |
| p. 226, 1.16 | - | p. 228, 1.8 |
| p. 235, 1.7 | - | p. 236, 1.13 |

## KMK Attorneys' Deposition Testimony

### CONFLICT

*Deposition of Mark Weiss* (continuing) (8/22/03)

|  |  |  |
|---|---|---|
| p. 14, 1.25 | - | p. 17, 1.15 |
| p. 19, 1.5 | - | p. 22, 1.9 |
| p. 128, 1.7 | - | p. 131, 1.16 |
| p. 135, 1.22 | - | p. 136, p. 22 |

E-7

# KMK Attorneys' Deposition Testimony

## PREPARATION OF PROXY MATERIALS/REGISTRATION STATEMENT

*Deposition of Mark Weiss* (continuing)  (8/19/03)

| | | |
|---|---|---|
| p. 26, 1.19 | - | p. 27, 1.2 |
| p. 35, 1.12 | - | p. 37, 1.21 |
| p. 41, 1.21 | - | p. 42, 1.2 |
| p. 43, 1.8 | - | p. 44, 1.2 |
| p. 94, 1.4 | - | p. 96, 1.25 |
| p. 99, 1.22 | - | p. 101, 1.7 |
| p. 104, 1.11 | - | p. 108, 1.2 |
| p. 114, 1.8 | - | p. 117, 1.18 |
| p. 120, 1.18 | - | p. 124, 1.4 |
| p. 152, 1.20 | - | p. 154, 1.4 |
| p. 154, 1.20 | - | p. 157, 1.18 |
| p. 227, 1.3 | - | p. 229, 1.5 |