# OHSL

## SUMMARY OF ATTORNEYS INVOLVED IN OHSL-PFGI MERGER AND/OR LITIGATION

### LITIGATION

#### *BURKE TEAM*

The Burke Team represents PFGI and OHSL and the individual defendants from both entities. At various times in the litigation, the Burke team has represented KMK and Mark Weiss.

JAMES E. BURKE

DAN DONNELLON

RACHEL ROWE

JAMIE RAMSEY

JASON M. COHEN

LOU GILLIGAN
(Mr. Gilligan conducted a settlement conference with plaintiffs' counsel and represented the PFGI and OHSL defendants at that meeting.)

#### *FISCHER TEAM*

The Fischer Team is essentially general counsel for KMK. The Fischer team has represented the KMK lawyers who have been named as fact witnesses in the case, and have appeared at depositions on their behalf, despite Mr. Gilligan's conducting settlement negotiations on behalf of PFGI and OHSL.

LOU GILLIGAN

PAT FISCHER

**EXHIBIT F**

## *TRANSACTIONAL TEAM*

JOHN WINSTEAD

MARK REUTER

MARK WEISS

TIMOTHY MATTHEWS

GARY KREIDER

DAVID ROSENBERG

**EXHIBIT F**