**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Walter W. Thiemann, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C-1-00-793 |
| | ) | |
| vs. | ) | |
| | ) | |
| OHSL Financial Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| Gary Meier, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C-1-02-613 |
| | ) | |
| vs. | ) | |
| | ) | |
| OHSL Financial Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

     These cases are **STAYED** until further notice by the Court. No party shall file any pleading of any kind without a showing of good cause and the Court's prior approval. No discovery of any kind shall be conducted during this stay. The trial calenders in these cases are **VACATED**. The Court will reestablish an appropriate trial calendar after the pending motions are resolved. No requests for reconsideration of this order will be entertained.

**IT IS SO ORDERED**

Date  September 30, 2003               /s Sandra S. Beckwith
                                                        Sandra S. Beckwith
                                        United States District Judge