# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Walter W. Thiemann,
    Plaintiff,

vs

OHSL Financial Corp., *et al.*,
    Defendants.

Case No. C-1-00-793
(Beckwith, J.)

## ORDER

This matter comes before the Court on a motion filed by Plaintiff Walter W. Thiemann pursuant to 28 U.S.C. §§ 144 & 455 for the undersigned to recuse on the grounds of alleged bias toward the Plaintiff and the class of Plaintiffs. See Doc. No. 165.

A judge to whom a motion to recuse is directed has the option of deciding the motion himself or transferring it to another judge for decision. *See Doddy v. Oxy USA, Inc.,* 101 F.3d 448, 458 n.7 (5th Cir. 1996); 13A FEDERAL PRACTICE & PROCEDURE § 3550, at 629 (2nd ed. 1984 & Supp. 2002). Because any decision by the undersigned on this issue is subject to review by the district court pursuant to Rule 72, in the interests of judicial economy, Plaintiff's motion to recuse is referred to Judge Beckwith for resolution.

**SO ORDERED**.

Date: October 1, 2003        /s Timothy S. Hogan
                                       Timothy S. Hogan
                                       United States Magistrate Judge