FILED
KENNETH J. MURPHY
CLERK

03 OCT 20 AM 10: 23

DISTRICT COURT
N DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Walter W. Thiemann, :
on behalf of himself and of             Case No. C-1-00-793
all others similarly situated, :

                                                Judge Sandra S. Beckwith

                 Plaintiffs, :
vs.                                     Magistrate Judge Hogan

                                       :
OHSL FINANCIAL CORP., et al.

                   Defendants. :

## MOTION FOR PERMISSION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to this Court's Order of 30 September 2003 (Doc. No. 212), the plaintiff class respectfully moves this Court for permission to file a Notice of Supplemental Authority to bring to the Court's attention a recent decision (8 October 2003) in a case within this Circuit [*Morris Heating and Cooling, et al. v. Peoples Bank of Northern Kentucky, et al.*, (Civ No. 2002-165, USDC ND of Kentucky)] that directly affects the isues before the Court now as to disqualification. The plaintiff class submits that this decision may assist the Court in deciding these pending matters, as good cause exists for the Court to consider this supplemental authority. A copy of the supplemental authority is attached to this motion.

                                                              Respectfully submitted,

By: /s/ Michael G. Brautigam
Michael G. Brautigam
Gene Mesh M-94
GENE MESH & ASSOCIATES
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
Phone: (513) 221-8800
Fax: (513) 221-1097

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2003, a true and correct copy of Motion to Permit Filing of Supplemental Authority was served by fax upon the following:

**By Fax:**

James E. Burke, Esq.
Keating, Muething & Klekamp PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
579-6457


John Hust, Esq.
SCHROEDER, MAUNDRELL,
    BARBIERE & POWERS
Suite 110, Governor's Knoll
11935 Mason Road
Cincinnati, OH 45249
513-583-4203

/s/ Michael G. Brautigam
Michael G. Brautigam