**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Walter W. Thiemann, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C-1-00-793 |
| | ) | |
| vs. | ) | |
| | ) | |
| OHSL Financial Corporation, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

The stay entered by the Court on September 30, 2003 (Doc. No. 212) is hereby **LIFTED.**

**IT IS SO ORDERED**

Date October 27, 2003          /s Sandra S. Beckwith
                                               Sandra S. Beckwith
                                       United States District Judge