UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **WALTER W. THIEMANN,** | ) | Case No. C-1-00-793 |
| **Plaintiff,** | ) | (Judge Sandra S. Beckwith) |
| | : | (Magistrate Judge Timothy S. Hogan) |
| **-v-** | ) | |
| **OHSL FINANCIAL CORP., ET AL.,** | ) | **JOINT STATUS REPORT** |
| **Defendants.** | ) | |

Pursuant to the Court's October 20, 2003 Order (doc. 216) the parties submit this Joint Status Report to clarify which pending motions now are moot and which still must be decided.

**A.    Motions That All Parties Agree Still Need To Be Decided:**

   1)   Defendants' Motion to Decertify and Motion to Reconsider Class Certification (docs. 52, 53, 65) and responses and replies thereto (docs. 54, 56, 74, 79);

   2)   Plaintiff's Motion to Compel Production of Expert Reports (doc. 177) and responses and replies (docs. 183, 186, 191, 194);

   3)   Plaintiff's Motion to Strike Defendant's Supplemental Authority In Support of Motions to Reconsider Class Certification and to Decertify (doc. 184), Defendants' Motion for Leave to File Supplemental Authority *Nunc Pro Tunc* (doc. 201) and responses and replies (docs. 200, 206, 207, 208); and

   4)   Plaintiff's Objection to Magistrate's Order Denying Plaintiff's Motion to Compel Production By Ernst & Young (doc. 171) and responses and replies (docs. 190, 193).

**B.    Motions That All Parties Agree Are Now Moot:**

1) Plaintiff's Objection to Magistrate's Order Denying Oral Argument on Motion to Disqualify KMK (doc. 182) and responses and replies (docs. 188, 196, 202);

2) Plaintiff's Motion to File Supplemental Brief in Further Support of Motion to Disqualify KMK (doc. 205) and responses and replies (docs. 210, 211); and

3) Defendants' Objections to Magistrate's June 10, 2003 Discovery Orders (docs. 179, 180) and responses and replies (docs. 187, 195).

**C.    Motions That Plaintiff Believes Still Need To Be Decided But Which Defendants Believe Are Moot:**

1) Plaintiff's Objection to Magistrate's Order Quashing Subpoena of Jim Burke (doc. 125) and responses and replies (docs. 131, 137);

2) Plaintiff's Motion to Compel KMK to Comply With Local Rule 43.2 (doc. 176) and responses and replies (docs. 192, 198); and

3) Plaintiff's Motion to Strike or Not Consider August 5, 2003 Letter from Patrick Fischer, Esq. to Michael G. Brautigam copies to Magistrate Judge (doc. no. 204).

Respectfully submitted,

| /s/ Gene I. Mesh via authorization 11/3/03 | /s/ James E. Burke |
|---|---|
| Michael G. Brautigam | James E. Burke (0032731) |
| Gene I. Mesh (0002076) | Rachael A. Rowe (0066823) |
| Gene Mesh & Associates | 1400 Provident Tower |
| 2605 Burnet Avenue | One East Fourth Street |
| Cincinnati, Ohio 45219-2502 | Cincinnati, Ohio 45202 |
| Tel: (513) 221-8800 | Tel: (513) 579-6486 |
| Fax: (513) 221-1097 | Fax: (513) 579-6457 |
| *Attorneys for Plaintiffs and the Class* | *Attorneys for OHSL and Provident Defendants* |

  /s/ John W. Hust via authorization 11/3/03
John W. Hust (0027121)
Schroeder, Maundrell, Barbiere & Powers
Governor's Knoll, Suite 110
11935 Mason Road
Cincinnati, Ohio  45249
Tel:  (513) 583-4200
Fax: (513) 583-4203
*Attorney for Dinsmore Defendants*

  /s/ John B. Pinney via authorization 11/3/03
John B. Pinney (0018173)
J. Michael Debbeler (0012991)
Graydon, Head & Ritchey LLP
Fifth Third Center
511 Walnut Street, Suite 1900
Cincinnati, Ohio  45202
Tel:  (513) 629-2704
Fax:  (513) 651-3836
*Attorneys for OHSL and Provident Defendants*

  /s/   Michael R. Barrett via auth. 11/3/03
Michael R. Barrett (0018159)
Barrett & Weber LPA
105 East Fourth Street, Suite 500
Cincinnati, Ohio  45202
Tel:  (513) 721-2120
Fax:  (513) 721-2139
*Attorney for KMK Defendants*

  /s/ James E. Gauch  via authorization 11/3/03
James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington D.C. 20001-2113
Tel:  (202) 879-3939
Fax:  (202) 626-1700
*Attorney for Third Party and Putative Defendant Ernst & Young*