UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WALTER THEIMANN,
    Plaintiff,

v.                                Case No. C-1-00-793
                                  (Beckwith, J.; Hogan, M.J.)

OHSL FINANCIAL CORP., et al.,
    Defendants.

## ORDER

This matter was before the Court for a scheduling conference pursuant to the Court's Order dated October 20, 2003 (Doc. 215) which remanded the matter for the establishment of a new trial calendar. The case shall proceed as follows:

1. Deadline for filing Amended Complaint: **December 31, 2003**

2. Deadline for Filing Motion for Class Certification: **December 31, 2003**

3. Deadline for filing Motion to Dismiss*: **January 30, 2004**
       Memo in Opposition due: **February 16, 2004**
       Reply Memorandum due: **February 27, 2004**
       Court's Decision due: **April 30, 2004**

4. Deadline for Class discovery: **June 30, 2004**

5. Deadline for Identification of Expert Witnesses:
       Plaintiff's Experts: **August 30, 2004**
       Defendants' Experts: **September 30, 2004**

6. Deadline for general discovery: **October 29, 2004**

7. Deadline for expert discovery: **November 30, 2004**

8. Dispositive motions deadline: **December 31, 2004**

9. Final Pretrial Conference: **April, 2005***

10. Jury Trial:                                                      **May, 2005***

     A stay of discovery pending the Court's decision on motions to dismiss shall pertain only to the claims asserted against the newly added parties, namely Defendants Keating Muething & Klekamp, and Ernst & Young.

* Specific dates to be assigned by the District Court.


    11/18/03                             s/Timothy S. Hogan
Date                                       Timothy S. Hogan
                                             United States Magistrate Judge

**J:\SMITHLE\TSHORDER\Theimann.cal.wpd**