UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WALTER THEIMANN,
    Plaintiff,

v.                           Case No. C-1-00-793
                              (Beckwith, J.; Hogan, M.J.)

OHSL FINANCIAL CORP., et al.,
    Defendants.

**ORDER**

      This matter is before the Court on Plaintiffs' Motion for Permission to File Notice of Supplemental Authority (Doc. 217). Plaintiffs wish to bring to the Court's attention a recent decision in a case within the Sixth Circuit which directly affects the issues of disqualification raised in Plaintiffs' Motion to Disqualify Defendant Keating Muething & Klekamp, PLL (Doc. 78).

      On October 20, 2003, the Court issued its decision with respect to Plaintiffs' Motion to Disqualify (*See* Doc. 215). Therefore, Plaintiffs' Motion for Permission to File Notice of Supplemental Authority (Doc. 217) is MOOT and DENIED as such.

SO ORDERED.

  12/3/03                                  s/Timothy S. Hogan
Date                                    Timothy S. Hogan
                                        United States Magistrate Judge

J:\SMITHLE\TSHORDER\Theimann.supp.wpd