Walter W. Thieman,
  Plaintiff,

v.

OHSL Financial Corporation, et al.,
  Defendants.

Case No. C-1-00-793
(Beckwith, J.; Hogan, M.J.)

## THIRD AMENDED CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for amending complaint: **February 8, 2002**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
   Plaintiff to identify expert witnesses: **April 1, 2002**
   Plaintiff to produce expert reports: **May 1, 2002**
   Defendant to rebut expert witnesses: **June 1, 2002**
   Defendant to rebut expert reports: **July 1, 2002**

3. Notice of compliance with Rule 26: **May 31, 2002**

4. Parties to exchange witness list and summary: **May 1, 2002**

5. Discovery deadline: **(5-6 months after case is filed)**
   Lay Witnesses: **June 30, 2002**
   Expert Witnesses: **August 30, 2002**

6. Dispositive motions deadline: **July 27, 2002**

7. Final pretrial conference: **October 2002***

8. Trial: **November 2002***

January 11, 2002
Date
bac     January 11, 2002

Timothy S. Hogan
United States Magistrate Judge

*The specific dates will be assigned by the District Court.

63