1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

- - -

WALTER THIEMANN, et al.,        .  CIVIL ACTION NO. C-1-00-793

           Plaintiffs,        .  Cincinnati, Ohio

       - v -        .  Friday, May 23, 2003
             .  10:00 a.m.   Hearing
OHSL FINANCIAL CORP.,
et al.,

             .  **Final Comments of the Court**

      Defendants.        .
. . . . . . . . . . . . . . . . . . . . . . . . . . .

TRANSCRIPT OF EXCERPTS OF PROCEEDINGS
BEFORE THE HONORABLE TIMOTHY S. HOGAN, JUDGE
TRANSCRIPT ORDERED BY:  Jami Edginton

APPEARANCES:

For the Plaintiffs:        GENE MESH & ASSOCIATES
                       BY:  Michael G. Brautigam, Esq.
                       and  Gene I. Mesh, Esq.
                       2605 Burnet Avenue
                       Cincinnati, Ohio   45219

For PROVIDENT and
OHSL FIN. CORP.:        KEATING, MUETHING & KLEKAMP
                       BY:  James E. Burke, Esq.
                       and  Rachael A. Rowe, Esq.
                       One E. Fourth Street
                       Suite 1400
                       Cincinnati, Ohio   45202

For DINSMORE Defts.:        SCHROEDER, MAUNDRELL, BARIBERE & POWERS
                       BY:  John W. Hust, Esq.
                       11935 Mason Road
                       Suite 110
                       Cincinnati, Ohio   45249

For ERNST & YOUNG:        JONES DAY
                       BY:  James E. Gauch, Esq.
                       51 Louisiana Avenue, N.W.
                       Washington, D.C. 20001-2113

Also Present:        Jami Edgington (Paralegal)
Court Reporter:        Mary Ann Ranz

EX. A

2

1          FRIDAY, MAY 23, 2003

2          P R O C E E D I N G S

3                *    *    *

4          THE COURT:  Just a couple observations and then I'll

5     shut up.

6          It would be my preference not to have anything to do with

7     class actions.  My colleagues on this bench don't agree, but

8     this is a perfect example of how one judge is better than

9     two, in my opinion.

10         Second is, I granted a motion to amend the complaint.

11    Objections were filed.  Judge Beckwith remanded it.  She

12    always uses delicate language when she disagrees with me, and

13    you can read into that two things, both of which are

14    possible:

15         One is, she really thinks it was, rather than a motion to

16    amend, it was a motion for leave to amend, and on that basis

17    the case was remanded.

18         Viewed that another way, you might say that was a way of

19    saying, "I don't want to enlarge the scope of this case and

20    I'm not going to grant this or any other motions to amend the

21    complaint and enlarge the scope of the case."

22         You're free to speculate on which of the two is her point

23    of view and ultimately have to argue that.

24         One more factor that plays into this:  There's now

25    another motion to amend the complaint, and the directive from

3

1   the District Judge is she wants to hear that herself.  So,

2   why would that be if she liked the decision I made on the

3   first one?

4      So, to me, I have a picture of where this case is headed

5   and I simply want to communicate it.  Nothing's done,

6   nothing's in stone, and the arguments are still viable to be

7   made before the Court.

8      The impression that I have is that the District Judge

9   intends to not broaden this case, but rather to maintain the

10   status quo.  And I may be wrong and I may be surprised by the

11   decision she makes on the Amended Complaint.  And I'm going

12   to approach this without any consideration of what I think

13   she might or might not do, but I pass it on for what it's

14   worth.  It appears to be a subtle clue that I picked up.  All

15   right?  So, I'll get on it as soon as I get back on the 2nd.

16      One other point, is that right at the moment I view this

17   court as sort of hurting.  I mean, Judge Dlott's just got out

18   of the hospital, so I don't know if she'll be back Monday or

19   not; Judge Beckwith probably is, but she'll be on crutches

20   limping around, and Judge Sherman is retiring.  So, all of a

21   sudden there's a huge amount of work to be done and there's

22   just so many hours in the day.

23      So, I'll do my best, but I can't start till June the 2nd,

24   and this will be the first priority when I get back.  All

25   right?

4

1        MR. BURKE:   Thank you, Your Honor.

2        MR. GAUCH:   Thank you, Your Honor.

3        MR. HUST:   Thank you, Your Honor.

4        MR. BRAUTIGAM:   Thank you, Your Honor.

5        MR. MESH:   Thank you.            (11:15 a.m.)

6                      -   -   -

7                 PROCEEDINGS CONCLUDED

8                      -   -   -

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25