## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Walter W. Thiemann, on behalf of himself and of all others similarly situated, | : | Case No. C-1-00-793 |
| | : | |
| Plaintiff, | : | Judge Sandra S. Beckwith |
| | : | |
| vs. | : | Magistrate Judge Hogan |
| | : | |
| OHSL Financial Corporation, et al. | : | |
| | : | **DECLARATION OF** |
| Defendants. | : | **GENE MESH** |

| | |
|---|---|
| STATE OF OHIO | : |
| | : SS: |
| COUNTY OF HAMILTION | : |

**GENE MESH, declares as follows:**

1. I am the principal of the law firm of Gene Mesh and Associates and one of the counsel for the plaintiff class in this action.

2. I make this declaration in support of the motion for leave to submit motion for reconsideration of the Court's Order decertifying the class (Doc. No. 227). In that Order, the Court stated "By all appearances, a single lawyer remains to prosecute this complex securities action." (Order at 9). This statement is simply incorrect.

3. Since even before the inception of this case in September of 2000, I have been actively involved in the prosecution of the case along with my colleague, Michael G. Brautigam. Although Mr. Brautigam has

1

been the lead counsel representing the plaintiffs, I have fully participated in virtually every important decision (and many minor ones) and continue to confer with Mr. Brautigam on a daily basis. I personally have conducted a thorough pre-filing investigation, including a review of publicly available information such as 10-Ks and 10-Qs. Since the filing of this lawsuit I written and reviewed pleadings, reviewed tens of thousands of pages of documents, attended Court appearances, both telephonic and in person, personally conducted depositions and participated in numerous others, repeatedly met with clients, conducted settlement negotiations, financially supported the case by advancing fees of more than $100,000 to date. I am uncertain how the Court could have come to the conclusion that the case is being litigated by a single attorney, and this is simply false.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 27 December 2003

Gene Mesh (OH Bar # 0002076)

2