# Exhibit B

Case 1:00-cv-00793-SSB-TSH    Document 233-3    Filed 12/31/2003    Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Walter W. Thiemann, on behalf of himself and of all others similarly situated, | : | Case No. C-1-00-793 |
| | : | Judge Sandra S. Beckwith |
| Plaintiff, | : | |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| OHSL Financial Corporation, et al. | : | **AFFIDAVIT OF GARY MEIER** |
| Defendants. | : | |

| | |
|---|---|
| STATE OF OHIO | : |
| | : SS: |
| COUNTY OF HAMILTON | : |

**GARY MEIER, being duly sworn, deposes and states as follows:**

1. I am one of the plaintiffs in the above-captioned action. I am a member of the class, and I was damaged as a result of the merger complained of.

2. I make this affidavit in support of the Motion for Class Certification.

3. I am a member of the class that I seek to represent. Although I voted against the merger by not returning my Proxy Card, I was misled by the materially false and misleading Proxy Materials/Registration, which I believe contained materially false and misleading information and failed to state material facts.

1

4. I have reviewed the Consolidated Amended Complaint and authorized its filing.

5. Over the course of the approximately the last two years, I have been in frequent contact with the Mesh firm. I have produced documents in the case, reviewed documents, repeatedly met with counsel, and will continue to do so as the case progresses. If permitted to serve as a class representative, I will fairly and adequately represent the class.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Gary Meier

Sworn to before me and subscribed in my presence this 23 day of December, 2003.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES ON
2/2/07

2