# Exhibit B

**KMK** Keating, Muething & Klekamp PLL

Client Login · Firm Subsidiaries · Contact Us

home | attorneys | practice areas | clients | firm profile | news & events | articles | careers

# attorneys

Try a new search



Gary P. Kreider
Partner

Phone: (513)579-6411
E-mail: gkreider@kmklaw.com

1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

| | |
|---|---|
| **Professional Experience** | Mr. Kreider concentrates his practice in the areas of securities regulation compliance, public offerings, private offerings, mergers and acquisitions and business planning and formation. He has been an Adjunct Professor of Law in securities regulation since 1977 and is Chairman of the Corporation Law Committee of the Ohio State Bar Association for 2003-2004. Mr. Kreider regularly lectures at various legal education conferences on securities, mergers and acquisitions and corporate law issues and is the author of published works on securities and corporate law. He has served as an arbitrator for the National Association of Securities Dealers, Inc., and is frequently called as an expert witness in corporate and securities cases. |
| **Practice Areas** | Securities Regulation Compliance<br>Public Offerings<br>Private Offerings<br>Mergers and Acquisitions<br>Business Planning and Formation |
| **Bar Admissions** | State:   Ohio<br>Federal: U.S. District Court, Southern District of Ohio<br>         U.S. Supreme Court |
| **Representative Matters** | • Handled IPOs for companies such as Cintas Corporation, Comair, Inc., Duramed Pharmaceuticals, Meridian Bioscience, Inc., LSI Industries, Multi-Color Corporation, Exide Corp., Durakon Industries, Inc., Kendle International and Provident Financial Group, Inc.<br>• Numerous other public offerings for IPO clients and others such as American Financial Group, Chiquita Brands International, Inc, Standard Registered, Meritage Hospitality Group Inc. and Hemagen Diagnostics, Inc.<br>• Experience in going private transactions<br>• Representation of clients in hostile proxy contests |
| **Education** | J.D., University of Cincinnati College of Law, 1964<br>M.A., University of Cincinnati, 1961<br>B.A., University of Cincinnati, 1960; with honors |
| **Professional Associations** | • American Bar Association, Chairman, Securities Subcommittee on Real Estate Syndications and Condominiums 1977-1979<br>• Cincinnati Bar Association, Executive Committee 1969-1971<br>• Ohio State Bar Association, Chairman, Corporation Law Committee 2003-2004 |
| **Community Involvement** | • Greater Cincinnati Charity Horse Show, Inc., Director<br>• Immaculate Conception Church of Norwood<br>• LSI Industries Inc., Director<br>• Meridian Bioscience, Inc., Director<br>• New Richmond Ohio Board of Education, Former President |
| **Honors and Awards** | • *Chambers USA America's Leading Business Lawyers*, 2003-2004 contained this statement: "Premier Cincinnati corporate lawyer, Gary Kreider, is judged as 'superbly talented.' Head of the corporate practice Kreider's reputation extends across the state."<br>• Listed in *The Best Lawyers in America*, since 1991 |

View all attorneys

# Exhibit C

**KMK** | Keating, Muething & Klekamp PLL

Client Login · Firm Subsidiaries · Contact Us

home | attorneys | practice areas | clients | firm profile | news & events | articles | careers

## attorneys

Try a new search



J. David Rosenberg
Senior Partner

**Phone:** (513) 579-6423
**E-mail:** jrosenberg@kmklaw.com

1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

| | |
|---|---|
| **Professional Experience** | Mr. Rosenberg practices primarily in the areas of corporate finance, financial institutions, venture capital and reorganization. |
| **Practice Areas** | Business Planning and Formation<br>Capital Financing, Mergers and Acquisitions<br>Commercial Loan Documentation |
| **Bar Admissions** | State:   Ohio, Kentucky<br>Federal: U.S. District Court, Southern District of Ohio<br>         U.S. District Court, Eastern District of Kentucky |
| **Education** | J.D., University of Kentucky College of Law, 1973; Order of the Coif, Member of Kentucky Law Journal<br>B.S., Wharton School of the University of Pennsylvania, 1971; *cum laude* |
| **Professional Associations** | • American Bar Association<br>• Cincinnati Bar Association<br>• Kentucky Bar Association<br>• Northern Kentucky Bar Association<br>• Ohio State Bar Association<br>• PFGI Capital Corporation, Cincinnati, Ohio, Director<br>• Local Financial Corporation, Oklahoma City, Oklahoma, Director |
| **Community Involvement** | • Jewish Federation of Cincinnati<br>• University of Kentucky College of Law, Visiting Committee<br>• Hebrew Union College – Jewish Institute of Religion, Board of Overseers |
| **Honors and Awards** | • "Peace of the City Award" presented by The Jewish Federation of Cincinnati and The Jewish Community Relations Council, June 2001 |

View all attorneys