IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

04 JAN -7 PM 2: 2?

| | |
|---|---|
| Walter W. Theimann,<br><br>Plaintiff,<br><br>v.<br><br>OHSL Financial Corp., et al.,,<br><br>Defendants. | Case No. C-1-00-793<br><br>Judge: Sandra S. Beckwith<br><br>Magistrate: Timothy S. Hogan |

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Cheryl E. Forchilli, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. Petitioner states under penalty of perjury that she is a member in good standing of the Bar of the highest Court of the District of Columbia and that a current Certificate of Good Standing from that Court is provided. Petitioner states further that she is not eligible for admission under Local Rule 83.4(b). Petitioner designates James E. Gauch as local counsel. His business address is provided below in the Consent of Designated Local Counsel.

This 31st day of December 2003.

_/s/ Cheryl E. Forchilli_
Cheryl E. Forchilli

JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

- 2 -

## CONSENT OF DESIGNATED LOCAL COUNSEL

     I, James E. Gauch, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to the case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This 31st day of December 2003.


0042161
Ohio Bar Number

James E. Gauch

JONES DAY
51 Louisiana Avenue NW
Washington, DC  20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Application for Admission Pro Hac Vice was served as follows on this 31st day of December, 2003.

**BY U.S. FIRST CLASS MAIL**

Gene Mesh, Esq.
Michael G. Brautigam, Esq.
GENE MESH & ASSOCIATES
2605 Burnet Avenue
Cincinnati, OH 45219-2502

**BY ELECTRONIC SERVICE**

James E. Burke, Esq.
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202-3752

John Hust, Esq.
SCHROEDER, MAUNDRELL, BARBERIE & POWERS
11935 Mason Road
Suite 110, Governor's Knoll
Cincinnati, OH 45249-3703

Michael R. Barrett, Esq.
BARRET & WEBER
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, OH 45202-4015

John B. Pinney
J. Michael Debbler, Esq.
GRAYDON HEAD & RITCHEY
P.O. Box 6464
Cincinnati, OH 45201-6464

James E. Gauch