```
Wed Jan  7 11:38:56 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 421445
Cashier         scot

Tender Type  CHECK

Check Number: 1066376

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code    Div No     Acct
 4661         1       6855XX

Amount              $    50.00

JONES DAY-PRO HAC ON

1:00CV793 FOR HEATHER WALSER
```

```
Wed Jan  7 11:38:56 2004

Check No. 1066376
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```