```
Wed Jan  7 11:41:40 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 421447
Cashier           scot

Tender Type  CHECK

Check Number: 1066374

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /  1

DO Code    Div No      Acct
 4661        1        6855XX

Amount             $    50.00

JONES DAY-PRO HAC ON


1:00CV793 FOR MARY-HELEN PERRY




Wed Jan  7 11:41:40 2004

Check No. 1066374
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```