## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| WALTER W. THIEMANN, et al., | : | CIVIL ACTION NO. C-1-00-793 |
| | : | |
| Plaintiffs | : | (Judge Sandra S. Beckwith) |
| | : | (Magistrate Judge Timothy S. Hogan) |
| -v- | : | |
| | : | **MEMORANDUM OF DEFENDANTS,** |
| | : | **DINSMORE & SHOHL, LLP, CLIFFORD** |
| | : | **ROE AND CHARLES HERTLEIN** |
| DINSMORE & SHOHL, LLP., et al, | : | **IN OPPOSITION TO PLAINTIFFS'** |
| | : | **MOTION FOR CLASS CERTIFICATION** |
| Defendants. | : | |

The Defendants, Dinsmore & Shohl, LLP, Clifford Roe and Charles Hertlein (collectively herein "the Dinsmore Defendants") oppose Plaintiffs' Motion for Class Certification on the grounds set forth in the memoranda of the Defendants, Keating, Muething & Klekamp, P.L.L. and Mark Weiss, (Doc. 245) and the Provident/OHSL Defendants (Doc. 244) filed herein. The Defendants respectfully that this Court overrule Plaintiffs' Motion for Class Certification.

                                           Respectfully submitted:

                                           S/ Michael E. Maundrell
                                           Michael E. Maundrell (0027110)
                                           John W. Hust (0027121)
                                           Attorneys for Defendants, Dinsmore & Shohl LLP,
                                           Clifford Roe and Charles Hertlein
                                           SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                                           11935 Mason Road, Suite 110
                                           Cincinnati, OH 45249
                                           (513) 583-4200
                                           (513) 583-4203 facsimile
                                           mmaundrell@schroederlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel J. Donnellon, Rachel A. Rowe, Jamie Ramsey and James E. Burke, Attorneys for Defendants, OHSL Financial Corp., Provident Financial Group, Inc. and Keating, Muething & Klekamp, 1400 Provident Tower, One East Fourth Street, Cincinnati, OH 45202; Michael R. Barrett, Attorney for KEATING, MUETHING & KLEKAMP, P.L.L. and Mark Weiss, 105 East Fourth Street, Suite 500, Cincinnati, Ohio 45202-4015; John B. Pinney and J. Michael Debbeler, Attorneys for Defendants Oak Hills and Provident, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202; James E. Gauch, and **I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:** Gene Mesh and Michael G. Brautigam, Attorneys for Plaintiffs, 2605 Burnet Avenue, Cincinnati, Ohio 45219-2502; Melissa D. Star and Stephen J. Brogan, Attorneys for Ernst & Young, 51 Louisiana Avenue, N.W., Washington, D.C., 20001-2113.

S/ Michael E. Maundrell
Michael E. Maundrell

JW H:dlt
#7049-8