# EXHIBIT A

#29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, | ) Case No. C-1-00-793 |
| Plaintiff, | ) |
| | ) (Judge Sandra S. Beckwith) |
| -vs- | ) |
| | ) |
| OHSL FINANCIAL CORPORATION, ET AL., | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS OF DEFENDANTS OHSL FINANCIAL CORPORATION, OAK HILLS SAVINGS AND LOAN, F.A., PROVIDENT FINANCIAL GROUP, INC., BRINKER, HANAUER, HILLEBRAND, HUCKE, MCKIERNAN, TENOEVER, ZOELLNER, HOVERSON, COOK, GROTE, MYERS, PEDOTO, STEGER AND CAREY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) AND THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995**

Dated: November 20, 2000

James E. Burke (0032731)
Daniel J. Donnellon (0036726)
Rachael A. Rowe (0066823)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 513-579-6486
Attorneys for all Defendants other than Dinsmore & Shohl, LLP and Clifford Roe

WWT 0388

# TABLE OF CONTENTS

I. INTRODUCTION .................................................................. 1

II. SUMMARY OF POINTS RAISED AND PRIMARY AUTHORITIES RELIED UPON  3

    A. The Court Should Dismiss Plaintiff's Section 11, 12(2), 10(b) and 14 Claims Because He Fails to Allege Facts Sufficient to Establish that the Proxy Materials Contain Material Misstatements and/or Omissions .................................. 3

        1. Plaintiff's False Allegations of Misstatements and Omissions ......... 4

        2. Facts Allegedly Misstated and Omitted Immaterial as a Matter of Law .. 4

        3. The Remainder of Plaintiff's Claims Involve Unsupported Conclusory Allegations or Claims for Breach of Fiduciary Duty Disguised as Federal Securities Claims ............................................. 6

    B. The Court Should Dismiss Plaintiff's Section 15 and 20(a) Control Person Claims Because Plaintiff Fails to Allege Sufficient Facts .......................... 7

        1. No facts to support control person claims against Provident or Provident Individual Defendants ......................................... 7

        2. No facts to support control person claims against OHSL Individual Defendants ................................................... 8

III. STATEMENT OF FACTS ........................................................... 8

    A. Background of OHSL and Its Search for an Acquisition ................... 8

    B. OHSL's Arms Length Negotiations with Provident ....................... 9

    C. Summary of Plaintiff's Allegations in the Latest, Federal Court, Class Action Complaint ................................................ 10

IV. ARGUMENT ..................................................................... 13

    A. The Court Should Dismiss Plaintiff's Section 11, 12(2), 10(b) and 14 Claims Because He Fails to Allege Facts Sufficient to Establish that the Proxy Materials Contain Material Misstatements and/or Omissions ................................. 13

        1. Plaintiff's False Allegations of Misstatements and Omissions ........ 14

WWT 0389

        2.     Certain of Plaintiff's Alleged Misstatements and Omissions are Immaterial As a Matter of Law ............................................. 18

        3.     Remainder of Plaintiff's Claims Either Unsupported Conclusory Allegations or Claims for Breach of Fiduciary Duty Disguised as Federal Securities Nondisclosure Claims ........................................ 25

    B.     The Court Should Dismiss Plaintiff's Section 15 and 20(a) Control Person Claims Because Plaintiff Fails to Allege Sufficient Facts ........................ 28

        1.     No facts to support control person claims against Provident or Provident Individual Defendants ................................... 29

        2.     No facts to support control person claims against OHSL Individual Defendants ................................................ 30

IV.     CONCLUSION ......................................................... 30

814338.2

WWT 0390