UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Walter W. Theimann,
    Plaintiff

v.                                               Case No. 1:00-cv-793

OHSL Financial Corporation,
et al.,
    Defendants

**ORDER**

This matter is before the Court on Defendant Ernest & Young's Motions for Admission of several attorney (Docs. 236-238).

**IT IS HEREBY ORDERED THAT** the Motions are **GRANTED** and attorneys Cheryl E. Forchilli, Heather Guilette Walser, and Mary-Helen Perry are hereby admitted to practice pro hac vice as **co-counsel** on behalf of Defendant Ernst & Young.

**All attorney(s) admitted to practice in this Court are ORDERED to contact the clerk's office at: Ms. Toni Alkire, 614.719.3043**, **to register for Electronic Case Filing as soon as practicable.**

February 9, 2004                              s/Sandra S. Beckwith
Date                                           Sandra S. Beckwith
                                                    United States District Judge