UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

FEB 1 1 2004

LEONARD GREEN, Clerk

ORDER

OHSL FINANCIAL CORPORATION; OAK HILLS SAVINGS & LOAN
COMPANY, F.A.; NORBERT G. BRINKER; KENNETH L. HANAUER;
WILLIAM R. HILLENBRAND; ALVIN E. HUCKE; THOMAS E. MCKIERNAN;
JOSEPH J. TENOEVER; HOWARD J. ZOELLNER; PROVIDENT FINANCIAL
GROUP, INC.; ROBERT L. HOVERSON; JACK M. COOK; THOMAS D.
GROTE, JR.; PHILLIP R. MYERS; JOSEPH A. PEDOTO; JOSEPH A.
STEGER; CHRISTOPHER J. CAREY

      Petitioners

1: 00 cv 0793

  v.

WALTER W. THIEMANN

      Respondent

Upon consideration of the petitioner's motion to voluntarily dismiss the petition herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the petition is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green /x*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: _____
Deputy Clerk