UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, *et al.*, | ) Case No. C-1-00-793 |
| | ) |
| Plaintiffs, | ) (Judge Sandra S. Beckwith) |
| | ) (Magistrate Judge Timothy S. Hogan) |
| -v- | ) |
| | ) |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT PROVIDENT FINANCIAL GROUP, INC.'S RULE 56(F) MOTION FOR ADDITIONAL TIME TO RETAIN AN EXPERT AND SUBMIT EXPERT TESTIMONY**

Plaintiffs have filed a motion for partial summary judgment on certain liability issues under Section 11 of the 1933 Act. Defendant Provident Financial Group, Inc. ("Provident") has filed a memorandum in opposition to that motion and believes the Court should deny Plaintiffs' motion for the reasons stated in that opposition.

Nevertheless, to the extent this Court does not deny Plaintiffs' motion for the reasons stated in Provident's opposition, Provident separately moves this Court, under Fed. R. Civ. Proc. 56(f), for additional time to retain an expert who can present testimony on the issue of the materiality of the Restatements. Provident explains the grounds for the Rule 56(f) motion in the attached affidavit of James Whitaker.

                      Respectfully submitted,

                      /s/  John B. Pinney
                      John B. Pinney
                      J. Michael Debbeler
                      GRAYDON, HEAD & RITCHEY LLP
                      1900 Fifth Third Center
                      511 Walnut Street
                      Cincinnati, Ohio 45202
                      Tel:  (513) 621-6464
                      Fax:  (513) 651-3836
                      Attorneys for Provident Financial Group, Inc.

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing DEFENDANT PROVIDENT FINANCIAL GROUP, INC.'S RULE 56(F) MOTION FOR ADDITIONAL TIME TO RETAIN AN EXPERT AND SUBMIT EXPERT TESTIMONY was served upon the following, by ordinary U.S. mail, this 12th day of February, 2004.

| | |
|---|---|
| Michael G. Brautigam<br>Gene I. Mesh<br>Gene Mesh & Associates<br>2605 Burnet Avenue<br>Cincinnati, Ohio 45219-2502<br><br>*Attorneys for Plaintiffs* | John W. Hust<br>Michael E. Maundrell<br>Schroeder, Maundrell, Barbiere & Powers<br>11935 Mason Road, Suite 110<br>Cincinnati, Ohio 45249<br><br>*Attorneys for Dinsmore Defendants*<br><br>James E. Gauch<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br><br>*Attorney for Defendant Ernst & Young*<br><br>Michael R. Barrett<br>Thomas W. Breidenstein<br>Barrett & Weber<br>500 Fourth & Walnut Centre<br>105 East Fourth Street<br>Cincinnati, Ohio 45202-4015<br><br>*Attorneys for KMK Defendants*<br><br>/s/ John B. Pinney<br>John B. Pinney |

1201608.1