IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER W. THEIMANN, | : | CASE NO: C-1-00-793 |
| Plaintiff, | : | (Judge Sandra S. Beckwith) |
| v. | : | |
| OHSL FINANCIAL CORPORATION, et al. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendants. | : | |

    Now come David C. Greer (0009090) and James H. Greer (0046555) of the law firm of Bieser, Greer & Landis, LLP and, pursuant to Local Civil Rule 83.5(e), hereby give notice to this Court that they have substituted as trial counsel for the Provident and OHSL Defendants (OHSL Financial Corporation, Oak Hills Savings & Loan Company, F.A., Norbert G. Brinker, Kenneth L. Hanauer, William R. Hillebrand, Alvin E. Hucke, Thomas E. McKiernan, Joseph J. Tenoever, Howard J. Zoellner, Provident Financial Group, Inc., Robert L. Hoverson, Jack M. Cook, Thomas D. Grote, Jr., Phillip R. Myers, Joseph A. Pedoto, Joseph A. Steger, and Christopher J. Carey). Pursuant to Local Rule, this certifies that all represented defendants have consented to this substitution and that signatures evidencing this consent have been obtained and are in the possession of the undersigned counsel.

    John B. Pinney and J. Michael Debbeler of the firm of Graydon, Head & Ritchey LLP also give notice of their withdrawal as counsel for the Provident and OHSL Defendants.

                                    Respectfully submitted,

                                      s/James H. Greer
                                      David C. Greer, #0009090, Trial Attorney
                                      James H. Greer, #0046555
                                      BIESER, GREER & LANDIS, LLP
                                      400 National City Center; 6 North Main Street
                                      Dayton, Ohio  45402-1908
                                      Tel:  937-223-3277;  Fax: 937-223-6333
                                      E-mail: dcg@bgllaw.com and jhg@bgllaw.com

| | |
|---|---|
| Attorneys for Provident & OHSL Defendants | s/John B. Pinney<br>John B. Pinney<br>J. Michael Debbeler<br>Graydon, Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202<br>Tel: 513-621-6464<br>Fax: 513-651-3836<br>E-mail: pinj@graydon.com<br>            debj@graydon.com<br>Withdrawing Attorneys for Provident & OHSL Defendants |

Of Counsel:

James E. Burke (0032731)
Rachael A. Rowe (0066823)
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202
Tel: 513-579-6400
E-mail: jburke@kmklaw.com

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing *Notice of Substitution of Counsel* was sent to the following, via e-mail this **3rd** day of **March, 2004.**

| | |
|---|---|
| Michael G. Brautigam | John W. Hust |
| Gene I. Mesh | Schroeder, Maundrell, Barbiere & Powers |
| Gene Mesh & Associates | Governor's Knoll, Suite 110 |
| 2605 Burnet Avenue | 11935 Mason Road |
| Cincinnati, OH 45219-2502 | Cincinnati, OH 45249 |
| Attorneys for Plaintiffs | Attorney for Dinsmore Defendants |
| | |
| Michael R. Barrett | James E. Gauch |
| Thomas W. Breidenstein | Mary-Helen Perry |
| Barrett & Weber | Jones Day |
| 500 Fourth & Walnut Centre | 51 Louisiana Avenue, N.W. |
| 105 East Fourth Street | Washington, D.C. 20001-2113 |
| Cincinnati, OH 45202-4015 | Attorney for Defendant Ernst & Young |
| Attorney for KMK Defendants | |

BIESER, GREER & LANDIS LLP


By: s/James H. Greer
      James H. Greer

. \ 231032.1