IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Walter W. Thiemann,** | **Case No. 1:00-cv-00793** |
| **Plaintiff,** | **Judge:  Sandra S. Beckwith** |
| **v.** | **Magistrate:  Timothy Hogan** |
| **OHSL Financial Corp., et al.,** | |
| **Defendant.** | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.4(d) of this Court, the undersigned hereby give notice of Withdrawal of Appearance of Melissa D. Stear on behalf of Defendant Ernst & Young ("E&Y"). E&Y will continue to be represented in this matter by Stephen J. Brogan, James E. Gauch, Mary-Helen Perry, Heather Guilette Walser, and Cheryl E. Forchilli.  E&Y has knowledge of and has consented to this withdrawal and substitution.

Dated: March 4, 2004                               Respectfully submitted,


                                                  s/James E. Gauch_____
Stephen J. Brogan
James E. Gauch
Mary-Helen Perry
Heather Guilette Walser
Cheryl E. Forchilli
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

Counsel for Defendant
ERNST & YOUNG



                                                  s/Melissa D. Stear_____
Melissa D. Stear
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was served upon:

Michael G. Brautigam, Esq.
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
  *Attorney for Plaintiff*

by U.S. mail, this 4th day of March, 2004, and upon all other counsel of record via the Court's electronic case filing system.

s/ James E. Gauch
James E. Gauch