UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Walter Thiemann, et al.,
    Plaintiffs

v.     Case No.   1:00-cv-793

OHSL Financial Corporation, et al.,
    Defendants

## NOTICE

      The above captioned case is scheduled for a Status Conference on Monday, April 5, 2004 at 10:00 a.m., before Judge Beckwith.  This conference will be conducted by telephone and the court will initiate the call to counsel.  Any counsel who will be at a phone number other than the one on file at the court are instructed to contact J. Beckwith's Administrative Assistant, Trish Huschart, at 513.563.7610, no later than noon on March 31, 2004.

      In the event the above mentioned date poses a serious conflict with any counsel, you are to notify the undersigned no later than noon on March 19, 2004. Only **serious** conflicts will be considered.

March 11, 2004     s/Mary Brown
Date     Mary Brown, 513.564.7520
    Case Manager to Judge Beckwith