EXHIBIT A



1

|  | UNITED STATES DISTRICT COURT |
|---|---|
|  | SOUTHERN DISTRICT OF OHIO |
|  | WESTERN DIVISION AT CINCINNATI |

- - -

WALTER W. THIEMANN, on behalf of himself and of all others similarly situated,

    Plaintiff,

    VS.                      CASE NO. C-1-00793

OHSL FINANCIAL CORP., OAK HILLS SAVINGS AND LOAN COMPANY, F.A., NORBERT G. BRINKER, KENNETH L. HANAUER, WILLIAM R. HILLEBRAND, ALVIN E. HUCKE, THOMAS E. MCKIERNAN, JOSEPH J. TENOEVER, HOWARD N. ZOELLNER, PROVIDENT FINANCIAL GROUP, INC., ROBERT L. HOVERSON, JACK M. COOK, THOMAS D. GROTE, JR., PHILIP R. MYERS, JOSEPH A. PEDOTO, JOSEPH A. STEGER, CHRISTOPHER J. CAREY, CLIFFORD ROE, and DINSMORE & SHOHL, LLP,

    Defendants.

- - -

Transcript of hearing held before Magistrate Judge Hogan, pursuant to the

*WILLIAMS & OLIVER*
*6689 Raes Creek Court, Loveland, Ohio 45140*
*(513) 683-9626*

03/11/2004 16:06  5136740561    WILLIAMS & OLIVER    PAGE 02
Case 1:00-cv-00793-SSB-TSH   Document 300-2   Filed 03/15/2004   Page 3 of 14

2

1  Federal Rules of Civil Procedure, taken
2  before me, Lee Ann Williams, a Registered
3  Professional Reporter and Notary Public in
4  and for the State of Ohio, on Friday, March 5,
5  2004, at 1:00 p.m.
6
7  APPEARANCES:
8      On behalf of the Plaintiffs:
9          Michael G. Brautigam, Esq.
               and
10         Gene Mesh, Esq.
           Gene Mesh & Associates
11         2605 Burnet Avenue
           Cincinnati, Ohio 45219
12
       On behalf of the Defendants:
13
           James E. Burke, Esq.
14         Rachael A. Rowe, Esq.
           Keating, Muething & Klekamp
15         1400 Provident Tower
           One East Fourth Street
16         Cincinnati, Ohio 45202
17     On behalf of the Defendants Dinsmore &
       Shohl and Clifford Roe:
18
           John W. Hust, Esq.
19         Schroeder, Maundrell, Barbiere
           & Powers
20         110 Governor's Knoll
           11935 Mason Road
21         Cincinnati, Ohio 45249
22
23
24

3

 1  On behalf of the Defendants:

 2      Thomas W. Breidenstein, Esq.
        Barrett & Weber
 3      105 East Fourth Street
        Suite 500
 4      Cincinnati, Ohio 45202

 5  On Behalf of the Defendants:

 6      Mary-Helen Perry, Esq.
        Jones Day
 7      51 Louisiana Avenue, N.W.
        Washington, D.C. 20001

 8

 9              - - -

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

03/11/2004 16:06  5136740561  WILLIAMS & OLIVER  PAGE 04
Case 1:00-cv-00793-SSB-TSH   Document 300-2   Filed 03/15/2004   Page 5 of 14

4

1   THE COURT: All right. I
2   requested that this conference be set up
3   because Jim Burke called the office yesterday
4   and asked about the second session for the
5   deposition of Mr. Brinker.
6   And I thought this is certainly
7   his witness and somebody that he didn't request
8   to be deposed. It was Mr. Brautigam's request,
9   so I thought, let's all talk and see what's
10  going on with Mr. Brinker here. So do you want
11  to redepose or continue his deposition?
12  MR. BRAUTIGAM: Yes, Your Honor --
13  this is Mike Brautigam -- I'd like to do
14  exactly that.
15  MR. BURKE: Your Honor, this is
16  Jim Burke. Our position is that given the fact
17  that there are 800 pages of transcript from the
18  state court action which we've stipulated can
19  be used, and Mr. Brautigam was given another
20  two hours with Mr. Brinker last month or
21  thereabouts and spent most of the time
22  replowing old ground, but certainly had a full
23  and fair opportunity to ask questions about any
24  additional issues on, on the new claims he's

03/11/2004 16:06  5136740561  WILLIAMS & OLIVER  PAGE 05
Case 1:00-cv-00793-SSB-TSH   Document 300-2   Filed 03/15/2004   Page 6 of 14

