UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, *et al.*, | ) Case No. C-1-00-793 |
| Plaintiffs, | ) <br> ) (Judge Sandra S. Beckwith) <br> ) (Magistrate Judge Timothy S. Hogan) |
| -v- | ) |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**SUPPLEMENTAL AFFIDAVIT OF TAYFUN TUZUN IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST PROVIDENT FINANCIAL GROUP, INC.**

STATE OF OHIO            )
                         ) SS:
COUNTY OF HAMILTON  )

TAYFUN TUZUN, being first duly cautioned and sworn, deposes and states as follows:

(1)    I am the Senior Vice President, Treasury for Provident Financial Group, Inc. ("Provident"). I have held this position since 1998. I am providing this Supplemental Affidavit and set forth a fuller description of my education, training, experience and knowledge with respect to the topics covered in my original Affidavit. I have first-hand knowledge of the facts contained herein and would be competent to testify to them if called as a witness at trial.

(2)    I received a B.S. in Economics in 1986 from Bosphorus University in Istanbul, Turkey. After the completion of my undergraduate studies in Economics in 1986, I was accepted to join the Ph.D. program in Economics at The Ohio State University. As part of the program I received a Masters degree in Economics in 1987 and continued specialized course work in International Finance and Economic Development. The next five years of my graduate studies were spent in Ph.D. coursework and in conducting research for and writing my Ph.D.

dissertation. The subject matter was a mixture of topics in Finance and Economics and focused on market valuation of commercial banks. The title of my Ph.D. dissertation was *Applying the Statistical Market Value Accounting Model to Time-Series Data for Individual Firms*. I received my Ph.D. from The Ohio State University in 1992.

(3)   After receiving my Ph.D., I taught for one year as a member of the faculty at the School of Banking and Finance, University of New South Wales in Sydney, Australia, one of the top three tertiary institutions in Australia. During my tenure there I worked both on teaching and research. While obtaining my Ph.D. at Ohio State and during my tenure at the University of New South Wales, I have taught courses in Introductory Microeconomic theory, Intermediary Microeconomic Theory, Statistics, Banking and Finance, Australian Capital Markets and Regulation in Financial Markets. Also while on the faculty at the University of New South Wales, I was awarded a government research grant together to conduct valuation analyses on Australian banks and subsequently published two research papers in refereed academic journals. The titles of my articles were: (a) *The Underinvestment Hypothesis and Off-Balance Sheet Direct Credit Substitutes*; and (b) *Standby Letter of Credit and Bank Default Risk*.

(4)   I joined Provident Bank in 1993 in the Treasury area focusing on Interest Rate Risk Management. Interest income constitutes a large majority of banks' income and therefore constitutes the biggest risk. Jobs in this area require an intimate knowledge of not only the bank's balance sheet but also expertise in financial markets in general. Utilizing my quantitative background I developed a detailed understanding of bond and equity markets as well as different valuation techniques and tools used in the industry. Throughout my tenure at Provident I assumed additional responsibilities in Securitizations, Capital Management, Investor Relations, Financial Budgeting and Forecasting. I participated in mergers and acquisition analyses on multiple occasions when Provident was involved in prospective transactions as an acquiror or

seller. Throughout this period the CFO and I have been the primary contacts with investment bankers, equity analysts who follow financial stocks, and rating agencies. As a result I have developed a deep understanding of financial valuation for commercial banks. In addition I have been in charge of Strategic Planning for the bank. In that role I spent a significant amount of time analyzing strategic options to maximize shareholder value and developed extensive knowledge of projecting market reaction to strategic executions of financial decisions. I believe that the combination of my educational background and work experience qualify me to comment on market events, including performance of PFGI stock performance, that are detailed in my original Affidavit.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tayfun Tuzun

Sworn to before me and subscribed in my presence this 8th day of March, 2004.

_____
Notary Public

JAMES E. BURKE, Attorney at Law
Notary Public, State of Ohio
My commission has no expiration date
Section 147.03 O. R. C.

1228319.1

- 3 -