### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| Walter W. Thiemann, on behalf of himself and of all others similarly situated, : : : | Case No. C-1-00-793 |
| Plaintiffs, : | Judge Sandra S. Beckwith |
| vs. : | Magistrate Judge Hogan |
| OHSL FINANCIAL CORP., et al. : : | |
| Defendants. : : | |

## MOTION FOR PERMISSION TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to this Court's Order of 30 September 2003 (Doc. No. 212), the plaintiff class respectfully moves this Court for permission to file a Notice of Supplemental Authority to bring to the Court's attention a recent decision (23 March 2004) in a case within this District [*Bovee, et al. v. Coopers Lybrand, et al.*, (Case No. 2:97-CV-449)] that directly affects the issues before the Court on statute of limitations grounds. The plaintiff class submits that this decision may assist the Court in deciding these pending matters, and that, therefore, good cause exists for the Court to consider this supplemental authority. A copy of the supplemental authority is attached to this motion.

Respectfully submitted,

By: /s/ Michael G. Brautigam
Michael G. Brautigam
Gene Mesh M-94
GENE MESH & ASSOCIATES
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
Phone: (513) 221-8800
Fax: (513) 221-1097

## CERTIFICATE OF SERVICE

I hereby certify that on this ___th day of March 2004, a true and correct copy of Motion to Permit Filing of Supplemental Authority was served by Hand and U.S. Mail upon the following:

**By Hand:**

James E. Burke, Esq.
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202-3752

Michael R. Barrett
Barrett & Weber
105 E. Fourth Street
Suite 500, Fourth and Walnut Centre
Cincinnati, OH 45202

**By U.S. MAIL**

John W. Hust
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249

James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

David C. Greer
James H. Greer
BIESER, GREER & LANDIS
400 National City Center
6 North Main Street
Dayton, OH 45402-1908

_____
Stephanie A. Hite