**KEATING, MUETHING & KLEKAMP, P.L.L.**

ATTORNEYS AT LAW | 1400 PROVIDENT TOWER • ONE EAST FOURTH STREET • CINCINNATI, OHIO 45202-3752
TEL. (513) 579-6400 • FAX (513) 579-6457 • www.kmklaw.com

JAMES E. BURKE
DIRECT DIAL: (513) 579-6429
FACSIMILE: (513) 579-6457
E-MAIL: JBURKE@KMKLAW.COM

December 2, 2003

Michael G. Brautigam, Esq.
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

Re: Thiemann v. OHSL Financial Corporation

Dear Michael:

    I am in receipt of your letter dated November 26, 2003. Your suggestion that I am asking for "a detailed deposition outline for [my] review and approval," is inaccurate. I am suggesting only that you refrain from covering ground during the depositions of Messrs. Hanauer and Brinker that already has been covered in the numerous days of depositions in the Nolte action. The details and circumstances of Provident/OHSL merger, the proxy statement, and the 1999 shareholders' meeting was covered at length during those depositions. If this is unacceptable, I suggest we schedule a telephone conference with Magistrate Judge Hogan at which time we can discuss and resolve this issue.

    With respect to dates, I know that Rachael Rowe has already corresponded with you regarding Mr. Hanauer's deposition. I met with Norb Brinker at the end of October and discussed your request to take his deposition on a mutually convenient date. At that time he was fine. I spoke with Marilyn Wieland today, however, and she learned that her father was hospitalized about two weeks ago because he was having difficulty walking. The cause is not clear, but it may have been the result of a mild stroke. A lump also was discovered near his lung during the hospital stay. Marilyn advised me that her father now is in a nursing facility undergoing physical therapy and rehabilitation. He is not able to be deposed at this time. His deposition will have to be deferred, until his health improves.

    With respect to Ms. Wieland's deposition, she is on vacation December 11-12, 2003. I am in North Carolina for depositions the week of December 15, 2003 and Ms. Wieland is taking vacation the week between Christmas and New Year. Although Ms. Wieland is willing to appear for a deposition, it appears that we will need to select convenient dates during January, 2004. Please let me know your availability, then.

Michael G. Brautigam, Esq.
December 1, 2003
Page 2

                Sincerely yours,

                KEATING, MUETHING & KLEKAMP, P.L.L.

                By: _____
                      James E. Burke

JEB:jlm

cc:    John W. Hust, Esq.
      Michael R. Barrett, Esq.
      John B. Pinney, Esq.
      J. Michael Debbeler, Esq.
      James E. Gauch, Esq

*Via Facsimile*