# Exhibit A



**KMK** | Keating, Muething & Klekamp PLL
ATTORNEYS AT LAW

JAMES E. BURKE
DIRECT DIAL: (513) 579-6428
FACSIMILE: (513) 579-6457
E-MAIL: JBURKE@KMKLAW.COM

March 17, 2004

Williams & Oliver Court Reporter Services
6689 Raes Creek Court
Loveland, OH 45140

    Re:    Thiemann v. OHSL Financial Corp.; Deposition of Norbert G. Brinker (2/5/04)

Dear Sir or Madam:

Enclosed is the original signature page and errata sheet for the deposition of Norbert G. Brinker.

If you have any questions, please call.

                        Sincerely yours,

                        KEATING, MUETHING & KLEKAMP, P.L.L.

                        By: _____
                                   James E. Burke

JEB:jlm

Enclosures

cc:    Michael G. Brautigam, Esq.
       John W. Hust, Esq.
       Michael. R. Barrett, Esq.
       Thomas W. Breidenstein, Esq.
       Mary-Helen Perry, Esq.
       David C. Greer, Esq.
       James H. Greer, Esq.
       Rachael A. Rowe, Esq.

To the Reporter:

I have read the entire transcript of my deposition taken on the 2nd day of February, 2004, or the same has been read to me. I request that the following changes be entered upon the signature page and authorize you to attach the same to the original transcript.

| Page | Line | Correction or change and reason therefore |
|---|---|---|
| 12 | 15 | "Seventeen years ago" should have been "four years ago." I confused the date of the merger with the date I retired as a full time employee of Oak Hills. |
| 12 | 19 | "Close to seventeen" should have been "more than four." I confused the date of the merger with the date I retired as a full time employee of Oak Hills. |
| 17 | 17 | "Seventeen years ago" should be "more than four years ago." I confused the date of the merger with the date I retired as a full time employee of Oak Hills. |
| 21 | 3 | "Seventeen years ago" should be "more than four years ago." I confused the date of the merger with the date I retired as a full time employee of Oak Hills. |
| 27 | 3 | "Seventeen years ago" should have been "more than four years ago." I confused the date of the merger with the date I retired as a full time employee of Oak Hills. |
| 30 | 22-24 | "Seventeen years ago" should have been "more than four years ago." I confused the date of the merger with the date I retired as a full time employee of Oak Hills. In addition, I misspoke about who our counsel was. Dinsmore & Shohl represented OHSL in the merger transaction. The firm of Keating, Muething & Klekamp did not become involved as counsel for OHSL until after the transaction closed and the litigation regarding the OHSL merger was proceeding. |
| 31-33 | | The firm that represented OHSL and the OHSL directors in the merger transaction was Dinsmore & Shohl. Keating, Muething & Klekamp became counsel to OHSL and the OHSL directors during the litigation over the merger. McDonald & Company did not recommend the retention of Keating, Muething & Klekamp. I was confused between the two firms. |
| 34 | 10 | "Seventeen years later" should have been "more than four years later." I confused the date of the merger with the date I retired as a full time employee of Oak Hills. |
| 43 | 16-20 | Dinsmore & Shohl represented OHSL and the OHSL directors in the merger transaction. Keating, Muething & Klekamp became counsel to OHSL and the OHSL directors during the litigation over the merger. McDonald & Company did not recommend the retention of Keating, Muething & Klekamp. I was confused between the two firms. |
| 44 | 10-13 | McDonald & Company did not suggest the retention of Keating, Muething & Klekamp. I was confused between the two firms. |
| 46 | 19-20 | McDonald & Company was not involved in the retention of Keating, Muething & Klekamp. I was confused between the two firms. |
| 48 | 4-7 | McDonald & Company was not involved in the retention of Keating, Muething & Klekamp. I was confused between the two firms. |
| 49 50 | 19 through 9 | McDonald & Company was not involved in the retention of Keating, Muething & Klekamp. I was confused between the two firms. |

Signature: _Robert H Brianger_

Date: 3-17-04