UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, *et al.*, | ) Case No. C-1-00-793 |
| Plaintiffs, | ) (Judge Sandra S. Beckwith) |
| -v- | ) (Magistrate Judge Timothy S. Hogan) |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**OHSL AND PROVIDENT DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CONSOLIDATED AMENDED COMPLAINT WITH MEMORANDUM IN SUPPORT AND ATTACHED PROPOSED SUPPLEMENTAL MEMORANDUM**

## MOTION

The OHSL and Provident Defendants move this Court for leave to submit the attached supplemental memorandum in opposition to Plaintiffs' motion for class certification. The reason for this Motion is more fully explained in the attached Memorandum in Support.

Dated: April 23, 2004

Respectfully submitted,

/s/ James H. Greer
David C. Greer, Trial Counsel (0009090)
James H. Greer (0046555)
BEISER, GREER AND LANDIS, LLP
400 National City Center, 6North Main Street
Dayton, Ohio 45402
Tel: (937) 223-3277
Fax: (937) 223-6333
Email:dcg@bgllaw.com; jhg@bgllaw.com
Attorneys for OHSL and Provident Defendants

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

## MEMORANDUM IN SUPPORT

In accordance with the Court's Scheduling Order, the parties filed their opening round of class certification briefs in December, 2003 and January, 2004. (docs. 221, 233, 244, 247, 251). As noted by these Defendants in their memorandum opposing class certification, briefing on the issue of certification was done without the benefit of class discovery. (*See* Defendants' Opp. (doc. 244) at 2, n.2). Defendants therefore anticipated the need for supplemental briefing. *See Prado-Steiman v. Bush*, 221 F.3d 1266, 1273-74 (11th Cir. 2000); *Simon v. Phillip Morris, Inc.*, 200 F.R.D. 21, 41 (E.D. N.Y. 2001).

Class discovery is still not complete and Defendants therefore continue to anticipate the need for further supplemental briefing. Meantime, however, Defendants have discovered information mitigating against class certification due to further evidence suggesting the inadequacy of counsel for the putative class, which was discussed in The Provident and OHSL's Memorandum Opposing Class Certification. (doc. 244 at pp. 14-17). The Court can and should consider the ongoing conduct of class counsel in determining whether the alleged inadequacies should preclude certification. *Dubin v. Miller*, 132 F.R.D. 269, 273 (D. Colo. 1990); *Hatch v. Reliance Ins. Co.*, 785 F.2d 409 (9th Cir. 1985); *Kingsepp v. Wesleyan Univ.*, 142 F.R.D. 597 (S.D. N.Y. 1992).

- 3 -

Accordingly, Defendants respectfully request that the Court permit Defendants to file the attached Supplemental Memorandum in Opposition to Class Certification. Defendants have attached a proposed Order granting this Motion for the Court's convenience.

Respectfully submitted,

/s/ James H. Greer
David C. Greer, Trial Attorney (0009090)
James H. Greer (0046555)
BEISER, GREER AND LANDIS, LLP
400 National City Center
6 North Main Street
Dayton, Ohio 45402
Tel: (937) 223-3277
Fax: (937) 223-6333
Email:dcg@bgllaw.com; jhg@bgllaw.com
Attorneys for OHSL and Provident Defendants

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing OHSL AND PROVIDENT DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE CONSOLIDATED AMENDED COMPLAINT WITH MEMORANDUM IN SUPPORT AND ATTACHED PROPOSED SUPPLEMENTAL MEMORANDUM was served upon the following via electronic mail, this 23rd day of April, 2004.

| | |
|---|---|
| Michael G. Brautigam<br>Gene I. Mesh<br>Gene Mesh & Associates<br>2605 Burnet Avenue<br>Cincinnati, Ohio 45219-2502<br>*Attorneys for Plaintiffs* | James E. Gauch<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>*Attorney for Defendant Ernst & Young* |
| John W. Hust<br>Michael E. Maundrell<br>Schroeder, Maundrell, Barbiere & Powers<br>11935 Mason Road, Suite 110<br>Cincinnati, Ohio 45249<br>*Attorneys for Dinsmore Defendants* | Michael R. Barrett<br>Thomas W. Breidenstein<br>Barrett & Weber<br>500 Fourth & Walnut Centre<br>105 East Fourth Street<br>Cincinnati, Ohio 45202-4015<br>*Attorneys for KMK Defendants* |

BIESER, GREER & LANDIS LLP

By: /s/ James H. Greer