

FILED
KENNETH J. MURPHY
CLERK

03 JUN 26 AM 10:47

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN TRIBBLE | : | Case No: C-1-03-403 |
| | : | Judge Arthur S. Spiegel |
| Plaintiff, | : | **MOTION FOR ADMISSION *PRO HAC VICE*** (RECEIPT ATTACHED) |
| Vs. | : | |
| JOHNNY LEE GRAHAM, et al | : | |

**MOTION OF PLAINTIFF KATHLEEN TRIBBLE FOR ADMISSION OF MICHAEL G. BRAUTIGAM PRO HAC VICE**

Now comes plaintiff, Kathleen Tribble, and respectfully moves this Court, pursuant to Local Rule VIII (Attorneys Specially Admitted) for admission *Pro Hac Vice* of Attorney Michael G. Brautigam as co-counsel for plaintiff and the class. Support for this Motion is provided in the attached Memorandum.

03 JUL -2 AM 9:50

HACKETT LAW OFFICES
Paul Hackett
1014 Vine Street, Suite 1690
Cincinnati, Ohio 45202

Granted 7/1/03
Spiegel
U.S.D.J.

Gene Mesh (Ohio Bar # 0002076)
Michael G. Brautigam
2605 Burnet Avenue
Cincinnati, Ohio 45219
(513) 221-8800 (Telephone)
(513) 221-1097 (Facsimile)

4812

2

## MEMORANDUM IN SUPPORT

This Motion is addressed to the Court to admit Attorney Michael G. Brautigam pro hac vice to the present action. Attorney Michael G. Brautigam is a member in good standing of the Bar of the States of New York, Connecticut, Florida and Kentucky. He has been admitted to practice before all courts of those states. As co-counsel for plaintiff Kathleen Tribble and will be familiar with the rules of this Court and the substantive laws of the State of Ohio.

Participation by Attorney Michael G. Brautigam is necessary for the presentation of plaintiff Kathleen Tribble's position in this case. Attorney Michael G. Brautigam is an experienced litigator and will be instrumental in representing plaintiffs and the class's interests in this action. Attached to this Memorandum in Support is the Affidavit of Michael G. Brautigam detailing his qualifications to serve as counsel in this case. In addition to his other credentials, Attorney Michael G. Brautigam is fully familiar with the facts and circumstances of the case, in that he has conducted much of the pre-filing investigation through the Ohio open records act, and has written much of the complaint. Plaintiff respectfully submits that the participation of Attorney Michael G. Brautigam will facilitate the prosecution of this action.

For the reasons set forth above, it is respectfully requested that Attorney Michael G. Brautigam be admitted pro hac vice and that he be permitted to participate as co-counsel for plaintiff Kathleen Tribble in this action.

Respectfully submitted,

**HACKETT LAW OFFICES**

Paul Hackett
1014 Vine Street, Suite 1690
Cincinnati, Ohio 45202

Gene Mesh (Ohio Bar # 0002076)
Michael G. Brautigam
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
(513) 221-8800 (Telephone)
(513) 221-1097 (Facsimile)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| KATHLEEN TRIBBLE | : | Case No: C-1-03-403 |
| | : | Judge Arthur S. Spiegel |
| Plaintiff, | : | **DECLARATION OF MICHAEL G. BRAUTIGAM IN SUPPORT OF ADMISSION *PRO HAC VICE*** |
| | : | |
| Vs. | : | |
| JOHNNY LEE GRAHAM, et al. | : | |

**DECLARATION OF MICHAEL G. BRAUTIGAM**

Michael G. Brautigam hereby applies to appear as counsel *pro hac vice* in the above case and under penalty of perjury, state the following:

1. My name, current address and phone number are:

   Michael G. Brautigam
   GENE MESH & ASSOCIATES
   2605 Burnet Avenue
   Cincinnati, Ohio 45219-2502
   (513) 221-8800

2. I have been admitted to practice by the highest courts of the following jurisdictions on the date(s) given:
   New York - 1989

   Connecticut - 1989

   Florida - 1992

   Kentucky - 1997

   Federal Courts:

United States District Courts for the Eastern and Southern District of New York - 1990

Northern District of Ohio - 1992

United States Court of Appeals for the Sixth and Seventh Circuits - 1994

United States Court of Appeals for the Third Circuit – 1998

Second Circuit 2002

United States Supreme Court 2000

3. I am in good standing and am currently eligible to practice in all the courts listed in paragraph 2.

4. I am not currently suspended or disbarred in any court.

5. Attached as Exhibit A is a copy of my certification of admission to practice in the Commonwealth of Kentucky and a current certificate of good standing.

6. By making this application, I consent to the jurisdiction of this court for any alleged misconduct occurring during the course of this matter.

Respectfully submitted this 26th day of June, 2003.

GENE MESH & ASSOCIATES

Gene Mesh (Ohio Bar # 0002076)
Michael G. Brautigam
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
(513) 221-8800 (Telephone)
(513) 221-1097 (Facsimile)

**Of Counsel:**
**Hackett Law Offices**
**Paul Hackett**
**1014 Vine Street, Suite 1690**
**Cincinnati, Ohio 45202**

# KE. .UCKY BAR ASSOCIA1..ON

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1883
(502) 564-3795
FAX (502) 564-3225




**OFFICERS**
Stephen B. Catron
**President**
John W. Stevenson
**President-Elect**
R. Kent Westberry
**Vice President**
Beverly R. Storm
**Past President**
**HOUSE OF DELEGATES**
Forrest E. Cook
**Chair**
Larry H. York
**Chair-Elect**
**YOUNG LAWYERS**
Michael J. Cox
**Chair**
**EXECUTIVE DIRECTOR**
Bruce K. Davis

**BOARD OF GOVERNORS**
Barbara D. Bonar
Donald H. Combs
Jane Winkler Dyche
Charles E. English, Jr.
Margo L. Grubbs
Shelby C. Kinkead, Jr.
Robert Scott Madden
Douglas L. McSwain
Charles E. Moore
Michael J. O'Connell
John M. Rosenberg
Joseph L. White
Mark C. Whitlow
C. A. Woodall, III

*May 15, 2003*

***THIS IS TO CERTIFY THAT***

***MICHAEL GEORGE BRAUTIGAM***
*798 Clinton Springs Avenue, Number 6*
*Cincinnati, Ohio 45229-1335*

***Membership No. 86789***

*is a member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky, no record of any complaints or charges of any kind having been preferred against him.*

***BRUCE K. DAVIS***
***REGISTRAR***

By: [signature]
***Michele M. Pogrotsky, Deputy Registrar***

**EXHIBIT A**

Thu Jun 26 10:38:14 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No. 100 419420
Cashier sl

Tender Type CHECK

Check Number: 1079

Transaction Type C

Case No./Def No. 1:03-LB-ATTY / 1

| DO Code | Div No | Acct |
|---|---|---|
| 4661 | 1 | 6855XX |

Amount $ 50.00

MICHAEL BRAUTIGAM

PRO HAC ON C-1-03-403

Thu Jun 26 10:38:14 2003

Check No. 1079
Amount$ 50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661