UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER M. THIEMANN, *et al.*, | ) | Case No. C-1-00-793 |
| | ) | |
| Plaintiffs, | ) | (Judge Sandra S. Beckwith) |
| | ) | (Magistrate Judge Timothy S. Hogan) |
| -v- | ) | |
| | ) | |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) | **DEFENDANTS' NOTICE OF MANUAL** |
| | ) | **FILING OF DEPOSITION OF** |
| Defendants. | ) | **NORBERT BRINKER** |
| | ) | |

Provident and OHSL Defendants hereby notice this Court and counsel of record that the deposition of Norbert Brinker, taken on February 5, 2004, is being manually filed with the Clerk of Court via hand-delivery on this 29th day of April, 2004.

Respectfully submitted,

   s/James H. Greer
David C. Greer (0009090), Trial Attorney
James H. Greer (0046555)
BIESER, GREER & LANDIS LLP
400 National City Center
Six North Main Street
Dayton, Ohio  45402
Tel:  (937) 223-3277
Fax:  (937) 223-6339
Email:  dcg@bgllaw.com
Email:  jhg@bgllaw.com
*Attorney for Provident Defendants*

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' NOTICE OF MANUAL FILING OF DEPOSITION OF NORBERT BRINKER was served upon the following by ordinary U.S. mail, this 29th day of April, 2004.

*Via U.S. Mail:*

Michael G. Brautigam
Gene I. Mesh
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

*Attorneys for Plaintiff*

*Via Electronic Mail:*

John W. Hust
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

*Attorneys for Dinsmore Defendants*


James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

*Attorney for Defendant, Ernst & Young*


Michael R. Barrett
Thomas W. Breidenstein
Barrett & Weber
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, Ohio 45202-4015

*Attorneys for KMK Defendants*


    s/James H. Greer
    James H. Greer

1257778.1