UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER M. THIEMANN, *et al.*, | ) | Case No. C-1-00-793 |
| | ) | |
| Plaintiffs, | ) | (Judge Sandra S. Beckwith) |
| | ) | (Magistrate Judge Timothy S. Hogan) |
| -v- | ) | |
| | ) | |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) | **DEFENDANTS' NOTICE OF MANUAL** |
| | ) | **FILING OF DEPOSITION OF** |
| Defendants. | ) | **WILLIAM HILLEBRAND** |
| | ) | |

    Provident and OHSL Defendants hereby notice this Court and counsel of record that the deposition of William Hillebrand, taken on January 5, 2004, is being manually filed with the Clerk of Court via hand-delivery on this 29th day of April, 2004.

    Respectfully submitted,

    ___s/James H. Greer_____
    David C. Greer (0009090), Trial Attorney
    James H. Greer (0046555)
    BIESER, GREER & LANDIS LLP
    400 National City Center
    Six North Main Street
    Dayton, Ohio 45402
    Tel: (937) 223-3277
    Fax: (937) 223-6339
    Email: dcg@bgllaw.com
    Email: jhg@bgllaw.com
    *Attorney for Provident Defendants*

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANTS' NOTICE OF MANUAL FILING OF DEPOSITION OF WILLIAM HILLEBRAND was served upon the following by ordinary U.S. mail, this 29th day of April, 2004.

| *Via U.S. Mail:* | *Via Electronic Mail:* |
|---|---|
| Michael G. Brautigam<br>Gene I. Mesh<br>Gene Mesh & Associates<br>2605 Burnet Avenue<br>Cincinnati, Ohio  45219-2502 | John W. Hust<br>Michael E. Maundrell<br>Schroeder, Maundrell, Barbiere & Powers<br>11935 Mason Road, Suite 110<br>Cincinnati, Ohio  45249 |
| *Attorneys for Plaintiff* | *Attorneys for Dinsmore Defendants* |
| | James E. Gauch<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113 |
| | *Attorney for Defendant, Ernst & Young* |
| | Michael R. Barrett<br>Thomas W. Breidenstein<br>Barrett & Weber<br>500 Fourth & Walnut Centre<br>105 East Fourth Street<br>Cincinnati, Ohio  45202-4015 |
| | *Attorneys for KMK Defendants* |

                                                           s/James H. Greer
                                                           James H. Greer