UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER M. THIEMANN, *et al.*, | ) | Case No. C-1-00-793 |
| | ) | |
| Plaintiffs, | ) | (Judge Sandra S. Beckwith) |
| | ) | (Magistrate Judge Timothy S. Hogan) |
| -v- | ) | |
| | ) | |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) | **DEFENDANTS' NOTICE OF MANUAL** |
| | ) | **FILING OF DEPOSITION OF** |
| Defendants. | ) | **HOWARD ZOELLNER** |
| | ) | |

Provident and OHSL Defendants hereby notice this Court and counsel of record that the deposition of Howard Zoellner, taken on March 24, 2004, is being manually filed with the Clerk of Court via hand-delivery on this 29th day of April, 2004.

        Respectfully submitted,

        ___s/James H. Greer_____
        David C. Greer (0009090), Trial Attorney
        James H. Greer (0046555)
        BIESER, GREER & LANDIS LLP
        400 National City Center
        Six North Main Street
        Dayton, Ohio  45402
        Tel:  (937) 223-3277
        Fax:  (937) 223-6339
        Email:  dcg@bgllaw.com
        Email:  jhg@bgllaw.com
        *Attorney for Provident Defendants*

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

- 2 -

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing DEFENDANTS' NOTICE OF MANUAL FILING OF DEPOSITION OF HOWARD ZOELLNER was served upon the following this 29th day of April, 2004.

| *Via U.S. Mail:* | *Via Electronic Mail:* |
|---|---|
| Michael G. Brautigam<br>Gene I. Mesh<br>Gene Mesh & Associates<br>2605 Burnet Avenue<br>Cincinnati, Ohio  45219-2502<br><br>*Attorneys for Plaintiff* | John W. Hust<br>Michael E. Maundrell<br>Schroeder, Maundrell, Barbiere & Powers<br>11935 Mason Road, Suite 110<br>Cincinnati, Ohio  45249<br><br>*Attorneys for Dinsmore Defendants*<br><br>James E. Gauch<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br><br>*Attorney for Defendant, Ernst & Young*<br><br>Michael R. Barrett<br>Thomas W. Breidenstein<br>Barrett & Weber<br>500 Fourth & Walnut Centre<br>105 East Fourth Street<br>Cincinnati, Ohio  45202-4015<br><br>*Attorneys for KMK Defendants* |

                                                                                 s/James H. Greer<br>
                                                                                   James H. Greer