

**KMK** | Keating, Muething & Klekamp PLL
ATTORNEYS AT LAW

JAMES E. BURKE
DIRECT DIAL: (513) 579-6429
FACSIMILE: (513) 579-6457
E-MAIL: JBURKE@KMKLAW.COM

February 3, 2004

Provident Financial Group, Inc.,
For itself and as successor by merger to OHSL
Financial Corp. and Oak Hills Savings & Loan
Company, F.A.
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Mr. Robert L. Hoverson
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Mr. Christopher J. Carey
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Mr. Jack M. Cook
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Mr. Joseph J. Tenoever
4130 Jamestown Street
Cincinnati, Ohio 45205

Mr. William R. Hillebrand
2224 Flomar Court
Cincinnati, Ohio 45233

Mr. Joseph A. Steger
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Mr. Thomas D. Grote, Jr.
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Mr. Thomas E. McKiernan
6114 Cleves-Warsaw Road
Cincinnati, Ohio 45233

Mr. Kenneth L. Hanauer
3394 Kuliga Park Drive
Cincinnati, Ohio 45248





DEFENDANT'S
EXHIBIT
B

February 3, 2004
Page 2

Mr. Howard H. Zoellner
1690 Towerwoods Drive
Cincinnati, Ohio 45224

Mr. Alvin E. Hucke
6775 Menz Lane
Cincinnati, Ohio 45233

Mr. Norbert G. Brinker
5656 Bridgetown Road
Cincinnati, Ohio 45248

Mr. Joseph A. Pedoto
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Mr. Philip R. Meyers
c/o James R. Whitaker, Esq.
600 Provident Tower
One East Fourth Street
Mailstop 860A
Cincinnati, Ohio 45202

Re:   Thiemann, et al. v. OHSL, et al.

Dear Clients:

I write to discuss with you and obtain your consent to another issue regarding counsel for the Provident and OHSL Defendants in this case.

I would appreciate it if you would sign the enclosed copy of this letter indicating that you consent to David Greer taking over as trial counsel for you and return it to me in the enclosed, self-addressed, stamped envelope.

Best personal regards,

KEATING, MUETHING & KLEKAMP, P.L.L.

By: _____
    James E. Burke

JEB:jlm
Enclosure

February 3, 2004
Page 4


      I consent to the substitution of trial counsel under the circumstances described above.

PROVIDENT FINANCIAL GROUP, INC.,
For itself and as successor by merger to
OHSL Financial Corp. and Oak Hills Savings
& Loan Company, F.A.


By: _James R. Whitaker_____
        JAMES R. WHITAKER
        VICE PRESIDENT AND
THE PROVIDENT BANK  GENERAL COUNSEL


By: _James R. Whitaker_____
        JAMES R. WHITAKER
        EXECUTIVE VICE PRESIDENT AND
THE BOARD OF DIRECTORS OF  GENERAL COUNSEL
PROVIDENT FINANCIAL GROUP, INC.


By:_____


_____
Norbert G. Brinker


_____
Christopher J. Carey


_____
Jack M. Cook

February 3, 2004
Page 4


I consent to the substitution of trial counsel under the circumstances described above.

PROVIDENT FINANCIAL GROUP, INC.,
For itself and as successor by merger to
OHSL Financial Corp. and Oak Hills Savings
& Loan Company, F.A.



By:_____


THE PROVIDENT BANK



By:_____


THE BOARD OF DIRECTORS OF
PROVIDENT FINANCIAL GROUP, INC.



By:_____


_____
Norbert G. Brinker



_____
Christopher J. Carey



_____
Jack M. Cook

February 3, 2004
Page 4


I consent to the substitution of trial counsel under the circumstances described above.

PROVIDENT FINANCIAL GROUP, INC.,
For itself and as successor by merger to
OHSL Financial Corp. and Oak Hills Savings
& Loan Company, F.A.



By:_____


THE PROVIDENT BANK


By:_____


THE BOARD OF DIRECTORS OF
PROVIDENT FINANCIAL GROUP, INC.


By:_____


_____
Norbert G. Brinker


_____
Christopher J. Carey


_____
Jack M. Cook

February 3, 2004
Page 4

      I consent to the substitution of trial counsel under the circumstances described above.

PROVIDENT FINANCIAL GROUP, INC.,
For itself and as successor by merger to
OHSL Financial Corp. and Oak Hills Savings
& Loan Company, F.A.

