UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Walter W. Thiemann, on behalf of Himself and all others similarly situated : : Plaintiff : v. : OHSL Financial Corporation, (OHSL) et al. : Defendants : : | Case No. C-1-00-793 Judge Sandra S. Beckwith Magistrate Judge Timothy Hogan (Class Action) |

** ** ** ** **

## STIPULATION FOR EXTENTION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that plaintiffs shall have up to and including THURSDAY 10 JUNE 2004 to respond to Defendants Motion for Leave to Submit Supplemental Material (Doc No. 316).

Respectfully Submitted,

 /s/ Michael G. Brautigam
Gene Mesh (0002076)
Michael G. Brautigam
GENE MESH AND ASSOCIATES
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

 /s/ James H. Greer
David C. Greer
James H. Greer
BIESER, GREER & LANDIS LLP
400 National City Center
6 North Main Street
Dayton, OH 45402-1908

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the foregoing Stipulation for Extension of Time was served as follows this, __ day of May, 2004.

**By FAX**

James E. Burke, Esq.
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202-3752

Michael R. Barrett
Barrett & Weber
105 E. Fourth Street
Suite 500, Fourth and Walnut Centre
Cincinnati, OH 45202

John W. Hust
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, OH 45249

James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113

                                                                 /s/ James H. Greer
                                                                 James H. Greer