FOCUS - 2 of 34 DOCUMENTS

Copyright 2003 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

October 25, 2003 Saturday MO1 EDITION

**SECTION:** B; BRIEF; Pg. OP1

**LENGTH:** 491 words

**HEADLINE:** The week's editorials

**BODY:**

Sunday A crisis of leadership

There's a crisis of leadership in San Jose, nowhere more evident than downtown. The retirement of redevelopment director Susan Shick brought it into the spotlight last week, but it's not new, and it's not Shick's fault. Responsibility lies with Mayor Ron Gonzales, who recruited the city's top executives and has kept them on a short leash.

Monday No school left unpunished

A massive exodus of students from "bad" schools didn't happen this fall. But most California schools, good and bad, are headed for a catastrophic collision with a new federal education reform within a few years. Only a tiny percentage of parents chose to transfer their children out of the 19 schools in Santa Clara County that were hit with sanctions under the No Child Left Behind Act. Within a few years, the penalties will get stiffer, and the list of non-compliant schools will grow longer.

Tuesday Who will pay for Medicare?

Somehow, someway, someone is going to pay for the Medicare reform and prescription drug program being negotiated by Congress. The joint committee seeking to meld House and Senate legislation blew Friday's self-imposed deadline to resolve the issue. But the notion of revisiting patients' ability to pay -- what the policymakers call "means-testing" -- as a device to cover Medicare reform's price tag deserves support.

Wednesday King Road is fine as is

There's nothing to it: Just tack on Martin Luther to King Road to rename a street for the civil rights leader. That struck petitioners as a sensible tribute. In fact, there is nothing at all to the idea, and everyone involved should just walk away from it. Rather than further ill will, the African-American sponsors of the name change should take the high road and withdraw their petition. Failing that, the San Jose City Council should reject the petition.

Thursday Senate says no to spam

Seven years of paralysis on anti-spam legislation ended with a bang Wednesday, when the U.S. Senate unanimously approved a bill that authorizes the creation of a do-not-spam list. It's a huge, but not complete, victory for Internet users. With more than 50 million Americans signing up for the Federal Trade Commission's do-not-call list, the 97-0 vote is hardly surprising. It will put pressure on the House, which is also prone to paralysis on anti-spam legislation, to follow suit.

Friday Call-back time in Sacramento

San Jose Mercury News (California) October 25, 2003 Saturday MO1 EDITION

Legislators are not going to feel very special when just-inaugurated Gov. Arnold Schwarzenegger makes them return to Sacramento for a special session in November. Nobody likes to be told to get back to work and try to do it right the second time around. The special session Schwarzenegger plans to call will reveal his style of governing and his chances for success.

On mercurynews.com

Read complete text of these editorials and check out other issues we're tracking. Visit the Opinion section.

**LOAD-DATE:** October 25, 2003