IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Walter W. Thiemann,<br><br>    Plaintiff,<br><br>v.<br><br>OHSL Financial Corp., et al.,<br><br>    Defendant. | Case No. 1:00-cv-00793<br><br>Judge:  Sandra S. Beckwith<br><br>Magistrate:  Timothy Hogan |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.4(d) of this Court, the undersigned hereby give notice of Withdrawal of Appearance of Cheryl E. Forchilli on behalf of Defendant Ernst & Young ("E&Y").  E&Y will continue to be represented in this matter by Stephen J. Brogan, James E. Gauch, Mary-Helen Perry, and Heather Guilette Walser.  E&Y has knowledge of and has consented to this withdrawal and substitution.

Dated: May 18, 2004                                   Respectfully submitted,


                                             s/James E. Gauch
                                             Stephen J. Brogan
                                             James E. Gauch
                                             Mary-Helen Perry
                                             Heather Guilette Walser
                                             JONES DAY
                                             51 Louisiana Avenue, N.W.
                                             Washington, DC  20001-2113
                                             Telephone:  (202) 879-3939
                                             Facsimile:   (202) 626-1700

                                             Counsel for Defendant
                                             ERNST & YOUNG

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE was served upon:

Michael G. Brautigam, Esq.
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
*Attorney for Plaintiff*

by U.S. mail, this 18th day of May, 2004, and upon all other counsel of record via the Court's electronic case filing system.

s/ James E. Gauch
James E. Gauch