FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAY 18 PM 12: 21

| | | |
|---|---|---|
| Walter W. Thiemann, on behalf of himself and of all others similarly situated, | : | Case No. C-1-00-793 |
| | : | Judge Sandra S. Beckwith |
| Plaintiff, | : | Magistrate Judge Hogan |
| vs. | : | **PLAINTIFFS' MOTION FOR A BRIEF EXTENSION OF TIME TO FILE A RESPONSE TO THE OHSL AND PROVIDENT DEFENDANTS MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIAL (DOC. NO. 316)** |
| OHSL Financial Corporation, et al. | : | |
| Defendants. | : | |

Plaintiffs respectfully move this Court for a brief extension of time to respond to the Motion of the OHSL and Provident Defendants for Leave to Submit Supplemental Material in Opposition to Class Certification (Doc. No. 316). The brief extension of time had been agreed to by the Defendants and a Stipulation was submitted. The stipulation was rejected by the Court, which informed Defendants (who had filed the Stipulation as a courtesy to the Plaintiffs) that such an extension must be by motion. Plaintiffs, who learned of the rejection of the stipulation only on the afternoon of 17 May 2004, now respectfully submit this motion. A brief extension of time to respond to this document is necessary due to scheduling conflicts with Plaintiffs' counsel, and the need to prepare and

1

take depositions that have been scheduled in this case. This motion is supported by the Affidavit of Michael G. Brautigam.

Respectfully Submitted,

GENE MESH & ASSOCIATES

Dated: 18 May 2004

By: *(signature)*

Gene Mesh (0002076)
Michael G. Brautigam
GENE MESH AND ASSOCIATES
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for a Brief Extension of Time was served this 18th day of May 2004 as follows:

**BY FAX TO ALL COUNSEL**

James E. Burke, Esq.
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

Michael Barrett, Esq.
BARRETT & WEBER
105 East Fourth Street, Suite 500
Cincinnati, OH 45202-4015

John Hust, Esq.
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
Suite 110, Governor's Knoll
11935 Mason Road
Cincinnati, OH 45249

James E. Gauch. Esq.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001

James H. Greer, Esq.
BIESER, GREER AND LANDIS, LLP
400 National City Center, 6 North Main Street
Dayton, OH 45402

_____
Stephanie A. Hite