## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Walter W. Thiemann, on behalf of himself and of all others similarly situated, | : | Case No. C-1-00-793 |
| | : | Judge Sandra S. Beckwith |
| Plaintiff, | : | |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | |
| OHSL Financial Corporation, et al. | : | **AFFIDAVIT OF MICHAEL G. BRAUTIGAM** |
| Defendants. | : | |

STATE OF OHIO         :
                      : SS:
COUNTY OF HAMILTON    :

**MICHAEL G. BRAUTIGAM, being duly sworn, deposes and states as follows:**

1. I am one of the counsel for the Plaintiffs in this action.

2. I make this affidavit in support of the motion for a brief extension of time to respond to the Motion for Leave to Submit Supplemental Material in Opposition to Class Certification (Doc. No. 316).

3. A brief extension of time is necessary to allow for Plaintiffs' counsel to attend to other business and also to prepare for and take depositions that were previously scheduled in this case.

1

4. In recent weeks, I have discussed this issue with Jamie Greer, one of the counsel for the OHSL and Provident defendants, who graciously agreed to allow for a brief extension of time up to and including THURSDAY 10 JUNE 2004.

5. No party will be prejudiced by this brief extension of time.

6. No previous extension of time was sought or received with respect to this filing.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Michael G. Brautigam

Sworn to before me and subscribed in my presence this 18th day of May 2004.

_____
STEPHANIE A. HITE

NOTARY PUBLIC

STEPHANIE A. HITE
Notary Public, State of Ohio
My Commission Expires
February 16, 2009

2