Exhibit A

1

```
 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3             WESTERN DIVISION AT CINCINNATI

 4
                                  - - -
 5
    WALTER W. THIEMANN AND    :
 6  GARY AND LISA MEIER,      :
    AND GARY MEIER C-F        :
 7  LINDSEY MEIER, On         :
    behalf of themselves and  :
 8  all others similarly      :
    situated,                 :
 9                            :
           Plaintiffs,        :
10                            :
       VS.                    :  CASE NO. C-1-00-793
11                            :
    OHSL FINANCIAL CORP.,     :
12  (OHSL) OAK HILLS SAVINGS  :
    AND LOAN COMPANY, F.A.,   :
13  NORBERT G. BRINKER,       :
    KENNETH L. HANAUER,       :
14  WILLIAM R. HILLEBRAND,    :
    ALVIN E. HUCKE, THOMAS    :
15  E. MCKIERNAN, JOSEPH J.   :
    TENOEVER, HOWARD N.       :
16  ZOELLNER, PROVIDENT       :
    FINANCIAL GROUP, INC.,    :
17  (PROVIDENT) THOMAS D.     :
    GROTE, JR., PHILIP R.     :
18  MEYERS, JOSEPH A.         :
    PEDOTO, JOSEPH A. STEGER  :
19  CHRISTOPHER J. CAREY,     :
    CLIFFORD ROE, CHARLES     :
20  HERTLEIN, DINSMORE &      :
    SHOHL, LLP, MARK WEISS,   :
21  KEATING, MUETHING &       :
    KLEKAMP, PPL, AND ERNST   :
22  & YOUNG,                  :
                              :
23         Defendants.        :
                                  - - -
24        Excerpt of the deposition of JOSEPH A.
```

WILLIAMS & OLIVER
6689 Raes Creek Court, Loveland, Ohio 45140
(513)683-9626

2

1  STEGER, a defendant herein, called by the
2  plaintiffs for cross-examination, pursuant to
3  the Federal Rules of Civil Procedure, taken
4  before me, Lee Ann Williams, a Registered
5  Professional Reporter and Notary Public in and
6  for the State of Ohio, at the offices of Gene
7  Mesh & Associates, 2605 Burnet Avenue,
8  Cincinnati, Ohio, on Friday, May 7, 2004, at
9  1:00 p.m.
10
11  APPEARANCES:
12          On behalf of the Plaintiff:
13              Michael G. Brautigam, Esq.
                    and
14              Gene Mesh, Esq.
                Gene Mesh & Associates
15              2605 Burnet Avenue
                Cincinnati, Ohio 45219
16
        On behalf of the Defendants:
17
                Rachel Rowe, Esq. (Of counsel)
18              Keating, Muething & Klekamp
                1400 Provident Tower
19              One East Fourth Street
                Cincinnati, Ohio 45202
20
        On behalf of the Defendants:
21
                Joseph C. Oehlers, Esq.
22              Bieser Greer Landis
                400 National City Center
23              Six North Main Street
                Dayton, Ohio 45402
24

05/18/2004 09:57 5136740561 WILLIAMS & OLIVER PAGE 04
Case 1:00-cv-00793-SSB-TSH   Document 332-2   Filed 05/18/2004   Page 4 of 14

3

1  On behalf of the Defendant Ernst &
2  Young:
3    Mary-Helen Perry, Esq.
     Jones Day
4    51 Louisiana Avenue, N.W.
     Washington, D.C. 20001
5
6              S T I P U L A T I O N S
7    It is stipulated by and among counsel for
8  the respective parties that the deposition of
9  JOSEPH A. STEGER, a defendant herein, called by
10 the plaintiffs for cross-examination pursuant
11 to the Federal Rules of Civil Procedure, may be
12 taken at this time by the notary; that said
13 deposition may be reduced to writing in
14 stenotypy by the notary, whose notes may then
15 be transcribed out of the presence of the
16 witness; and that proof of the official
17 character and qualifications of the notary are
18 expressly waived.
19              - - -
20
21
22
23
24

05/18/2004  09:57   5136740561          WILLIAMS & OLIVER                PAGE  05
Case 1:00-cv-00793-SSB-TSH   Document 332-2   Filed 05/18/2004   Page 5 of 14

