UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, *et al.*, | ) Case No. C-1-00-793 |
| Plaintiffs, | ) (Judge Sandra S. Beckwith) |
| -v- | ) (Magistrate Judge Timothy S. Hogan) |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

**OHSL AND PROVIDENT DEFENDANTS' NOTICE OF CORRECTED CITATION**

Now come the Defendants, OHSL Financial Corporation and Provident Financial Group, Inc., by and through counsel, and hereby give notice of a corrected citation due to a typographical error in their Memorandum in Opposition to Plaintiff's Motion for Summary Judgment Regarding a Finding that the Statement that the OHSL Board of Directors Unanimously Approved the Acquisition by Provident is a Material Misstatement filed on May 13, 2004.

The citation to be corrected is on page 9 of the memorandum and is read as In re Control Data Corp. Sec. Litig., 9333 F.2d 616, 621 (8th Cir. 1991). The correct citation is In re Control Data Corp. Sec. Litig., 933 F.2d 616, 621 (8th Cir. 1991).

- 2 -

        Respectfully submitted,

        /s/ James H. Greer
        David C. Greer, Trial Attorney (0009090)
        James H. Greer (0046555)
        BIESER, GREER AND LANDIS, LLP
        400 National City Center
        6 North Main Street
        Dayton, Ohio 45402
        Tel: (937) 223-3277
        Fax: (937) 223-6333
        Email: dcg@bgllaw.com; jhg@bgllaw.com
        Attorneys for OHSL and Provident Defendants

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing OHSL AND PROVIDENT DEFENDANTS' NOTICE OF CORRECTED CITATION was electronically filed and served upon the following, by ordinary U.S. mail, this 21st day of May, 2004.

Michael G. Brautigam
Gene I. Mesh
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
*Attorneys for Plaintiffs*

John W. Hust
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
*Attorneys for Dinsmore Defendants*

James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
*Attorney for Defendant Ernst & Young*

Michael R. Barrett
Thomas W. Breidenstein
Barrett & Weber
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, Ohio 45202-4015
*Attorneys for KMK Defendants*

/s/ James H. Greer
James H. Greer