THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, | Case No. C-1-00-793 |
| Plaintiff, | (Judge Sandra S. Beckwith) |
| -vs- | |
| OHSL FINANCIAL CORPORATION, et al., | (Magistrate Judge Timothy S. Hogan) |
| Defendants. | |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND**

On June 29, 2004, Plaintiffs submitted a Motion for Leave to Supplement the Record in Further Support of Motion for Summary Judgment (doc. 343). By agreement of Plaintiffs and Defendants, OHSL FINANCIAL CORP., OAK HILLS SAVINGS & LOAN COMPANY, F.A., NORBERT G. BRINKER, WILLIAM R. HILLEBRAND, ALVIN E. HUCKE, THOMAS E. MCKIERNAN, JOSEPH J. TENOEVER, HOWARD N. ZOELLNER, KENNETH L. HANAUER, PROVIDENT FINANCIAL GROUP, INC., ROBERT L. HOVERSON, JACK M. COOK, THOMAS D. GROTE, JR., PHILIP R. MYERS, JOSEPH A. PEDOTO, JOSEPH A. STEGER AND CHRISTOPHER J. CAREY ("Defendants"), Defendants shall have until July 23, 2004 to submit their Memorandum in Opposition to Plaintiffs Motion for Leave to Supplement the Record in Further Support of Motion for Summary Judgment (doc. 343).

- 2 -

STIPULATED AND AGREED.


| s/Rachael A. Rowe | s/Michael G. Brautigam |
|---|---|
| James E. Burke  (0032731 | Gene I. Mesh  (0002076) |
| Rachael A. Rowe  (0066823) | Michael G. Brautigam |
| Jason M. Cohen  (0076081) | GENE MESH & ASSOCIATES |
| KEATING, MUETHING & KLEKAMP PLL | 2605 Burnet Avenue |
| 1400 Provident Tower | Cincinnati, Ohio  45219 |
| One East Fourth Street | Tel:    (513) 221-800 |
| Cincinnati, Ohio  45202 | Fax:   (513) 221-1097 |
| Tel:    (513) 579-6400 | Attorneys for Plaintiff |
| Fax:   (513) 579-6457 | |
| Attorneys for Defendants | |

1316106.1