# LAW OFFICES OF GENE MESH AND ASSOCIATES

19 July 2004

By Hand Delivery

James E. Burke, Esq.
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202-3752

      **Re: OHSL — Written Notice of Objection to Designation of PwC Report as Confidential**

Dear Mr. Burke:

I have and thank you for the PwC report, along with the Stipulated Protective Order (Doc. No. 51). I am inferring that you are designating the entire PwC report "Confidential." Pursuant to ¶ 5 of the Stipulated Protective Order, Plaintiffs object to the designation of this document as "Confidential."

My reading of the Stipulated Protective Order is that this written objection triggers a good faith attempt to resolve this matter informally, without Court intervention. I am available to discuss this matter with you, at your convenience.

2605 Burnet Avenue
at Taft Road
Cincinnati, Ohio 45219-2502

Thank you for your cooperation.

TELEPHONE
(513) 221-8800

Sincerely,

FAX
(513) 221-1097

Michael G. Brautigam

cc: All Counsel by Fax




DEFENDANT'S EXHIBIT