

**KMK** | **Keating, Muething & Klekamp** PLL

ATTORNEYS AT LAW

RACHAEL A. ROWE
DIRECT DIAL: (513) 579-6486
FACSIMILE: (513) 579-6457
E-MAIL: RROWE@KMKLAW.COM

July 20, 2004

***Via Facsimile***

Mr. Michael G. Brautigam
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

RE:    PwC Report

Dear Michael:

I am writing in response to your July 19, 2004 letter to Jim Burke, in which you object to our designation of the PwC Report as Confidential pursuant to the terms of our Stipulated Protective Order. The report was prepared at the direction of counsel in anticipation of litigation. We did produce the report to the SEC, but only at the Commission's insistence, and with an accompanying request for FOIA confidentiality. We have not made the report available to the public and Provident considers its contents confidential.

We can see no valid reason why you would object to our designation of the report as Confidential. If you have reasons, however, please let us know and we will consider them.

If you would like to schedule a call for us to discuss this matter, please let me know. On the other hand, you should also let me know if you refuse to consider withdrawing your objection. If so, we will initiate a conference with Magistrate Judge Hogan to address the matter within the time period set forth in the Stipulated Protective Order.

Very truly yours,

KEATING, MUETHING & KLEKAMP, P.L.L.

BY: _Rachael A. Rowe_
Rachael A. Rowe



DEFENDANT'S
EXHIBIT
3

Michael G. Brautigam
July 20, 2004
Page 2


cc:     Mr. John R. Wirthlin
        Mr. James E. Burke
        Mr. Jason M. Cohen
        Mr. James H. Greer

Case 1:00-cv-00793-SSB-TSH    Document 360-4    Filed 07/28/2004    Page 2 of 2