UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Walter W. Thiemann, on behalf of himself and of all others similarly situated, | : : : | Case No. C-1-00-793 |
| | | Judge Sandra S. Beckwith |
| Plaintiff, | : | |
| | | Magistrate Judge Hogan |
| vs. | : | |
| OHSL Financial Corporation, et al. | : | **AFFIDAVIT OF MICHAEL G.** |
| Defendants. | : | **BRAUTIGAM** |

| | |
|---|---|
| STATE OF OHIO | : |
| | : SS: |
| COUNTY OF HAMILTION | : |

**MICHAEL G. BRAUTIGAM, being duly sworn, deposes and states as follows:**

1. I am one of the counsel for the Plaintiffs in this action.

2. I make this affidavit in opposition to the amended motion for a protective order filed by the OHSL and PFGI Defendants to designate the PwC report "Confidential."

3. I have reviewed the PwC report in detail and I am familiar with its contents. In my opinion, there is no legitimate reason for the PwC report to received "Confidential" treatment.

4. Pursuant to the terms of the Stipulated Protective Order ("SPO," Doc. No. 51), I believe that I am currently prohibited from attaching the PwC report to the opposition brief, as I would do under normal circumstances. Additionally, although this point does not appear to be covered by the SPO, I believe that consistent with the letter and the spirit of the SPO that it would be improper for me to include long quotes from the document, as that would defeat the purpose of the currently operative SPO.

1

5. I have generally alleged in the brief in opposition, and I further state in this affidavit, that I personally believe that the PwC report is inconsistent with Provident's public statements on the massive accounting fraud leading to Provident's massive 2003 Restatements, some of which are attached as Exhibits A, B, and C to this affidvit. I believe that an *in camera* review by the Court would be the best way to make this determination.

6. Attached to this Affidavit are copies of the Letter to the shareholders from PFGI's 2002 Annual Report and various press releases that all indicate that Provident first learned of this accounting error in late February 2003. I believe that these statements are directly contradicted by the PwC Report.

**FURTHER AFFIANT SAYETH NAUGHT**

*/s/ Michael G. Brautigam*
**Michael G. Brautigam**

Sworn to before me and subscribed in my presence this 9th day of August 2004.

*/s/ Stephanie Hite*

**STEPHANIE A. HITE**
Notary Public, State of Ohio
My Commission Expires
February 16, 2009

2