# Exhibit A

# *Provident*
## *Financial Group, Inc.*

## 2002
## ANNUAL
## REPORT

# A MESSAGE FROM THE CEO

Dear Fellow Shareholders:

This year my letter to you was finished by late January. It told a terrific story for 2002—solid accomplishments of stabilizing our company and lowering the risk profile. We met or exceeded earnings targets every quarter and for the year, and entered 2003 with positive signs coming from all critical categories—revenues growing, fee income growing, charge-offs declining, non-performing assets declining. Overall, 2002 was a year of positive accomplishments in a difficult economic environment.

All of these statements are still true, however, a blemish was added when our finance and accounting staff discovered an accounting error in late February. The error dates back to 1997 and resulted in our announcing on March 5, 2003 a restatement of our earnings for the last six years. I refer you to page 56 for details. The error was unintentional and relates to nine auto lease financing transactions originated between 1997 and 1999. Upon discovery, we immediately notified state and federal regulators, our Audit Committee and Board of Directors, and our independent accountants, Ernst & Young. We considered this a very serious matter and moved quickly to set things right.

An independent review was initiated on March 12 to further examine this issue in more detail. As a result of this review, another issue surfaced. Similar to most banks, since 1994, we have recorded our auto leases as finance leases. This matches interest income and expense, and is similar to how we record all of our loans. This accounting treatment was reaffirmed by Ernst & Young before we announced the restatement on

March 5. We insure our residuals on a pool basis to a level necessary to effectively remove residual risk. It has now been determined that this approach does not meet the technical requirements of FAS 13 "Accounting for Leases," and as a result, we have reclassified our entire auto lease portfolio as operating leases and are depreciating the assets. This method does not substantially change the total amount of income reported, only the timing. It results in less income in earlier periods and more income in later periods. Accordingly, we have restated earnings for all prior periods. Cumulatively, this is a $44.4 million after-tax change. However, income to be recognized in future years will be increased by a substantially similar aggregate amount. See page 56 for details. On a restated basis, 2002 net income was $95.5 million or $1.88 per share compared with a loss of $1.0 million or 4 cents per share for 2001.

This was all very disappointing. The March 5 announcement concerned an unintentional error we made. This latest issue is different. We were following an industry practice and our auditors had reviewed and approved this approach. They have now changed their opinion. Nevertheless, the future looks promising for our company and ironically, the additional restatement will add to earnings as we move forward. Provident is a very solid company. Our strategy is the correct one and our growth prospects remain positive.

The remainder of my letter to you focuses on the future direction of our company, including our four primary business groups. Specifically, I will discuss how we are executing our corporate strategy of reducing risk and creating more profitable and stable

businesses to produce a more predictable earnings stream.

For 2003, we expect continued improvement in credit metrics in our commercial lending portfolio. Throughout 2002, we established many new relationships with regional middle-market companies, generating significant business; however, profitability and growth are still being inhibited by two factors: run-off from our structured finance lending portfolio and charge-offs. Commercial deposit growth was exceptional in 2002 and we expect this trend to continue throughout 2003. In conjunction with our corporate strategy, we are very focused on increasing deposits company-wide, and commercial banking plays a significant role in this effort. Our treasury management business continues to expand its sources of revenue and is doing an excellent job growing fee-based income. We have aggressive growth plans for our treasury management business in 2003. Commercial real estate, in particular Red Capital Group, produced excellent results in both 2002 and 2001—a trend we expect to continue. Our middle-market equipment leasing and financing business also had an excellent year in 2002, growing its leasing portfolio $174 million or 18 percent. We also anticipate another good year for equipment leasing in 2003. Currently, 35 percent of our commercial banking revenue comes from sources other than lending, compared with 19 percent two years ago. We are increasingly confident in the growth prospects for our commercial businesses. Overall, we are targeting a five percent increase in average assets for 2003.

