# Exhibit A



# KEATING, MUETHING & KLEKAMP, P.L.L.

ATTORNEYS AT LAW | 1400 PROVIDENT TOWER • ONE EAST FOURTH STREET • CINCINNATI, OHIO 45202-3752
TEL. (513) 579-6400 • FAX (513) 579-6457 • www.kmklaw.com

**PATRICK F. FISCHER**
DIRECT DIAL: (513) 579-6459
FACSIMILE: (513) 579-6457
E-MAIL: PFISCHER@KMKLAW.COM

September 30, 2003

**Via Facsimile**

Michael G. Brautigam
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, OH  45219-2502

Dear Mr. Brautigam:

    Since my letter of September 24, 2003, Mr. Kreider's schedule has changed somewhat. He remains available the afternoon of October 20, 2003. As he knows almost nothing about the matter, we can begin anytime after 2:00 p.m. In the alternative, he has available significant blocks of time on October 14, 2003 and October 17, 2003.

    As for Mr. Rosenberg, he also knows little. Therefore, we will have him available November 12, 2003 in the afternoon.

    Please confirm dates.

Very truly yours,

KEATING, MUETHING & KLEKAMP, P.L.L.

By: *[signature]*
Patrick F. Fischer

cc:  John Hust, Esq.
     James E. Burke, Esq.