# Exhibit C

**LAW OFFICES OF GENE MESH AND ASSOCIATES**

20 July 2004

By Hand Delivery

Patrick F. Fischer, Esq.
KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202-3752

### Re: OHSL

Dear Mr. Fischer:

I am writing in response to my correspondence with both you and Barrett & Weber with respect to the subpoena served on 10 June 2004. Barrett & Weber objected to the subpoena on 24 June 2004, and I wrote back the next day withdrawing certain requests and attempting, in good faith, to narrow the issues. After this letter, you began corresponding with me on issues related to the subpoena.

As an initial matter, please note that this subpoena is directed to KMK, not to the OHSL and Provident Defendants, though it is often hard to tell where the former ends and the latter begins. To the extent that you believe that the exact same document or documents have previously been produced by either the OHSL or the Provident Defendants, would you kindly indicate the Bates range on the production in some type of log, similar to a privilege log? For example, you might state, all drafts of the Proxy Materials/Registration Statement were previously produced by the OHSL and Provident Defendants at Bates range OHSL 001 to 100.

2605 Burnet Avenue
at Taft Road
Cincinnati, Ohio 45219-2502

TELEPHONE
(513) 221-8800

FAX
(513) 221-1097

Subject to the above limitation, the following corresponds with the numbered requests in the subpoena:

1. This request is appropriate without modification;
2. This request is appropriate without modification;
3. KMK may not have any documents related to this request, but if they do, the request is appropriate;
4. This request is appropriate without modification;
5. KMK may not have any documents related to this request, but if they do, the request is appropriate;
6. KMK may not have any documents related to this request, but if they do, the request is appropriate;
7. KMK may not have any documents related to this request, but if they do, the request is appropriate;
8. This request is appropriate without modification;

LAW OFFICES OF GENE MESH AND ASSOCIATES

9. KMK may not have any documents related to this request, but if they do, the request is appropriate;
10. This request is appropriate without modification;
11. KMK may not have any documents related to this request, but if they do, the request is appropriate;
12. KMK may not have any documents related to this request, but if they do, the request is appropriate;
13. To the extent that KMK retains PFGI Board minutes, this request is appropriate;
14. This request is appropriate without modification;
15. I believe a single page was previously provided with respect to this request, and if there are no additional documents response to the request, the request has been complied with;
16. This request is appropriate without modification;
17. This request is appropriate without modification;
18. This request is appropriate without modification;
19. This request is appropriate without modification;
20. This request is appropriate without modification;
21. This request is appropriate without modification;
22. Would you kindly describe in detail, without conclusory allegations, why you feel that documents that may have been provided to the Lindner family are patently objectionable? This general topic was covered at depositions with PFGI Board members, i.e. what, if anything, PFGI Board members said to members of the Lindner family, and if a specific packet on the Restatements was presented to them, I believe that it is appropriately called for in the subpoena. On the other hand, if you tell me in detail why you are troubled by this request, I will consider withdrawing it. At minimum, kindly indicate if any documents exist that are responsive to the request, since if no documents exist, the request is moot.
23. This request is appropriate without modification;
24. This request has previously been withdrawn;
25. This request is appropriate without modification;

I respectfully request your consideration of the above. Should you wish to discuss this or any other issue relating to KMK in good faith, do not hesitate to call.

Sincerely,

Michael G. Brautigam

Cc:   All Counsel by Fax



# Exhibit D

KMK | Keating, Muething & Klekamp PLL

Client Login · Firm Subsidiaries · Contact Us

home | attorneys | practice areas | clients | firm profile | news & events | articles | careers

