IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **WALTER W. THIEMANN, et al.,** | Case No. C-1-00-793 |
| Plaintiffs, | (Judge Sandra S. Beckwith) |
| -vs- | |
| **OHSL FINANCIAL CORPORATION, et al.,** | |
| Defendants. | |

**ORDER**

This matter came to be heard upon Defendant Provident Financial Group, Inc.'s Motion for Order Maintaining Confidentiality and Declaring Proper Designation of Pricewaterhouse Coopers Report as "Confidential" Pursuant to 10/1/01 Stipulated Protective Order (the "Motion"). The Court, having considered the Motion, memoranda related thereto and the arguments of counsel, finds the Motion well taken.

**IT IS THEREFORE ORDERED THAT** the Defendant Provident Financial Group Inc.'s designation of the PriceWaterhouse Coopers Report as "Confidential" under the parties' October 1, 2001 Stipulated Protective Order (doc. 51, the "SPO") was proper in all respects.

**IT IS FURTHER ORDERED THAT** the PriceWaterhouse Coopers Report produced to Plaintiffs subject to the SPO shall be maintained as "Confidential" in strict accordance with the terms of the SPO.

**SO ORDERED.**

                                                  s/Timothy S. Hogan
                                                  TIMOTHY S. HOGAN
                                                  United States Magistrate Judge

Copies to:

James E. Burke (0032731)
Rachael A. Rowe (0066823)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 513-579-6486
Attorneys for all Defendants other than
Dinsmore & Shohl, LLP and Clifford Roe

Michael G. Brautigam
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
Attorney for Plaintiffs

John W. Hust
Michael E. Maundrell
Schroeder Maundrell Barbiere & Powers
Governor's Knoll, Suite 110
11935 Mason Road
Cincinnati, Ohio 45249
Attorneys for Dinsmore & Shohl, LP
and Clifford Roe