# Rowe, Rachael A.

| | |
|---|---|
| **From:** | Rowe, Rachael A. |
| **Sent:** | Monday, July 19, 2004 5:47 PM |
| **To:** | 'mgbrautigam@mac.com' |
| **Cc:** | Burke, James E.; 'JHG@BGLLAW.COM'; 'HER@BGLLAW.com'; Cohen, Jason M. |
| **Subject:** | Meier Transcript |

Mike: Jamie Greer is out of town. In his absence, Jamie's office forwarded to our office your email about the Meier transcript. To the best of our knowledge, the copy of the transcript we received from the court reporter was a preliminary version. The transcript was not signed by Mr. Meier. Under Federal Rule 30(e), Mr. Meier has 30 days to review and sign the transcript. My understanding is that the transcript does not become official until he signs it, or the time for doing so expires. If Mr. Meier already has signed the transcript, please let me know and we will file it immediately.