UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, | ) Case No. C-1-00-793 |
| | ) |
| Plaintiff, | ) (Judge Sandra S. Beckwith) |
| | ) (Magistrate Judge Timothy S. Hogan) |
| -v- | ) |
| | ) **NON-PARTY KMK'S NOTICE OF** |
| OHSL FINANCIAL CORP., et al., | ) **MANUAL FILING OF DEPOSITION** |
| | ) **TRANSCRIPTS (John N. Winstead, F.** |
| Defendants. | ) **Mark Reuter, Timothy B. Matthews, and** |
| | ) **Mark A. Weiss)** |
| | ) |

Defendant Keating, Muething & Klekamp, P.L.L. hereby gives notice of the manual filing of the following deposition transcripts:

1. John N. Winstead, taken August 19, 2003;

2. F. Mark Reuter, taken August 20, 2003;

3. Timothy B. Matthews, taken August 21, 2003; and,

4. Mark A. Weiss, taken August 22 and September 19, 2003.

                                                                                         Respectfully submitted,

                                                                                         /s/ Thomas W. Breidenstein
                                                                                         Michael R. Barrett (0018159)
                                                                                         Thomas W. Breidenstein (0064299)
                                                                                         BARRETT & WEBER, LPA
                                                                                         500 Fourth & Walnut Centre
                                                                                         105 East Fourth Street
                                                                                         Cincinnati, Ohio 45202
                                                                                         Tel: 513-721-2120
                                                                                         Fax: 513-721-2139
                                                                                         mrbarrett@barrettweber.com
                                                                                         twbreidenstein@barrettweber.com
                                                                                         *Attorney for Defendants,*
                                                                                         *Keating, Muething & Klekamp, PLL*
                                                                                         *and Mark A. Weiss*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2004, I electronically filed the foregoing "Non-Party KMK's Notice of Manual Filing of Deposition Transcripts" with the Clerk of the Court using the CM/ECF system which will send notification of such filing to registered counsel electronically. Pursuant to that notification, to any party or counsel not receiving electronic service, see below, from CM/ECF a true copy of the foregoing was mailed by ordinary U.S. Mail on this 24th day of August, 2004.

| | |
|---|---|
| Michael G. Brautigam | Stephen J. Brogan |
| Gene Irving Mesh | Cheryl E. Forchilli |
| Gene Mesh & Associates | Jones Day |
| 2605 Burnet Avenue | 51 Louisiana Avenue, N.W. |
| Cincinnati, Ohio 45219-2502 | Washington, DC 20001 |
| Attorney for the Plaintiffs | Attorney for Defendant Ernst & Young |

                                            /s/ Thomas W. Breidenstein
                                              Thomas W. Breidenstein