UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER W. THIEMANN | : | Case No. C-1-00-793 |
| | : | |
| Plaintiff | : | Judge Sandra S. Beckwith |
| | : | Magistrate Judge Timothy S. Hogan |
| v. | : | |
| OHSL FINANCIAL CORP. et al., | : | **JOINT STATUS REPORT** |
| Defendants | : | |

Pursuant to the Courts August 3, 2004 Status Conference and the resulting Order, (Doc. No. 363) the parties submit this Joint Status Report to clarify which pending motions now are moot and which still must be decided.

A.  Motions That All Parties Agree Still Need To Be Decided Likely by Judge Beckwith

| Doc No. | Description |
|---|---|
| 125 | Objections by Plaintiff to the 8/23/02 Order by Magistrate Judge Hogan quashing the subpoena of James E. Burke |
| 233 | Motion for Class Certification |
| 246 | Motion to Dismiss CAC |
| 249 | Motion for Partial Summary Judgment Pursuant to Rule 56 |
| 250 | Objection to Magistrate Judge Order, Doc. No. 241 |
| 264 | Amended Motion to Dismiss (Amending Doc. 253) |
| 270 | Cross Motion for Summary Judgment on Plaintiffs Section 11 Restatement Claim |
| 280 | Motion to Strike Affidavit of Tayfun Tuzun |
| 300 | Objection to Magistrate Judge Order, Doc. No. 295 |
| 311 | Objection to Doc. No. 303 Order denying Plaintiffs Motion to Compel Depositions |
| 314 | Motion for Order to Completely Disqualify KMK |
| 315 | Motion for Summary Judgment |
| 316 | Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion to Certify the Consolidated Amended Complaint |
| 333 | Motion to Strike Exhibits attached to OHSL Defendants Opposition |
| 340 | Motion for Certificate of Appealability (Doc 336) |
| 341 | Motion for Certificate of Appealability (Doc 338) |
| 343 | Motion for Leave to File Supplemental Supporting Summary Judgment Motion (Doc 315) |
| 344 | Motion for Contempt and Motion for Sanctions against KMK LLP |

| | |
|---|---|
| 345 | Motion for Sanctions and Motion to Strike 342 Notice |
| 347 | Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification |
| 368 | Objection to Magistrate Judge Order 363 |
| | Order Granting Motion to Maintain Confidentiality Doc. No. 369 *(Plaintiffs intend to file an Objection to Docket No. 369 shortly)* |

B. <u>Motions That All Parties Agree Still Need to be Decided by Magistrate Judge Hogan:</u>

| Doc No. | Description |
|---|---|
| 271 | Motion for Extension of Time to File Response/Reply to Doc. No. 249 Motion |
| 304 | Motion for Leave to File Supplemental Authority |
| 358 | Motion for Protective Order and Modification of Subpoenas |

C. <u>Motion That Defendants Believe Is Moot But That Plaintiffs Believe Must Still Be Decided</u>

| | |
|---|---|
| 230 | Motion for Leave to Submit Motion for Reconsideration re Class Certification |

Respectfully submitted,

**/s/**_____
Michael G. Brautigam
Gene I. Mesh (002076)
Gene Mesh and Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
Tel: 513-221-8800
Fax: 513-221-1097
*Attorneys for Plaintiffs
and the putative class*

/s/_____
Jamie Greer
Bieser, Greer & Landis LLP
400 National City Center
6 North Main Street
Dayton, Ohio 45402-1908
Tel: 937-223-3277
Fax: 937-223-6339
*Attorneys for OHSL and Provident
Defendants*

/s/_____
John Hust
Schroeder. Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
Tel: 513-583-4200
Fax: 513-583-4203
*Attorneys for Dinsmore & Shohl LLP*

/s/_____
James E. Burke (0032731)
Rachel A. Rowe (0066823)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: 513-579-6486
Fax: 513-579-6457
*Of Counsel*

**CERTIFICATE OF SERVICE**

   I hearby certify that on August 26, 2004, I electronically filed the foregoing "Joint Status Report" with the Clerk of Court using the CM/ECF system which will send notification of such filing to registered counsel electronically.

James E. Burke
Rachael A. Rowe
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202


John W. Hust
Michael E. Maundrell
Schroeder Maundrell Barbiere & Powers
Governor's Knoll, Suite 110
11935 Mason Road
Cincinnati, Ohio 45249


David C. Greer
James H. Greer
Bieser, Greer & Landis
400 National City Center
6 North Main Street
Dayton, Ohio 45402-1908