UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER W. THIEMANN, *et al.*, | ) | Case No. C-1-00-793 |
| | ) | |
| Plaintiffs, | ) | (Judge Sandra S. Beckwith) |
| | ) | (Magistrate Judge Timothy S. Hogan) |
| -v- | ) | |
| | ) | |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CORRECTION TO THE PROVIDENT AND OHSL DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE THEIR MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

On Thursday, August 19, 2004, the Provident and OHSL Defendants filed their Memorandum in Opposition to Plaintiffs' Motion to Strike Their Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification. It has been brought to the attention of the undersigned counsel that a minor mistake was made in that pleading. The first full sentence on the top of page 5 of that pleading should read:

> Defendants, therefore, attached excerpts of the preliminary deposition transcript to their motion for leave (preliminary in the sense that the deponent had not yet signed it).

The entire preliminary transcript of Mr. Meier was not attached to the Motion for Leave. Therefore, these Defendants respectfully request that the above sentence be substituted for the first full sentence on page 5 of Defendants' Memorandum in Opposition to Plaintiffs' Motion to

Strike Their Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification. (Doc. 370).

Respectfully submitted,

/s/ James H. Greer
David C. Greer
James H. Greer
BEISER, GREER AND LANDIS, LLP
400 National City Center
6 North Main Street
Dayton, Ohio 45402
Tel: (937) 223-3277
Fax: (937) 223-6333
Email: dcg@bgllaw.com; jhg@bgllaw.com
Attorneys for OHSL and Provident Defendants

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF CORRECTION TO THE PROVIDENT AND OHSL DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE THEIR MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION was served upon the following, this 26th day of August, 2004.

via ordinary U.S. mail

Michael G. Brautigam
Gene I. Mesh
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

*Attorneys for Plaintiffs*

via electronic filing

John W. Hust
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

*Attorneys for Dinsmore Defendants*

James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

*Attorney for Defendant Ernst & Young*

Michael R. Barrett
Thomas W. Breidenstein
Barrett & Weber
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, Ohio 45202-4015

*Attorneys for KMK Defendants*

/s/ James H. Greer
--------------------------------
James H. Greer

1326488.1