UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **WALTER W. THIEMANN, et al.** | : | **Civil Action No. C-1-00-793** |
| **Plaintiffs,** | : | **Judge Sandra S. Beckwith** |
| vs. | : | **Magistrate Judge Timothy Hogan** |
| **OHSL FINANCIAL CORP., et al.** | : | |
| **Defendants.** | : | |

## PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT REPLY BRIEF IN FURTHER SUPPORT OF CROSS-MOTION TO STRIKE (DOC. NO. 347)

Plaintiffs respectfully submit this motion for leave to submit a reply brief to the Provident and OHSL Defendants' Memorandum in Opposition to Plaintiffs' Motion to Strike Their Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Doc. No. 370) and submit the following Memorandum in support thereof. This reply brief is in support of Plaintiffs' Cross-Motion to Strike (Doc. No. 347), but because of the procedural demands of the electronic case management system, Plaintiffs have been informed by the Court clerk that this document should be captioned as a motion for leave because the cross-motion was submitted as part of the opposition to the Defendants' motion for leave to file supplemental memorandum (Doc. No. 347) and **not** a completely separate motion to strike. The proposed reply brief in further support of the cross motion is attached as Exhibit A should the Court grant Plaintiffs' motion and accept this reply brief in further support of the cross motion.

2

Dated: 26 August 2004                                  **GENE MESH & ASSOCIATES**

                                                                               Respectfully Submitted,

/s/_____
Gene Mesh (0002076)
Michael G. Brautigam
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
(513) 221-8800
(513) 221-1097 (Facsimile)

*Attorneys for Plaintiffs and the Putative Class*

Case 1:00-cv-00793-SSB-TSH    Document 377    Filed 08/26/2004    Page 2 of 4

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2004, I electronically filed the foregoing "MOTION FOR LEAVE TO SUBMIT REPLY BRIEF IN FURTHER SUPPORT OF CROSS-MOTION TO STRIKE (Doc. No. 347)" with the Clerk of Court using the CM/ECF system which will send notification of such filing to registered counsel electronically.

James E. Burke
Rachel A. Rowe
Keating Muething & Klekamp PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio  45202


John W. Hust
Michael E. Maundrell
Schroeder Maundrell Barbiere & Powers
Governor's Knoll, Suite 110
11935 Mason Road
Cincinnati, Ohio 45249


David C. Greer
James H. Greer
Bieser, Greer & Landis, LLP
400 National City Center
6 North Main Street
Dayton, Ohio 45402-1908

/s/_____

**Stephanie Hite**