UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, *et al.*, | ) Case No. C-1-00-793 |
| | ) |
| Plaintiffs, | ) (Judge Sandra S. Beckwith) |
| | ) (Magistrate Judge Timothy S. Hogan) |
| -v- | ) |
| | ) |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) DEFENDANTS' NOTICE OF MANUAL FILING OF DEPOSITION OF GARY MEIER |
| | ) |
| Defendants. | ) |

The Provident and OHSL Defendants hereby notice this Court and counsel of record that the deposition of Gary Meier, taken on June 24, 2004, is being manually filed with the Clerk of Court via hand-delivery on this 27th day of August, 2004.

The Provident and OHSL Defendants also note for the record that they filed excerpts from this deposition as Exhibit 1 to their Motion for Leave to File Supplemental Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Doc. 347). At the time they filed that motion (July 8, 2004), it was noted that Mr. Meier's deposition transcript was not yet final because Mr. Meier had not yet reviewed and signed the transcript. The Provident and OHSL Defendants stated in footnote 1 of their motion that they would file that transcript once it was final. (Doc. 347 at 3 n.1) On August 23, 2004, the court reporter sent counsel an affidavit stating that the deposition had been made available to Mr. Meier to read and sign, but that he had failed to do so within the required 30 day period. The transcript is therefore now final, and the Provident and OHSL Defendants are manually filing it with the Court.

- 2 -

          Respectfully submitted,

          /s/ James H. Greer
          David C. Greer
          James H. Greer
          BEISER, GREER AND LANDIS, LLP
          400 National City Center
          6 North Main Street
          Dayton, Ohio 45402
          Tel: (937) 223-3277
          Fax: (937) 223-6333
          Email: dcg@bgllaw.com; jhg@bgllaw.com
          Attorneys for OHSL and Provident
          Defendants

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the **DEFENDANTS' NOTICE OF MANUAL FILING OF DEPOSITION OF GARY MEIER** was served upon the following, via electronic filing, this 27th day of August, 2004.

| | |
|---|---|
| Michael G. Brautigam<br>Gene I. Mesh<br>Gene Mesh & Associates<br>2605 Burnet Avenue<br>Cincinnati, Ohio 45219-2502<br><br>*Attorneys for Plaintiffs* | John W. Hust<br>Michael E. Maundrell<br>Schroeder, Maundrell, Barbiere & Powers<br>11935 Mason Road, Suite 110<br>Cincinnati, Ohio 45249<br><br>*Attorneys for Dinsmore Defendants*<br><br>Michael R. Barrett<br>Thomas W. Breidenstein<br>Barrett & Weber<br>500 Fourth & Walnut Centre<br>105 East Fourth Street<br>Cincinnati, Ohio 45202-4015<br><br>*Attorneys for KMK Defendants* |

                                            /s/ James H. Greer
                                            James H. Greer

1330623.1