LAW OFFICES OF GENE MESH AND ASSOCIATES

31 August 2004

By Fax 721 2139

Thomas W. Breidenstein, Esq.
BARRETT & WEBER
105 East Fourth Street, Suite 500
Cincinnati, OH 45202-4015

    Re: OHSL

Dear Mr. Breidenstein:

First, thank you for taking time away from your project to briefly discuss the issues surrounding the motion to compel KMK's production of documents. I am preparing a motion to compel, and I need to clarify this issue as soon as possible. Second, the issue as I see it is that KMK's response and objection no longer complies with the law of the case. (For the purposes of this discussion, I will not debate whether it was previously appropriate to invoke the PSLRA.) Specifically, on page 2 ¶ 2 of your Responses and Objections to the Subpoena served on KMK you state:

> Thus, because it is entirely clear that discovery
> Is stayed in this matter, as per the Court's several
> Rulings and the clear language of the PSLRA, KMK
> Does not deem it necessary to provide specific objections
> To Plaintiffs' request.

As you know and have known for some time, Magistrate Judge Hogan clarified that discovery was not stayed against KMK and E&Y at the 30 June 2004 Status Conference. Thus KMK has had two months to properly comply with the duly served subpoena, but has taken no action. KMK's position as of 24 June 2004 (the date of the objections and responses to the subpoena) is no longer the law of the case and has not been for two months.

As I indicated in our phone conversation, I need to know your position as soon as possible so that I can properly address PSLRA issues, if any, in my motion to compel. Again, thank you for your consideration in taking my call. Kindly let me know how you wish to proceed.

Sincerely,

Michael G. Brautigam

All Counsel by Fax

2605 Burnet Avenue
at Taft Road
Cincinnati, Ohio 45219-2502

TELEPHONE
(513) 221-8800

FAX
(513) 221-1097

# LAW OFFICES OF GENE MESH AND ASSOCIATES

1 September 2004

By Fax 721 2139

Thomas W. Breidenstein, Esq.
BARRETT & WEBER
105 East Fourth Street, Suite 500
Cincinnati, OH 45202-4015

Re: <u>OHSL</u>

Dear Mr. Breidenstein:

I write to follow-up on our conversation of 31 August 2004 and my letter of the same date. I am close to completing my motion to compel to force KMK to comply with the subpoena, but I do need KMK's position on the PSLRA issue.

Simply stated, KMK's position that the PSLRA is triggered has been explicitly overruled by Magistrate Judge Hogan at the 30 June 2004 Status Conference and has not been the law of the case for more than two months. In fairness to KMK, however, I want to give KMK an opportunity to amend their position, but this must be balanced by the need to get the motion filed and heard before the discovery deadline of 29 October 2004. Would you kindly get back to me at your earliest convenience?

Your prompt attention to this matter is greatly appreciated.

2605 Burnet Avenue
at Taft Road
Cincinnati, Ohio 45219-2502

TELEPHONE
(513) 221-8800

FAX
(513) 221-1097

Sincerely,

Michael G. Brautigam

cc: All Counsel by Fax



## BARRETT & WEBER
### A LEGAL PROFESSIONAL ASSOCIATION

G. FRANCIS BARRETT
H. PATRICK WEBER
MICHAEL R. BARRETT
M. MICHELE FLEMING
JANET L. BELL
THOMAS W. BREIDENSTEIN
KENNETH J. IGNO
KARYL K. HAFFNER
STEPHANIE K. BOWMAN

500 FOURTH & WALNUT CENTRE
105 EAST FOURTH STREET
CINCINNATI, OHIO 45202-4015

TELEPHONE (513) 721-2120
FACSIMILE (513) 721-2139

September 2, 2004

Michael G. Brautigam, Esq.
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219

<u>via fax @ 221-1097 and U.S. Mail</u>

Re: Thiemann v. OHSL Financial Corp.
Case No. C-1-00-793-SSB-TSH

Dear Mr. Brautigam:

In response to your letter of August 31, 2004, we respectfully decline to withdraw or amend our objections to your subpoena.

Very truly yours,

BARRETT & WEBER

Thomas W. Breidenstein

cc: Patrick F. Fischer, Esq.
Michael R. Barrett, Esq.