UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WALTER W. THIEMANN,                  CASE NO. 1:00CV793
    PLAINTIFF                                (BECKWITH, J.)
                                             (HOGAN, M.J.)

VS.

OHSL FINANCIAL CORP., ET AL.,
    DEFENDANTS

**ORDER**

Another informal status conference was conducted on September 10, 2004. The first item discussed was the continuing deposition of Mr. Carey, who presently lives in California and no longer works for Provident Bank. Mr. Carey may be deposed by Plaintiff in California during normal business hours, but prior to October 29, 2004. It was agreed that Defendants will make Messrs Hoverson, Stallings and Farrenkopf available prior to October 29, 2004. It was agreed that Mr. Weiners may be deposed on October 14, 2004. Document production relative to PSLRA will take place before any scheduled depositions.

There was disagreement over the propriety of continuing the deposition of Sidney Peerless, M.D., who was a Provident Director. Dr. Peerless, now retired, is a medical doctor and as a Provident director, set policy for the operation of the bank, but was not involved in the daily business operations of the bank as was Mr. Carey. Dr. Peerless was previously deposed. Defendant's reluctance to have him deposed again is the subject of a previously-filed Motion for Contempt and a related Motion for a Protective Order.

The Court set deadlines for the filing of any additional discovery-related motions for September 10, 2004, with memoranda in opposition to be filed on or before September 24, 2004. Reply briefs are due on October 4, 2004. The Court will then entertain oral arguments on all these discovery-related motions on October 15, 2004 at 9:30.

September 20, 2004

                                             Timothy S. Hogan
                                             United States Magistrate Judge