UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **WALTER W. THIEMANN,** | **CASE NO. C-1-00-793** |
|     PLAINTIFF | (BECKWITH, J.) |
| | (HOGAN, M.J.) |
| VS. | |
| **OHSL FINANCIAL CORP., ET AL.,** | |
|     DEFENDANTS | |

## ORDER

Before the Court is Plaintiff's Motion for Permission to File Notice of Supplemental Authority (Doc. 304). This Motion is unopposed and hereby granted. Also before the Court is Defendant Provident Financial Group's Rule 56(F) Motion for Additional Time to Retain an Expert and Submit Expert Testimony (Doc. 271) and Provident's Memorandum in Support (Doc. 299). Provident's Motion is also unopposed and also is granted.

**IT IS THEREFORE ORDERED** that Both Motions (Docs. 271 and 304) be granted.

September 20, 2004                     s/Timothy S. Hogan
                                               Timothy S. Hogan
                                               United States Magistrate Judge