UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Walter W. Thiemann, et al. | ) | Case No. C-1-00-793 |
| | ) | |
| Plaintiff, | ) | (Judge Sandra S. Beckwith) |
| | ) | |
| -v- | ) | |
| | ) | MOTION OF NON-PARTY DR. SIDNEY |
| OHSL Financial Corp., et al. | ) | A. PEERLESS FOR PROTECTIVE |
| | ) | ORDER PURSUANT TO F.R. CIV. P. |
| Defendant. | ) | 30(D)(4) |
| | ) | |

Non-Party witness Dr. Sidney Peerless ("Dr. Peerless") hereby moves this Court pursuant to F.R. Civ. P. 30(d)(4) to terminate and prohibit any resumption or re-opening of the deposition of Dr. Peerless, on the ground that the deposition was conducted in a manner as to unreasonably annoy, embarrass, oppress and harass Dr. Peerless. This Motion is based upon the attached Memorandum in Support and the transcript of Dr. Peerless' deposition which is being separately filed herewith.

Respectfully submitted,

/s/ James E. Burke

James E. Burke (0032731)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6428
Fax: (513) 579-6457
jburke@kmklaw.com
Attorney for Non-Party Dr. Sidney A. Peerless

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## **MEMORANDUM IN SUPPORT**

In support of the foregoing Motion, Non-Party Dr. Sidney A. Peerless incorporates by reference, as if fully re-written herein, the Memorandum of OHSL and Provident Defendants in Opposition to Motion to Hold James E. Burke and KMK in Contempt for Violating this Court's May 10, 2004 Order, which sets forth the legal and factual basis for the issuance of the protective Order requested herein.

Respectfully submitted,

/s/ James E. Burke

James E. Burke (0032731)
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 579-6428
Fax: (513) 579-6457
jburke@kmklaw.com
Attorney for Non-Party Dr. Sidney A. Peerless

OF COUNSEL:

KEATING, MUETHING & KLEKAMP, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2004, I electronically filed the MOTION OF NON-PARTY DR. SIDNEY PEERLESS FOR PROTECTIVE ORDER PURSUANT TO F. R. CIV. P. 30(d)(4) with the Clerk of Courts, using the CM/ECF System which will send notification electronically to the following:

Michael G. Brautigam
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

John W. Hust
Schroeder, Maundrell, Barbiere & Powers
Governor's Knoll
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

James Greer
Bieser Greer Landis
400 National City Center
6 North Main Street
Dayton, Ohio 45402-1908

                                          /s/ James E. Burke
                                          _____
                                          James E. Burke

1341851.1