UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER M. THIEMANN, *et al.*, ) | Case No. C-1-00-793 |
| ) | |
| Plaintiffs, ) | (Judge Sandra S. Beckwith) |
| ) | (Magistrate Judge Timothy S. Hogan) |
| -v- ) | |
| ) | |
| OHSL FINANCIAL CORPORATION, *et al.*, ) | DEFENDANTS' NOTICE OF |
| ) | MANUAL FILING OF DEPOSITION |
| Defendants. ) | OF SIDNEY PEERLESS, M.D. |
| ) | |

Provident and OHSL Defendants hereby notice this Court and counsel of record that the deposition of Sidney Peerless, M.D., taken on September 1, 2004, is being manually filed with the Clerk of Court via hand-delivery on this 24th day of September, 2004.

          Respectfully submitted,

          s/James H. Greer
          David C. Greer (0009090), Trial Attorney
          James H. Greer (0046555)
          BIESER, GREER & LANDIS LLP
          400 National City Center
          Six North Main Street
          Dayton, Ohio  45402
          Tel:  (937) 223-3277
          Fax: (937) 223-6339
          Email:  dcg@bgllaw.com
          Email:  jhg@bgllaw.com
          *Attorney for Provident Defendants*

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2004, a copy of the foregoing DEFENDANTS' NOTICE OF MANUAL FILING OF DEPOSITION OF SIDNEY PEERLESS, M.D. was filed electronically using the Court's filing system which sends notice to all parties registered; I have mailed copies of same to all non CM/ECF participants via ordinary U.S. mail service.

| | |
|---|---|
| Gene I. Mesh *(via U.S. Mail only)*<br>Gene Mesh & Associates<br>2605 Burnet Avenue<br>Cincinnati, Ohio  45219-2502<br>*Attorney for Plaintiff* | Michael G. Brautigam<br>Gene Mesh & Associates<br>2605 Burnet Avenue<br>Cincinnati, Ohio  45219-2502<br>*Attorney for Plaintiff* |

John W. Hust
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio  45249
*Attorneys for Dinsmore Defendants*

 

                                                                    s/James H. Greer
                                                               James H. Greer

1341815.1

```
 1              UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF OHIO
 3               WESTERN DIVISION AT CINCINNATI
 4
 5                        - - -
 6   WALTER W. THIEMANN, on      :
     behalf of himself and       :
 7   of all others similarly     :          COPY
     situated,                   :
 8                               :
            Plaintiff,           :
 9                               :
        VS.                      : CASE NO. C-1-00793
10                               :
     OHSL FINANCIAL CORP.,       :
11   OAK HILLS SAVINGS AND       :
     LOAN COMPANY, F.A.,         :
12   NORBERT G. BRINKER,         :
     KENNETH L. HANAUER,         :
13   WILLIAM R. HILLEBRAND,      :
     ALVIN E. HUCKE, THOMAS      :
14   E. MCKIERNAN, JOSEPH J.     :
     TENOEVER, HOWARD N.         :
15   ZOELLNER, PROVIDENT         :
     FINANCIAL GROUP, INC.,      :
16   ROBERT L. HOVERSON,         :
     JACK M. COOK, THOMAS D.     :
17   GROTE, JR., PHILIP R.       :
     MYERS, JOSEPH A. PEDOTO,    :
18   JOSEPH A. STEGER,           :
     CHRISTOPHER J. CAREY,       :
19   CLIFFORD ROE, and           :
     DINSMORE & SHOHL, LLP,      :
20                               :
            Defendants.          :
21                        - - -
22         Deposition of SIDNEY PEERLESS, M.D., a
23   witness herein, called by the plaintiff for
24   cross-examination, pursuant to the Federal
```