5

```
 1   added, that that was more than a reasonable
 2   opportunity to clear up any loose ends,
 3   particularly in view of Mr. Brinker's condition
 4   and how difficult and -- it was for him to
 5   participate and have to go through what he did
 6   go through.  So we believe that no further
 7   deposition is necessary or appropriate.
 8              MR. BRAUTIGAM:  Your Honor, that's
 9   simply not true.  Mr. Brinker gave answers that
10   were only tangentially related to the questions
11   in most cases.  That took a lot of time.  You
12   have previously ruled that plaintiffs are
13   entitled to depose him in this case with
14   respect to new issues.  We need to continue
15   that process.  It's that simple.
16              THE COURT:  Well, here's what's
17   simple:  That deposition of Mr. Brinker was a
18   complete waste of time, my time and every
19   lawyer in the case's time.  It produced nothing
20   other than what he said in his original
21   transcript, so there will be no further
22   deposition of Norbert Brinker.  All right?
23              MR. BURKE:  Thank you, Your Honor.
24              MR. BRAUTIGAM:  Your Honor, there
```

03/11/2004 16:06   5136740561        WILLIAMS & OLIVER              PAGE 06
Case 1:00-cv-00793-SSB-TSH   Document 300-2   Filed 03/15/2004   Page 7 of 14

6

1   are a few other issues.

2           THE COURT: What?

3           MR. BRAUTIGAM: One, document 225
4   has not been decided. On December 9th we had a
5   status conference and you suggested that
6   plaintiffs file a one page motion that relates
7   to the depositions of KMK Attorneys Kreider and
8   Rosenberg. And you said for Mr. Burke to
9   respond with a one page reply. He didn't
10  exactly do that, but nonetheless that's been
11  pending for quite some time.

12          Also, there's document 204, a
13  motion to strike that's been pending. And we'd
14  like to get some guidance with respect to the
15  Meier depositions, because the plaintiffs would
16  like to take the deposition of Gary and Lisa
17  Meier.

18          THE COURT: Wait a minute. What's
19  204?

20          MR. BRAUTIGAM: 204 is a motion to
21  strike, Your Honor.

22          THE COURT: Strike what?

23          MR. BRAUTIGAM: Well, one of the
24  shadow counsel at KMK, Pat Fisher, saw it fit

03/11/2004 16:06  5136740561  WILLIAMS & OLIVER  PAGE 07
Case 1:00-cv-00793-SSB-TSH   Document 300-2   Filed 03/15/2004   Page 8 of 14

7

1   to copy you on a letter he sent to some of the
2   counsel. The sole purpose of the letter was to
3   call me names. We believe that that's
4   inappropriate. We filed a motion to that
5   effect, they didn't even oppose it, and we'd
6   like a ruling on that.
7                THE COURT: Okay. Now, what else
8   is --
9                MR. BRAUTIGAM: Document number
10  225, Your Honor. That relates back to a
11  December 9th status conference. You suggested
12  that I file a simple one page motion, which I
13  did. This relates to the depositions of KMK
14  Attorneys Kreider and Rosenberg. And we had
15  made great progress in scheduling these things.
16  I believe one was actually scheduled --
17               THE COURT: Now, what about that?
18  Can we move forward on that one?
19               MR. BRAUTIGAM: Well, Your Honor,
20  we'd love to move forward. We're simply
21  waiting for your ruling.
22               THE COURT: Is that opposed?
23               MR. BREIDENSTEIN: Your Honor,
24  this is Tom Breidenstein, it's document 232,

03/11/2004 16:06  5136740561  WILLIAMS & OLIVER  PAGE 08
Case 1:00-cv-00793-SSB-TSH  Document 300-2  Filed 03/15/2004  Page 9 of 14

8

1  the opposition memo. It's opposed for two
2  reasons. Primarily because your own order says
3  there shall be no discovery on claims asserted
4  against the new parties, particularly KMK and
5  Ernst & Young, pending rulings on the motions
6  to dismiss.
7        I think that's reflective of the
8  PSLRA, which stays all of the pending discovery
9  when there are motions to dismiss. So for
10 those two reasons primarily we object to the
11 depositions of those two KMK attorneys. It's
12 fully briefed and Mr. Brautigam has filed a
13 reply at document 235.
14       MR. BRAUTIGAM: Your Honor, we
15 want to take the depositions of those attorneys
16 in relation to the original complaint, relating
17 to the registration and proxy materials.
18       Counsel have filed a very
19 impressive document, unfortunately it had
20 nothing to do with the issues before the Court.
21 It focused exclusively on the PSLRA. That has
22 nothing to do with the reason we want to take
23 the depositions at this point. And it's
24 inconsistent with your order which allows