By:_____

THE PROVIDENT BANK

By:_____

THE BOARD OF DIRECTORS OF
PROVIDENT FINANCIAL GROUP, INC.

By:_____

_____
Norbert G. Brinker

_____
Christopher J. Carey

_____
Jack M. Cook

February 3, 2004
Page 5

_____
Thomas D. Grote, Jr.

_____
Kenneth L. Hanauer

_____
Robert L. Hoverson

_____
William R. Hillebrand

_____
Alvin E. Hucke

_____
Thomas E. McKiernan

_____
Phillip R. Meyers

_____
Joseph A. Pedoto

_____
Joseph A. Steger

_____
Joseph J. Tenoever

February 3, 2004
Page 5


_____
Thomas D. Grote, Jr.

_____
Kenneth L. Hanauer


_____
Robert L. Hoverson


_____
William R. Hillebrand


_____
Alvin E. Hucke


_____
Thomas E. McKiernan


_____
Phillip R. Meyers


_____
Joseph A. Pedoto


_____
Joseph A. Steger


_____
Joseph J. Tenoever

February 3, 2004
Page 5


_____

Thomas D. Grote, Jr.


_____

Kenneth L. Hanauer


_____

Robert L. Hoverson


_____

William R. Hillebrand


_____

Alvin E. Hucke


_____

Thomas E. McKiernan


_____

Phillip R. Meyers


_____

Joseph A. Pedoto


_____

Joseph A. Steger


_____

Joseph J. Tenoever

February 3, 2004
Page 5


_____

Thomas D. Grote, Jr.


_____

Kenneth L. Hanauer


_____

Robert L. Hoverson

*William R. Hillebrand*
_____

William R. Hillebrand


_____

Alvin E. Hucke


_____

Thomas E. McKiernan


_____

Phillip R. Meyers


_____

Joseph A. Pedoto


_____

Joseph A. Steger


_____

Joseph J. Tenoever

February 3, 2004
Page 5


_____

Thomas D. Grote, Jr.


_____

Kenneth L. Hanauer


_____

Robert L. Hoverson


_____

William R. Hillebrand


_____

Alvin E. Hucke


_____

Thomas E. McKiernan


_____

Phillip R. Meyers


_____

Joseph A. Pedoto


_____

Joseph A. Steger


_____

Joseph J. Tenoever

February 3, 2004
Page 5


_____

Thomas D. Grote, Jr.


_____

Kenneth L. Hanauer


_____

Robert L. Hoverson


_____

William R. Hillebrand


_____

Alvin E. Hucke

Thomas E. McKiernan


_____

Phillip R. Meyers


_____

Joseph A. Pedoto


_____

Joseph A. Steger


_____

Joseph J. Tenoever

February 3, 2004
Page 5


_____
Thomas D. Grote, Jr.


_____
Kenneth L. Hanauer


_____
Robert L. Hoverson


_____
William R. Hillebrand


_____
Alvin E. Hucke


_____
Thomas E. McKiernan


_____
Philip R. Myers


_____
Joseph A. Pedoto


_____
Joseph A. Steger


_____
Joseph J. Tenoever


_____
Howard H. Zoellner

February 3, 2004
Page 5


_____
Thomas D. Grote, Jr.


_____
Kenneth L. Hanauer


_____
Robert L. Hoverson


_____
William R. Hillebrand


_____
Alvin E. Hucke


_____
Thomas E. McKiernan


_____
Phillip R. Meyers


_____
Joseph A. Pedoto


_____
Joseph A. Steger


_____
Joseph J. Tenoever

February 3, 2004
Page 5


_____
Thomas D. Grote, Jr.


_____
Kenneth L. Hanauer


_____
Robert L. Hoverson


_____
William R. Hillebrand


_____
Alvin E. Hucke


_____
Thomas E. McKiernan


_____
Phillip R. Meyers


_____
Joseph A. Pedoto


_____
Joseph A. Steger


_____
Joseph J. Tenoever

February 3, 2004
Page 5


_____

Thomas D. Grote, Jr.


_____

Kenneth L. Hanauer


_____

Robert L. Hoverson


_____

William R. Hillebrand


_____

Alvin E. Hucke


_____

Thomas E. McKiernan


_____

Phillip R. Meyers


_____

Joseph A. Pedoto


_____

Joseph A. Steger


_____

Joseph T. Tendever

February 3, 2004
Page 6

_____
Howard H. Zoellner