131

| | |
|---|---|
| 1 | BY MR. BRAUTIGAM: |
| 2 | Q.  Dr. Steger, are you familiar with |
| 3 | Walter Thiemann, et al. v. OHSL, et al.? |
| 4 | A.  (Witness shook head.) |
| 5 | Q.  No? |
| 6 | A.  No. |
| 7 | Q.  Are you a defendant in any |
| 8 | litigation arising out of the OHSL-Provident |
| 9 | merger? |
| 10 | A.  I don't believe so, no. |
| 11 | Q.  Dr. Steger, have you ever been |
| 12 | represented by the firm of Graydon, Head & |
| 13 | Ritchey? |
| 14 | A.  I believe so.  I'm -- not me |
| 15 | personally, but the Board. |
| 16 | Q.  Okay.  Under what circumstances |
| 17 | was the Provident Board represented by Graydon, |
| 18 | Head & Ritchey? |
| 19 | A.  I think it was when you brought |
| 20 | the suit. |
| 21 | Q.  At the inception of the lawsuit? |
| 22 | MS. ROWE:  Object to form -- |
| 23 | A.  I don't remember. |
| 24 | MS. ROWE:  -- and foundation. |

132

1   Which lawsuits are you talking about, Mike?

2       A.   I don't -- what does "inception of

3   the lawsuit" mean?

4       Q.   Dr. Steger, let me represent to

5   you that the Thiemann litigation was filed on

6   September 20th, 2000.  That's the inception of

7   the litigation.

8       A.   Okay.

9       Q.   Were you represented by the firm

10  of Graydon, Head & Ritchey at inception of the

11  litigation on or about September 20th, 2000?

12           MS. ROWE:  Objection to relevance.

13      A.   I, I -- I guess we were.  I don't

14  know what firm it was.

15      Q.   Are you represented by the firm of

16  Graydon, Head & Ritchey today?

17      A.   I don't believe so.

18      Q.   How did this change come about?

19           MS. ROWE:  To the extent it --

20      A.   I --

21           MS. ROWE:  Let me just say --

22           MR. BRAUTIGAM:  Rachel, let the

23  witness finish his answer, please.

24           MS. ROWE:  No, I'm allowed to

05/18/2004 09:57 5136740561 WILLIAMS & OLIVER PAGE 07
Case 1:00-cv-00793-SSB-TSH   Document 332-2   Filed 05/18/2004   Page 7 of 14

133

1  interrupt.

2              MR. BRAUTIGAM: You're allowed to
3  interrupt the witness in his answer? That's
4  not my understanding of the Federal Rules.

5              MS. ROWE: Gene, keep in mind that
6  you're responsible for this deposition. I
7  clearly am allowed to object. And I clearly am
8  allowed to instruct the witness not to reveal
9  the substance of any attorney-client
10 communications.

11             And to the extent that the
12 question requires him to do that, I'm going to
13 instruct him not to answer. But if you can
14 answer the question without doing that, go
15 right ahead.

16        A.   Well, I can't really answer the
17 question because we deal with so many firms,
18 and it goes through our legal counsel.

19        Q.   When you say "we," to whom are you
20 referring?

21        A.   The Board.

22        Q.   What firms does the Board deal
23 with?

24             MS. ROWE: Objection to relevance.

134

1     A.   Well, it -- with Keating,
2 Muething, with the one -- one you just
3 mentioned, the whole -- different firms for
4 different things.
5     Q.   Have you ever been represented by
6 any other firm with respect to the Thiemann
7 litigation?
8     A.   I don't know.
9     Q.   Dr. Steger, is there a trial date
10 scheduled for the Thiemann litigation?
11     A.   I don't know that, either.
12     Q.   Do you have any idea who is going
13 to represent the Provident Board at trial?
14     A.   No. We've never reviewed that
15 recently.
16           (End of Excerpt.)