2002 was a very strong year for our retail businesses. Early in the year, we



introduced a free checking account and added nearly 58,000 new accounts, a 100 percent increase over the number of accounts opened in 2001. We are currently below the industry average in our percentage of transactional deposit accounts. We are determined to improve this ratio. Based on our achievements in 2002, we are looking for continued growth in this area in 2003. We have a better line-up of products now and have increased our marketing budget accordingly. A combination of better products and increased advertising should provide our sales force with additional opportunities to penetrate our existing customer base and develop new relationships. We also continue to grow our prime home equity business. This is one of the lowest credit risk products we offer. Home equity loans were up over 50 percent in 2002, and we are targeting over 30 percent growth for 2003. The execution of our retail plan will continue to positively impact our move toward a lower risk profile.

Provident Financial Advisors, which includes private banking, institutional trust, insurance and investments, also had a solid year despite depressed market conditions. A number of new relationships were added in 2002 as a result of commercial and retail cross-sell opportunities. Low-cost deposits grew 55 percent and non-lending revenues increased 9 percent compared with just 1 percent two years ago. This business is perfectly aligned with our overall corporate strategy to generate deposits and consistent, recurring fee income, while broadening and deepening relationships from our core customer base. We expect to see continued earnings contributions coming from this business in 2003.

In our residential mortgage loan business, the transformation to an originate-and-sell strategy is basically complete and should contribute significantly to 2003 earnings. Our third-party residential mortgage loan servicing business had a very successful year in 2002 and entered 2003 with a servicing portfolio exceeding $5 billion. This business provides a reliable source of fee-based income and has excellent growth prospects for 2003. In line with our overall corporate strategy, the non-conforming residential mortgage loan portfolio declined 36 percent to $561 million from $878 million at year-end 2001. The transformation of our mortgage business is significant—lower risk going forward coupled with higher earnings contributions.

Despite the difficult operating conditions, we expect modest improvement in 2003 in our credit quality metrics. We have invested in the breadth and depth of our risk management team and this has significantly enhanced our credit processes and risk management in general. These improvements are central to our corporate strategy as well.

We significantly improved our capital position in 2002, issuing $165 million of Real Estate Investment Trust (REIT) Preferred Securities. Our Tier I capital ratio was 9.40 percent at December 31, 2002, compared with 7.95 percent at the end of 2001. Our total risk based capital ratio was 11.43 percent at December 31, 2002, compared with 10.71 percent at the end of 2001.

Over the past few years, we have made significant investments in technology and processes to better

3

serve our customers. In last year's letter, I mentioned our retail customer relationship management system. It was up and running in the first quarter of 2002 and continues to enhance the way we interact with our customers. It is key to providing our retail associates with the right information on a real-time basis. As I write this letter, we are completing the first phase of a major initiative we call "creating customer value." There are three main goals to this initiative: building an organizational culture that is committed to meeting and exceeding customer expectations; clarification or repositioning of the company's image, identity, and vision to align with our overall business strategy; and creating experiences that make our company unique and set us apart from the competition.

2002 was another strong year for Provident in the community at large. We were once again awarded an outstanding Community Reinvestment Act (CRA) rating. We are dedicated to making a difference in the communities we serve. It is important to our associates that we take being a good corporate citizen seriously. We have many associates who are active volunteers in our communities. We encourage their work and back it up with financial commitments. It is important!

In summary, a solid 2002, and we look forward to an improved 2003. This is a different company than it was two years ago. Our risk profile is significantly lower and we have less earnings volatility. We believe we can continue to grow the company at a very acceptable rate over the next several years. The near-term is harder to predict due to economic uncertainty. In particular, it is difficult to gauge the effect certain world events could have on our economy and on our commercial aircraft portfolio, which now stands at $178 million. Our expectations for 2003 are based on a relatively flat economic outlook with no further downturn. An improvement in the economy should positively impact our business plan for the year.