# attorneys

Try a new search



**Gary P. Kreider**
Partner

**Phone:** (513)579-6411
**E-mail:** gkreider@kmklaw.com

1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

| | |
|---|---|
| **Professional Experience** | Mr. Kreider concentrates his practice in the areas of securities regulation compliance, public offerings, private offerings, mergers and acquisitions and business planning and formation. He has been an Adjunct Professor in securities regulation since 1977 at the University of Cincinnati College of Law and is Chairman of the Corporation Law Committee of the Ohio State Bar Association for 2003-2004.<br><br>Mr. Kreider regularly lectures at various legal education conferences on securities, mergers and acquisitions and corporate law issues and is the author of published works on securities and corporate law. He has served as an arbitrator for the National Association of Securities Dealers, Inc., and is frequently called as an expert witness in corporate and securities cases. |
| **Practice Areas** | Securities Regulation Compliance<br>Public Offerings<br>Private Placements<br>Mergers and Acquisitions<br>Business Planning and Formation |
| **Bar Admissions** | State:   Ohio<br>Federal: U.S. District Court, Southern District of Ohio<br>         U.S. Supreme Court |
| **Representative Matters** | • Handled IPOs for companies such as Cintas Corporation, Comair, Inc., Duramed Pharmaceuticals, Meridian Bioscience, Inc., LSI Industries, Multi-Color Corporation, Exide Corp., Durakon Industries, Inc., Kendle International and Provident Financial Group, Inc.<br>• Numerous other public offerings for IPO clients and others such as American Financial Group, Chiquita Brands International, Inc, Standard Registered, Meritage Hospitality Group Inc. and Hemagen Diagnostics, Inc.<br>• Experience in going private transactions<br>• Representation of clients in hostile proxy contests |
| **Education** | J.D., University of Cincinnati College of Law, 1964 |

M.A., University of Cincinnati, 1961
B.A., University of Cincinnati, 1960; with honors

| | |
|---|---|
| **Professional Associations** | • American Bar Association, Chairman, Securities Subcommittee on Real Estate Syndications and Condominiums 1977-1979<br>• Cincinnati Bar Association, Executive Committee 1969-1971<br>• Ohio State Bar Association, Chairman, Corporation Law Committee 2003-2004 |
| **Community Involvement** | • Greater Cincinnati Charity Horse Show, Inc., Director<br>• Immaculate Conception Church of Norwood<br>• LSI Industries Inc., Director<br>• Meridian Bioscience, Inc., Director<br>• New Richmond Ohio Board of Education, Former President |
| **Honors and Awards** | • Listed in *Chambers USA: America's Leading Business Lawyers*, 2004-2005 edition<br>• Top 100 Ohio Super Lawyer, 2004<br>• *Chambers USA America's Leading Business Lawyers*, 2003-2004 contained this statement: "Premier Cincinnati corporate lawyer, Gary Kreider, is judged as 'superbly talented.' Head of the corporate practice Kreider's reputation extends across the state."<br>• Listed in *The Best Lawyers in America*, since 1991 |

View all attorneys

Home   Attorneys   Practice Areas   Clients   Firm Profile   News & Events   Articles   Careers   Site Map   Disclaimer

©2003 Keating, Muething & Klekamp PLL

**KMK** Keating, Muething & Klekamp PLL

Client Login • Firm Subsidiaries • Contact Us

| home | attorneys | practice areas | clients | firm profile | news & events | articles | careers |

# attorneys

Try a new search



J. David Rosenberg
Senior Partner

**Phone:** (513) 579-6423
**E-mail:** jrosenberg@kmklaw.com

1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

| | |
|---|---|
| **Professional Experience** | Mr. Rosenberg practices primarily in the areas of corporate finance, financial institutions, venture capital and reorganization. |
| **Practice Areas** | Business Planning and Formation<br>Capital Financing, Mergers and Acquisitions<br>Commercial Loan Documentation<br>Business Consulting Services |
| **Bar Admissions** | State:   Ohio, Kentucky<br>Federal: U.S. District Court, Southern District of Ohio<br>         U.S. District Court, Eastern District of Kentucky |
| **Education** | J.D., University of Kentucky College of Law, 1973; Order of the Coif, Member of Kentucky Law Journal<br>B.S., Wharton School of the University of Pennsylvania, 1971; *cum laude* |
| **Professional Associations** | • American Bar Association<br>• Cincinnati Bar Association<br>• Kentucky Bar Association<br>• Northern Kentucky Bar Association<br>• Ohio State Bar Association<br>• PFGI Capital Corporation, Cincinnati, Ohio, Director<br>• Local Financial Corporation, Oklahoma City, Oklahoma, Director |
| **Community Involvement** | • Jewish Federation of Cincinnati<br>• University of Kentucky College of Law, Visiting Committee<br>• Hebrew Union College – Jewish Institute of Religion, Board of Overseers |
| **Honors and Awards** | • "Peace of the City Award" presented by The Jewish Federation of Cincinnati and The Jewish Community Relations Council, June 2001 |

View all attorneys