03/11/2004 16:06   5135740561   WILLIAMS & OLIVER   PAGE 09
Case 1:00-cv-00793-SSB-TSH   Document 300-2   Filed 03/15/2004   Page 10 of 14

9

1   depositions with respect to the original
2   allegations to go forward.
3           MR. BREIDENSTEIN: Your Honor, the
4   issue has been fully briefed. I don't know
5   what more I can say except to say that when you
6   start to take the depositions of these KMK
7   attorneys for what Mr. Brautigam relates as
8   facts predating our involvement in the issues,
9   it's really impossible to divorce those issues.
10          The motion is only pending until
11  April 30th, which is the date for the ruling on
12  the motions to dismiss. And there's plenty of
13  stuff that Mr. Brautigam can do in the
14  meantime.
15          THE COURT: Other than that one
16  and the motion to strike in 204, what else?
17          MR. BRAUTIGAM: Your Honor, you --
18          THE COURT: Is that it?
19          MR. BRAUTIGAM: No, Your Honor.
20  The plaintiffs would like to depose Gary and
21  Lisa Meier. We had that scheduled and you
22  called that off and you said it could be
23  rescheduled at an appropriate time. And we'd
24  like some guidance on that.

1      Perhaps the defendants want to
2  take their depositions for class reasons and
3  perhaps not. That doesn't really matter to us,
4  we want to take their depositions as fact
5  witnesses who received the proxy materials and
6  relied on it.
7      THE COURT: You want to take the
8  depositions of the plaintiffs, who are your own
9  clients, right?
10     MR. BRAUTIGAM: Yes, Your Honor.
11     THE COURT: Okay. Any comments
12 from anybody?
13     MR. BREIDENSTEIN: Your Honor, Tom
14 Breidenstein once again. You've already ruled
15 on that issue in document 240.
16     THE COURT: Okay.
17     MR. BRAUTIGAM: And that's the
18 point, Your Honor. Your ruling we believe was
19 ambiguous.
20     THE COURT: Okay.
21     MS. PERRY: Your Honor, Mary-Helen
22 Perry for Ernst & Young.
23     THE COURT: Yes, ma'am.
24     MS. PERRY: I might also raise or

03/11/2004 16:06  5136740561  WILLIAMS & OLIVER  PAGE 11
Case 1:00-cv-00793-SSB-TSH   Document 300-2   Filed 03/15/2004   Page 12 of 14

11

1  reaffirm what Mr. Breidenstein has already
2  raised, the PSLRA prohibits continued
3  proceedings against parties who are subject to
4  a motion to dismiss. We would take the
5  position that that would include the
6  affirmative discovery of the Meiers until April
7  30th.
8              THE COURT: Okay. Anything else?
9  So it's the deposition of the Meiers, the
10 motion to strike Pat Fisher's letter, and the
11 depositions of the two Keating lawyers, Kreider
12 and Rosenberg, right?
13             MR. BRAUTIGAM: Right. And also
14 Norb Brinker, and we assume that you'll put
15 that in writing.
16             THE COURT: Absolutely I'll put
17 that in writing. I started taking notes in the
18 Brinker deposition for about 15 or 20 minutes.
19 Then I looked down at the crowd of defense
20 lawyers, most of which were asleep, and I
21 thought no wonder, you know, this is just a
22 waste -- a complete waste of time. So yeah,
23 I'll put it in writing, all right? And we'll
24 get to the others as soon as we can.

03/11/2004 16:06    5136740561         WILLIAMS & OLIVER           PAGE  12
Case 1:00-cv-00793-SSB-TSH    Document 300-2    Filed 03/15/2004    Page 13 of 14

12

```
 1              MR. BURKE:  Thank you, Your Honor.
 2              MR. BRAUTIGAM:  Thank you, Your
 3    Honor.
 4              MS. PERRY:  Thank you, Your Honor.
 5
 6                        - - -
 7          (Hearing concluded at 10:06 a.m.)
 8                        - - -
```

13

## C E R T I F I C A T E

    I, Lee Ann Williams, a Notary Public in and for the State of Ohio, do hereby certify that the foregoing is a true and correct transcript of the proceedings in the foregoing captioned matter, taken by me at the time and place so stated and transcribed from my stenographic notes.

My commission expires:
August 26, 2004                    Lee Ann Williams, RPR
                          Notary Public-State of Ohio