05/18/2004 09:57  5136740561  WILLIAMS & OLIVER  PAGE 09
Case 1:00-cv-00793-SSB-TSH  Document 332-2  Filed 05/18/2004  Page 9 of 14

135

```
 1                    C E R T I F I C A T E
 2
 3        I, Lee Ann Williams, a Notary Public in
 4   and for the State of Ohio, do hereby certify
 5   that the foregoing is a true and correct
 6   transcript of the proceedings in the foregoing
 7   captioned matter, taken by me at the time and
 8   place so stated and transcribed from my
 9   stenographic notes.
10
11
     My commission expires:
12   August 26, 2004                    Lee Ann Williams, RPR
                                        Notary Public-State of Ohio
13
```

# Exhibit B


Charles D. Shook
Edward L. Shank
David C. Greer
Irvin G. Bieser, Jr.
Leo F. Krebs
Howard P. Krisher
Michael W. Krumholtz
John F. Haviland
David P. Williamson
James H. Greer

Charles F. Shane
Joseph C. Oehlers
Carla J. Morman
James P. Fleisher
Karen T. Dunlevey
Jennifer L. Hill
Joseph L. Feller
Gretchen M. Statt
Mary-Karen Bierman
Jennifer L. Stueve
John D. Bodin



Limited Liability Partnership

400 National City Center
6 North Main Street
Dayton, OH 45402-1908
937.223.3277 phone
937.223.6339 fax
www.biesergreer.com

May 13, 2004

Michael G. Brautigam
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219

    RE:    <u>Walter W. Thiemann, et al. v. OHSL Financial Corporation, et al.</u>
             U.S. District Court Case No. C-1-00-793

Dear Mike:

    Per your instructions, we have filed the Stipulation today, a hard copy of which you will find enclosed. I have also attached your e-mail from Tuesday and have the following responses to the four areas you have raised:

1. A review of the *Meier* lawsuit confirms that it is a duplication in every material way of the proposed amended complaint that Judge Hogan rejected.

2. The fact that our clients knowingly consented remains crystal clear and is further evidenced by all of the signature pages you received to the consent letters.

3. You did receive copies of the consent letters sent to all of our clients in relation to our firm substituting for Graydon, Head & Ritchie as trial counsel. As I understand it, this issue never came up when the Judge ruled that Keating, Muething & Klekamp could remain in the case through discovery and, therefore, the first time you received the October 21, 2003 letter was when you were served with the Memorandum in Opposition.

4. There is no doubt that you have spent a great deal of time in recent depositions asking substitution of counsel questions. We have filed these depositions with the Court in order to demonstrate this.

If you need any further clarification in relation to our position on these matters, please do not hesitate to contact me.

Yours truly,

BIESER, GREER & LANDIS LLP

James H. Greer

JHG/jlj
Enclosure

c/enc:   James E. Burke, Esq./Rachael A. Rowe, Esq.
         David C. Greer, Esq.

9081.203500 \ 239335.1

**Greer, James H.**

**From:** MGBRAUTIGAM [mgbrautigam@mac.com]
**Sent:** Tuesday, May 11, 2004 10:14 AM
**To:** Greer, James H.
**Subject:** update

jamie--

here are some of the statements in your filing that i believe to be incorrect.

1.   The new *Meier* lawsuit was an "exact duplicate of the proposed amended complaint that had been rejected by Judge Hogan." (Doc. No. 325 at p.2).

2.   "...the OHSL and Provident defendants knowingly consented to KMK's

ongoing role in this matter and to the ultimate substitution of Graydon, Head & Ritchie ("GH&R"), then to Bieser, Greer & Landis as trial counsel in this action."

(Doc. No. 325 at p. 2)

3.   "Defense counsel produced to Plaintiffs' counsel redacted copies of the consent letters, but has not and will not produce to Plaintiffs unredacted copies revealing the substance of attorney client communications." (Doc. No. 325 at p. 5).

4.   "The confusion is compounded by the fact that Plaintiffs' counsel spent a majority of his time in the recent depositions of OHSL directors Brinker, Hucke, Tenoever, Zoellner, McKiernan and Hanauer asking questions about the substition of counsel—and not about any of Plaintiffs' substantive claims." (Doc. No. 325 at pp. 4-5).

(Doc No. 325).

additionally, i was never served with this document, but instead found it while on pacer. if memory serves, we had discussed this issue before, and you had indicated that you would make sure that i am served with paper copies.

thanks for your attention to this matter. i look forward to speaking with you on this.

5/13/2004

best, mike b

5/13/2004