The decisions necessary to improve our company have been made. We realized positive results in 2002. The accounting error and earnings restatements are a blemish to an otherwise solid performance. Once again, we apologize. We are working diligently to make sure this does not happen again. While there certainly could be some bumps due to the uncertainties in the economy, our overall direction is clear—a less volatile company, poised for growth.

At Provident, we strongly believe that management accountability and good

corporate governance will support and enhance the long-term success and reputation of our company. Our board is comprised of all independent directors, with the exception of myself. Additionally, none of our outside directors receive any consulting, legal or other non-director fees from the company. Certain corporate governance guidelines established more recently by many companies have been in place at Provident for a number of years.

We have an excellent leadership team in place and they have worked extremely hard to position this company for a very positive future. I want to thank all of our associates for their continued dedication. Our future depends on their hard work. This team is absolutely committed to creating value for our customers, our associates, our community, and most importantly for you, our shareholders.

Sincerely,

*Robert Hoverson*

Robert Hoverson
President & Chief Executive Officer

April 15, 2003

## BY DELIVERING A SUPERIOR EXPERIENCE

"...we are completing the first phase of a major initiative we call 'creating customer value.' There are three main goals to this initiative: building an organizational culture that is committed to meeting and exceeding customer expectations; clarification or repositioning of the company's image, identity, and vision to align with the overall business strategy; and creating experiences that make our company unique and set us apart from the competition."

# Exhibit B

Here's $100 for banking online.

**Quicken**  | Taxes | Home Loans | Insurance Quotes | Bills & Banking | Small Business | Q

*Quicken Brokerage*                                    Quote:

Quote & Research

## Provident Financial Group, Inc. Announces Restatement Of Operating Results for Years 1997 through 2002

*Wednesday, March 5, 2003 07:31 AM ET*

Printer-friendly version

CINCINNATI, March 5 /PRNewswire-FirstCall/ -- Provident Financial Group, Inc. announced today a restatement to its operating results for the years 1997 through 2002.

The restatement of previously reported operating results is attributed to errors in the accounting for nine auto lease financing transactions originated between 1997 and 1999.

The errors that existed in the accounting for these transactions were first discovered by the company's finance staff in connection with the testing and installation of a financial model that identified differences in income that was originally recorded, compared with the income generated by the financial model. The company then notified its independent auditors and bank regulators and has reported all relevant information to its board of directors and audit committee. The company has been working closely with its independent auditors since the accounting errors were first discovered.



A review of the accounting for the nine transactions also concluded that none of the transactions should have been reported off-balance sheet as a sale and lease back of operating leases. The appropriate accounting was to report the transactions as financing leases with all assets and related liabilities included on the balance sheet. As a result, the company will also be restating its balance sheets for the years 1997 through 2002 to include the nine auto lease financing transactions.

Christopher J. Carey, Executive Vice President and Chief Financial Officer of Provident, stated, "The restatement announced today is attributable solely to errors in the accounting for the nine auto lease transactions that were originated between 1997 and 1999. All auto lease transactions originated beginning in 2000 and thereafter were structured and treated as financing leases and have been included on our balance sheet. We also reviewed the accounting for each of the subsequent transactions and concluded that they were accounted for correctly."

The previously announced earnings per share outlook for 2003 was between $2.50 and $2.70. As a result of the evaluation of the estimated impact of the auto lease financing transactions, the revised earnings per share outlook is between $2.30 and $2.50. The company's expectation is that the impact of this matter will be significantly less in 2004 and in future years.

The chart below shows as reported and restated net income and diluted earnings per share for the years 1997 through 2002.

## Net Income & Diluted Earnings Per Share

(\$ in millions, except per share data)

| | | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| As Reported Net Income | \$119.4 | \$23.3 | \$73.6 | \$150.9 | \$122.4 | \$114.7 |
| Earnings Per Share | \$2.35 | \$0.45 | \$1.46 | \$3.08 | \$2.48 | \$2.38 |
| Restated Net Income | \$99.3 | \$3.2 | \$57.7 | \$139.6 | \$120.4 | \$113.8 |
| Earnings Per Share | \$1.96 | \$0.07 | \$1.15 | \$2.85 | \$2.44 | \$2.36 |
| Variance Net Income | \$(20.1) | \$(20.1) | \$(15.9) | \$(11.3) | \$(2.0) | \$(0.9) |
| Earnings Per Share | \$(0.39) | \$(0.40) | \$(0.31) | \$(0.23) | \$(0.04) | \$(0.02) |

The chart below shows as reported and restated end of period assets for the years 1997 through 2002.

## End of Period Assets

(\$ in millions)

| | | Year Ended December 31, | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| As Reported Total Assets | \$16,721.2 | \$15,573.6 | \$13,857.4 | \$10,537.9 | \$8,949.7 | \$7,946.6 |
| Restated Total Assets | \$17,534.4 | \$16,540.0 | \$14,982.5 | \$11,821.1 | \$9,581.4 | \$8,269.4 |
| Variance Total Assets | \$813.2 | \$966.4 | \$1,125.1 | \$1,283.2 | \$631.7 | \$322.8 |

The total risk based capital ratio at December 31, 2002 on a restated basis was 11.69% compared with the originally reported 12.17%.

## Forward-Looking Statements

This news release contains certain forward-looking statements that are subject to numerous assumptions, risks or uncertainties. The Private Securities Litigation Reform Act of 1995 provides a safe harbor for forward-looking statements. Actual results could differ materially from those contained in or implied by such forward-looking statements for a variety of factors including: sharp and/or rapid changes in interest rates; significant changes in the anticipated economic scenario which could materially change anticipated credit quality trends; the ability to generate loans and leases; significant cost, delay in, or inability to execute

strategic initiatives designed to grow revenues and/or manage expenses; consummation of significant business combinations or divestitures; and significant changes in accounting, tax, or regulatory practices or requirements and factors noted in connection with forward-looking statements. Additionally, borrowers could suffer unanticipated losses without regard to general economic conditions. The result of these and other factors could cause differences from expectations in the level of defaults, changes in the risk characteristics of the loan and lease portfolio, and changes in the provision for loan and lease losses. Forward- looking statements speak only as of the date made. Provident undertakes no obligations to update any forward-looking statements to reflect events or circumstances arising after the date on which they are made.

About Provident Financial Group, Inc.

Provident Financial Group, Inc. (Nasdaq: PFGI, news) is a bank holding company located in Cincinnati, Ohio. Its main subsidiary, The Provident Bank, provides a diverse line of banking and financial products and services regionally; selected business activities are also conducted nationally. Consumer, small business, and investment products and services are offered through a network of retail financial centers located primarily within Southwestern Ohio and Northern Kentucky. Provident also has a growing presence on the West Coast of Florida with 13 retail financial centers. Commercial banking products and services are offered through nine regional offices. Customers have access to banking services 24-hours a day through Provident's extensive network of ATMs, Telebank, a telephone customer service center, and the Internet at http://www.providentbank.com. At December 31, 2002, Provident Financial Group had $11.3 billion in loans outstanding, $9.8 billion in deposits, and assets of $17.5 billion. Provident has served the financial needs of its customers for 100 years, and currently 3,400 Provident associates serve approximately 600,000 customers. Provident Financial Group's common stock trades on the Nasdaq Stock Market under the symbol PFGI.

Conference Call

A conference call will be held today (Wednesday, March 5, 2003) at 11:00 a.m. (ET) to discuss the contents of this news release. The call can be accessed by calling 1-877-818-4511. A replay of the call will be available through Monday, March 10, 2003 by calling 1-800-642-1687 (passcode 131 20).

For further information, please contact:

Christopher J. Carey
Executive Vice President & Chief Financial Officer
1-513-639-4644 / 1-800-851-9521
e-mail: IR@provident-financial.com

SOURCE Provident Financial Group, Inc.

CONTACT: Christopher J. Carey, Executive Vice President & Chief Financial Officer of Provident Financial Group, Inc., +1-513-639-4644 or 1-800-851-9521, or IR@provident-financial.com

Q Account | Trading | Portfolio | Quotes & Research | Markets | Planning & Tax | Account Services

Brokerage services provided by Muriel Siebert & Co., Inc. Member NYSE, NASD, SIPC. Portions ©2003 Intuit Inc., portions ©2003 Muriel Siebert & Co., Inc. and portions ©2003 Pershing LLC. All rights reserved. Legal Notices.

By accessing and using this page you agree to the Terms of Service and the Additional Brokerage Terms.

Privacy Statement

Current market data, including delayed stock and certain mutual fund prices, provided by S&P Comstock. Disclaimer. Bond and option quotes, certain mutual fund prices and real-time stock prices provided by unaffiliated quotes providers. Historical stock market data and mutual fund distribution information provided by Iverson Financial Services, Inc.

# MarketWatch

Member Sign In - Free Sign Up for personalized features

**News & Commentary** | Personal Finance | My Portfolios | Newsletters & Research | Investor Tools | TV &

sponsored link:
WIN A 50" HDTV or A XEROX PRINTER!

## 📰 NewsFinder

**MARKETWATCH NEWS** | NEWS SERVICES | PRESS RELEASES | MARKET ADVISERS | NEWS SEARCH

Ticker/keyword: `Ticker` [        ]    Source: `Market Pulse`    [Go]

**8:21am 03/05/03**  **Provident Financial tumbles after restating results** (PFGI) *By Tomi Kilgore*
Shares of Provident Financial (PFGI) are tumbling $5.07, or 18 percent, to $23 in pre-open trading after the bank holding company restated operating results from 1997 through 2002 due to errors in the accounting treatment of nine auto lease financing transactions originated. The company also cut its 2003 earnings forecast to $2.30 to $2.50 a share from $2.50 to $2.70 as a result of the estimated impact of the auto lease financing transactions.

📧 E-mail this article          📄 Reprints          🔔 Create Alert

### Most Recent MarketPulse Bulletins...



**8:37am 03/05/03**  PetsMart slides after Q4 earns miss expectations - *Tomi Kilgore*

**8:34am 03/05/03**  Boeing says BAE 'interesting candidate' for merger - *Steve Goldstein*

**8:21am 03/05/03**  Provident Financial tumbles after restating results - *Tomi Kilgore*

**8:13am 03/05/03**  Alaska Air's Feb. traffic increases 5.8% - *Tomi Kilgore*

**8:00am 03/05/03**  Costco slides in pre-open on Q2 earns miss - *Tomi Kilgore*

More MarketPulse Bulletins...



## Trading Center



Trade Here!

HARRIS?
Open an IRA $100
Trade Here!



Trade Here!

AMERITRADE
Trade Here!



Trade Here!

---

Front Page | Message Board | Mobile | MarketPlace | Free Membership
Feedback | Letters to the Editor | Site Index | Company Info | Jobs | Advertising Media Kit | Licensing

Make CBS.MarketWatch.com your Home Page

# Exhibit C

*Provident*
*Financial Group, Inc.*

**Memorandum**

TO:     All Provident Associates

FROM:   Bob Hoverson

DATE:   April 15, 2003

RE:     Today's News Release

2002 was a terrific year for Provident. Solid accomplishments of stabilizing our company and lowering the risk profile. We met or exceeded earnings targets every quarter and for the year, and entered 2003 with positive signs coming from all critical categories—revenues growing, fee income growing, charge-offs declining, non-performing assets declining. Positive accomplishments in a very difficult economic environment.

A blemish was added when our finance and accounting staff discovered an accounting error in late February. As you know, this unintentional error resulted in a restatement of our earnings going back to 1997. We made that announcement on March 5. Shortly thereafter—actually beginning on March 12—an independent review of this matter, as well as a review of all lease categories was initiated. As a result of this review, another issue has surfaced. We have been recording auto leases as finance leases. This matches interest income and expense and is similar to how we record all of our loans. Our independent auditors, Ernst & Young, reaffirmed this treatment before we announced the restatement on March 5. It has now been determined that this treatment is incorrect. We insure our auto lease residuals on a pool basis to a level necessary to remove residual risk. This is referred to as a "capped" policy. The economic risk is effectively covered. However, we have been advised that this policy does not meet the requirements for Direct Lease Finance accounting of Financial Accounting Standard (FAS) No. 13, titled "Accounting for Leases." As a result we will treat our entire auto lease portfolio as operating leases and depreciate the asset. This method results in less income in the front and more in the back. As a result, we are restating our earnings back to 1994, by $44.4 million after-tax. There will be a substantially similar positive impact on earnings spread over the next four to five years.

Of course, this is all very embarrassing. The March 5 announcement concerned an unintentional error we made—our fault. This latest issue is different. We believed we were adhering to generally accepted accounting principals and FAS 13. Our auditors did not voice any disagreement when we started this practice in 1994. They have now changed their opinion. Of course, we realize this is a credibility issue. We apologize. The future still looks bright and ironically, this latest issue will add to earnings as we move forward. Our strategy is the correct one and our growth prospects remain positive.



**Provident**
**Financial Group, Inc.**    One East Fourth Street
                             Cincinnati, Ohio 45202

### Earnings Restatement Q & A, 4/15/03

**What happened?**
Provident Bank has restated its earnings results from 1994 to 2002. The amount of the restatement is $44.4 million. This is in addition to an earnings restatement on March 5.

As a result of this restatement, our outlook for the future has also improved by: 10 cents per share in 2003 ($5 million total), 25 cents per share in 2004 ($13 million total), 20 cents per share in 2005 ($10 million total) and 12 cents per share in 2006 ($6 million total).

**Why did you restate earnings?**
After our prior restatement, Provident's Audit Committee, through outside legal counsel, hired an independent auditing group, PriceWaterhouseCoopers (PWC), to review all accounting practices related to auto lease financing. PWC disagreed with the accounting methodology being used. The methodology, used since 1994, was agreed upon and affirmed by the company's independent auditors, Ernst & Young. PWC subsequently discussed the accounting practice with E&Y, at which time E&Y then agreed that the accounting practice was incorrect.

This change does not materially impact the total amount of earnings generated. However, it does change the flow of earnings. This change in flow will cause earnings to decrease in years going back to 1994, but will cause earnings to increase from 2003 to 2009.

**Why did this happen?**
We followed an accounting methodology as agreed to by our independent auditing firm, Ernst & Young. The practice, recording auto leases as direct finance leases, was one we considered a standard industry practice and is used by many financial institutions.

In March, PriceWaterhouseCoopers (PWC) was hired to review all auto lease accounting practices. It determined that Provident's auto leases do not meet the requirements to be considered direct finance leases. Our auditing firm concurred with PWC's judgment and this restatement has resulted. As with any situation like this, Provident assumes all responsibility for the situation.

**How long has this been going on?**
This began with our entrance into the auto lease business in 1994.

**Was this done deliberately to improve earnings?**
No. In fact, as part of their work PWC has validated that there was also no intent in the original restatement announced in March. The first restatement was an accounting error; this restatement is due to following what we believed was a generally accepted accounting procedure that is not accurate.

**Does this have any affect on my auto lease through Provident?**
This has no impact on the individual auto lease contracts with customers. The errors involved pools of auto leases that were combined in a complex financial transaction.

**I have all of my accounts at Provident, what does this mean for me and my money?**
Your money is still safe and secure at Provident. Even with this re-statement, our key safety
indicator - our Capital Ratio - stands above the "Well Capitalized" guidelines at 11.43%.
Provident Bank has served its customers for over 100 years and continues to do so with pride.

**Who is responsible?**
While it may seem as though accounting is just adding and subtracting, accounting rules are
subject to much interpretation. We followed an accounting methodology as agreed to by our
audit firm, Ernst & Young. The practice, recording auto leases as direct finance leases, was
considered a standard industry practice and is used by many financial institutions.

In March, PriceWaterhouseCoopers (PWC) was hired to review all auto lease accounting
practices. It determined that Provident's auto leases do not meet the requirements to be
considered direct finance leases. Ernst & Young then concurred with PWC's judgment and
this restatement has resulted. As with any situation like this, Provident assumes all
responsibility for the situation.

**What does this mean to the consumer?**
This will have no impact on our day-to-day interactions with our customers.

**Are there other banks possibly impacted by this interpretation?**
We are not privy to a full understanding of how other banks account for their auto lease
businesses and are not able to comment. We followed an accounting methodology considered
a standard industry practice.

**Is there the possibility of other such announcements for Provident?**
We are confident that all earnings issues are now behind us. The first restatement was an
accounting error; this restatement is due to following what we believed was a generally
accepted accounting procedure that is not accurate. PriceWaterhouseCoopers (PWC) has
reviewed and audited all appropriate files to ensure accuracy and compliance. This
restatement is anticipated to close any outstanding issues related to our lease accounting and
earnings statements in general.

**What does it mean for the future of the company?**
The future of the company remains strong. This change does not impact the total amount of
earnings generated. However, it does change the flow of earnings. In fact, as a result of this
restatement, our future outlook has improved by: 10 cents per share in 2003 ($5 million total),
25 cents per share in 2004 ($13 million total), 20 cents per share in 2005 ($10 million total)
and 12 cents per share in 2006 ($6 million total). These increases are due to the timing of the
recognition of the income generated by the leases.

**Are the two earnings restatements related?**
Only as far as both restatements being related to auto lease transactions. The first restatement
was an accounting error; this restatement is due to following what we believed was a
generally accepted accounting procedure that is not accurate. PriceWaterhouseCoopers
(PWC) has reviewed and audited all appropriate files to ensure accuracy and compliance. This
restatement is anticipated to close any outstanding issues related to our lease accounting.

**Why didn't Provident disclose this the first time it restated?**

At the time of our first restatement, our audit firm, Ernst & Young, supported our accounting practices. The practice, recording auto leases as direct finance leases, was considered a standard industry practice and is used by many financial institutions.

In March, PriceWaterhouseCoopers (PWC) was hired to review all auto lease accounting practices. It determined that Provident's auto leases do not meet the requirements to be considered direct finance leases. Ernst & Young then concurred with PWC and this restatement has resulted. As with any situation like this, Provident assumes all responsibility for the situation.

**This is the second time Provident has restated its earnings in about six weeks. Why does this keep happening to Provident?**

The scrutiny around our lease business has been incredible over the past weeks. We are confident that this episode is now behind us. While it is possible that other financial institutions may have very similar issues with their leasing business, we are not privy to a full understanding of how other banks account for their auto lease businesses and are not able to comment.

**What has Provident done to ensure this will not happen again?**

We are confident that all earnings issues are now behind us. PriceWaterhouseCoopers (PWC), the accounting firm that noticed the practice of recording auto leases as direct finance leases was in use, has reviewed and audited all appropriate files to ensure accuracy.

**Who do I contact if I have further questions? – For internal use only!**

Please go to the Questions mailbox in GroupWise and submit your question. All questions submitted will be answered.

**Where can I get more information? – For the general public!**

An email address, questions@providentbank.com, has been created to address any questions specific to this issue. For additional questions, contact Chris Kemper at 513.579.2248.

###

PFGI 12304