**Exhibit A**

# CANDACE L. PRESTON

| | |
|---|---|
| Present | Financial Markets Analysis, LLC. Founding member of the firm. Financial consultant specializing in securities and business valuations in mergers, acquisitions, appraisals, business planning, brokerage/customer arbitrations, and litigation. Significant testimonial experience in breach of contract, bankruptcy, anti-trust, securities and consumer class actions. Clients include private and public companies, individual and institutional investors, the S.E.C. and law firms. |
| 1998 – 2001 | The Bank of New York, BNY Capital Markets. Managing Director responsible for valuations and special financial services. Valuations relating to fairness opinions, mergers, acquisitions, executive compensation, estate and intergenerational transfers, and litigation. |
| 1998 | Triumph Partners, LLC. Founding member of the firm. Financial consultant specializing in securities and business valuations in mergers, acquisitions, appraisals, business planning, brokerage/customer arbitrations, and litigation. Valuation expert for the S.E.C. in its prosecution of Crazy Eddie, Inc. and Eddie Antar, and in efforts to recover monies from the Antar family. |
| 1985 - 1998 | Princeton Venture Research, Inc. Executive Vice President. Princeton Venture Research is an investment banking and consulting firm. Managed Princeton and San Diego offices. Supervised all analytic and research staff. Responsible for valuations in mergers and acquisitions, due diligence investigations, and litigation projects. Clients included Securities Investors Protection Corporation (SIPC), major financial institutions and law firms. Valuation expert for damages claims against Drexel Burnham Lambert, SubClass B. |
| 1980 - 1985 | NewMarkets. Senior consultant for management consulting firm, specializing in marketing and business planning for new ventures and turn-around situations. Developed plans for Fortune 500 companies as well as smaller businesses, which resulted in the creation and funding of new divisions and enterprises. |
| 1974 - 1978 | Family-owned businesses. Participated in the operation and management of a diverse group of businesses, including acquisitions and divestitures of numerous stand-alone operations. Among the businesses were an automotive plastics manufacturer, restaurants, automobile dealerships and real estate holdings. |
| 1970 - 1973 | U.S. Army, Tank and Automotive Command (TACOM). Civilian employee of branch responsible for negotiation and administration of contracts for wheeled and track vehicles. Negotiated and audited contracts for tank prototypes as well as tanks in production. |

EDUCATION

| | |
|---|---|
| 1985 | M.B.A. University of Pennsylvania, Wharton School of Finance |
| 1970 | B.A. History, Eastern Michigan University |

PROFESSIONAL DESIGNATIONS AND AFFILIATIONS

Chartered Financial Analyst (CFA)
Member, CFA Institute
Member, New York Society of Security Analysts (NYSSA)

OTHER

| | |
|---|---|
| University of Chicago<br>Guest lecturer in finance | American Bar Association Annual Meetings,<br>Securities Litigation Panels |
| University of Pennsylvania<br>Guest lecturer in finance | National Association of Public Pension Attorneys<br>Securities Litigation Panel |

Testimony of Candace L. Preston


In Re: Frontier Insurance Group, Inc.
Civil Action No. 94 Civ. 5213 (EHN)
U.S. District Court, Eastern District of New York
Deposition: November 9, 1998
Hearing Testimony: July 27, 2001


In Re: Sunglass Hut International, Inc.
Case No. 97-0191-CIV-MOORE/O'SULLIVAN
U.S. District Court, Southern District of Florida
Deposition: March 28, 2001


In Re: Real Estate Associates Limited Partnership Litigation
Case No. CV 98-7035 DDP (AJW)
U.S. District Court, Central District of California
Deposition: May 16, 2001; Trial October 24, 2002


In Re: Morgens, Waterfall, Vintiadis & Co., Inc. v. Donaldson Lufkin & Jenrette Securities
Corp.
Case No. 00 Civ.9517 (MP)
U. S. District Court, Southern District of New York
Deposition: October 10, 2001


In Re: Jennifer Convertibles Securities Litigation
Master File No. CV-94-5570 (DRH)
U.S. District Court, Southern District of New York
Deposition: July 22, 2002


Dennis Johnson v. Garden Ridge Corporation, et al
Civil Action No. 17651NC
Court of Chancery of the State of Delaware
New Castle County
Deposition: July 29, 2002


In Re: Alliance Pharmaceutical Corp. Securities Litigation
01-CV-1674 (CM) (MDF)
U.S. District Court, Southern District of New York
Deposition: August 2, 2002


In Re: One Stop Realtour Place v. Allegiance Telecom, Inc.
U.S. Bankruptcy Court, Eastern District of Pennsylvania
Trial: September 19, 2002


In Re: SmarTalk Teleservices, Inc. Securities Litigation
U.S. District Court, Southern District of Ohio, Eastern District
Deposition: October 2 & 3, 2002

Testimony of Candace L. Preston

In Re: Corner Finance, Ltd. and Prival N.V. v. Michael Berger, et al.
Index No.00 Civ. 2284 (DLC)
U.S. District Court, Southern District of New York
Deposition: December 20, 2002

Martin I. Cohen v. Berkshire Hathaway, Inc. et al (MidAmerican Energy Holdings, Inc.)
Iowa District Court for Polk County
CL 81833
Deposition: March 31, 2003

In re: Laidlaw Stockholder Litigation
C.A. 3:00-CV-855-17
U.S. District Court, District of South Carolina, Columbia Division
Deposition, September 29, 2003

**Exhibit C**

PRN        Provident Financial Group, Inc. Announces Restatement
           Mar 5 2003  7:31

                 Of Operating Results for Years 1997 through 2002

     CINCINNATI, March 5 /PRNewswire-FirstCall/ -- Provident Financial Group,
Inc. announced today a restatement to its operating results for the years 1997
through 2002.
     The restatement of previously reported operating results is attributed to
errors in the accounting for nine auto lease financing transactions originated
between 1997 and 1999.
     The errors that existed in the accounting for these transactions were
first discovered by the company's finance staff in connection with the testing
and installation of a financial model that identified differences in income
that was originally recorded, compared with the income generated by the
financial model. The company then notified its independent auditors and bank
regulators and has reported all relevant information to its board of directors
and audit committee. The company has been working closely with its independent
auditors since the accounting errors were first discovered.
     A review of the accounting for the nine transactions also concluded that
none of the transactions should have been reported off-balance sheet as a sale
and lease back of operating leases. The appropriate accounting was to report
the transactions as financing leases with all assets and related liabilities
included on the balance sheet. As a result, the company will also be restating
its balance sheets for the years 1997 through 2002 to include the nine auto
lease financing transactions.
     Christopher J. Carey, Executive Vice President and Chief Financial Officer
of Provident, stated, "The restatement announced today is attributable solely
to errors in the accounting for the nine auto lease transactions that were
originated between 1997 and 1999. All auto lease transactions originated
beginning in 2000 and thereafter were structured and treated as financing
leases and have been included on our balance sheet. We also reviewed the
accounting for each of the subsequent transactions and concluded that they
were accounted for correctly."
     The previously announced earnings per share outlook for 2003 was between
$2.50 and $2.70. As a result of the evaluation of the estimated impact of the
auto lease financing transactions, the revised earnings per share outlook is
between $2.30 and $2.50. The company's expectation is that the impact of this
matter will be significantly less in 2004 and in future years.
     The chart below shows as reported and restated net income and diluted
earnings per share for the years 1997 through 2002.

                 Net Income & Diluted Earnings Per Share
                  ($ in millions, except per share data)

                   Year Ended December 31,
                   2002      2001      2000      1999      1998      1997
   As Reported
    Net Income     $119.4    $23.3    $73.6    $150.9    $122.4    $114.7

Copyright (c) 2004

PRN        Provident Financial Group, Inc. Announces Restatement
           Mar 5 2003  7:31

| | | | | | | |
|---|---|---|---|---|---|---|
| Earnings<br>Per Share | $2.35 | $0.45 | $1.46 | $3.08 | $2.48 | $2.38 |
| Restated<br>Net Income | $99.3 | $3.2 | $57.7 | $139.6 | $120.4 | $113.8 |
| Earnings<br>Per Share | $1.96 | $0.07 | $1.15 | $2.85 | $2.44 | $2.36 |
| Variance<br>Net Income | $(20.1) | $(20.1) | $(15.9) | $(11.3) | $(2.0) | $(0.9) |
| Earnings<br>Per Share | $(0.39) | $(0.40) | $(0.31) | $(0.23) | $(0.04) | $(0.02) |

The chart below shows as reported and restated end of period assets for
the years 1997 through 2002.

### End of Period Assets
### ($ in millions)

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| As Reported<br>Total<br>Assets | $16,721.2 | $15,573.6 | $13,857.4 | $10,537.9 | $8,949.7 | $7,946.6 |
| Restated<br>Total<br>Assets | $17,534.4 | $16,540.0 | $14,982.5 | $11,821.1 | $9,581.4 | $8,269.4 |
| Variance<br>Total<br>Assets | $813.2 | $966.4 | $1,125.1 | $1,283.2 | $631.7 | $322.8 |

The total risk based capital ratio at December 31, 2002 on a restated
basis was 11.69% compared with the originally reported 12.17%.

Forward-Looking Statements
   This news release contains certain forward-looking statements that are
subject to numerous assumptions, risks or uncertainties. The Private
Securities Litigation Reform Act of 1995 provides a safe harbor for
forward-looking statements. Actual results could differ materially from those
contained in or implied by such forward-looking statements for a variety of
factors including: sharp and/or rapid changes in interest rates; significant
changes in the anticipated economic scenario which could materially change
anticipated credit quality trends; the ability to generate loans and leases;
significant cost, delay in, or inability to execute strategic initiatives

Copyright (c) 2004

PRN        Provident Financial Group, Inc. Announces Restatement
           Mar 5 2003  7:31

designed to grow revenues and/or manage expenses; consummation of significant
business combinations or divestitures; and significant changes in accounting,
tax, or regulatory practices or requirements and factors noted in connection
with forward-looking statements. Additionally, borrowers could suffer
unanticipated losses without regard to general economic conditions. The result
of these and other factors could cause differences from expectations in the
level of defaults, changes in the risk characteristics of the loan and lease
portfolio, and changes in the provision for loan and lease losses. Forward-
looking statements speak only as of the date made. Provident undertakes no
obligations to update any forward-looking statements to reflect events or
circumstances arising after the date on which they are made.

    About Provident Financial Group, Inc.
    Provident Financial Group, Inc. (Nasdaq: PFGI) is a bank holding company
located in Cincinnati, Ohio. Its main subsidiary, The Provident Bank, provides
a diverse line of banking and financial products and services regionally;
selected business activities are also conducted nationally. Consumer, small
business, and investment products and services are offered through a
network of retail financial centers located primarily within Southwestern Ohio
and Northern Kentucky. Provident also has a growing presence on the West Coast
of Florida with 13 retail financial centers. Commercial banking products and
services are offered through nine regional offices. Customers have access to
banking services 24-hours a day through Provident's extensive network of ATMs,
Telebank, a telephone customer service center, and the internet at
www.providentbank.com. At December 31, 2002, Provident Financial Group had
$11.3 billion in loans outstanding, $9.8 billion in deposits, and assets of
$17.5 billion. Provident has served the financial needs of its customers for
100 years, and currently 3,400 Provident associates serve approximately
600,000 customers. Provident Financial Group's common stock trades on the
Nasdaq Stock Market under the symbol PFGI.

    Conference Call
    A conference call will be held today (Wednesday, March 5, 2003) at
11:00 a.m. (ET) to discuss the contents of this news release. The call can be
accessed by calling 1-877-818-4511. A replay of the call will be available
through Monday, March 10, 2003 by calling 1-800-642-1687 (passcode 131 20).

    For further information, please contact:
    Christopher J. Carey
    Executive Vice President & Chief Financial Officer
    1-513-639-4644 / 1-800-851-9521
    e-mail: IR@provident-financial.com

SOURCE  Provident Financial Group, Inc.
    -0-                   03/05/2003
    /CONTACT: Christopher J. Carey, Executive Vice President & Chief
Financial Officer of Provident Financial Group, Inc., +1-513-639-4644 or

Copyright (c) 2004

```
PRN        Provident Financial Group, Inc. Announces Restatement
           Mar 5 2003  7:31


1-800-851-9521, or IR@provident-financial.com/
     /Company News On-Call: http://www.prnewswire.com/gh/cnoc/comp/721925.html/
     /Web site:  http://www.providentbank.com /
     (PFGI)

CO:  Provident Bank; Provident Financial Group, Inc.
ST:  Ohio
IN:  FIN
SU:  CCA ERN

 -0- Mar/05/2003 12:31 GMT
```

Copyright (c) 2004

Exhibit D

BN        Provident Financial Says It Will Restate More Results (Update3)
          Apr 15 2003  10:57

Provident Financial Says It Will Restate More Results (Update3)

     (Adds comment from CFO in fourth paragraph.)

     Cincinnati, April 15 (Bloomberg) -- Provident Financial Group
Inc., almost half owned by financier Carl Lindner's family, said
it overstated profit by $44.4 million since 1994 because of a
faulty accounting on auto-lease contracts. It was the second time
in six weeks the Cincinnati-based bank restated results.
     The disclosure brought to $114.4 million the amount of profit
the bank is erasing. On March 5, Provident said it would restate
$70 million in earnings form 1997 through 2002 because of improper
accounting on nine auto leases. The company said its auditor,
Ernst & Young LLP, approved the initial bookkeeping.
     Accounting scandals at Enron Corp. and WorldCom Inc. and
other companies have triggered more restatements because of
tougher scrutiny of financial statements by regulators and
auditors. Provident said the latest accounting change was prompted
by a review of its March 5 restatement by PricewaterhouseCoopers
LLP, the largest U.S. accounting firm.
     ``We wanted to validate that the earlier accounting problem
was unintentional and that we had it right going forward,'' said
Christopher Carey, Provident's chief financial officer.

                    Accounting Change

     Provident said it will reclassify all the auto leases on its
balance sheet from finance leases, which are the equivalent of
loans, to operating leases. Because finance leases generate more
interest income in the early years of the contract, the change
will reduce the earnings Provident booked from 1994 through 2002
but and add to earnings in 2003 and beyond, the company said.
     Provident shares, down 15 percent this year, rose 33 cents to
$22.17 in morning trading. The impact of the statement will be to
add 10 cents to earnings per share in 2003 and 25 cents in 2004.
     Carey said the accounting treatment recommended by Ernst &
Young was similar to that followed by the rest of the banking
industry. ``I don't think that E&Y blew it,'' he said. ``The
treatment recommended by PwC more precisely follows GAAP, which is
what people want to do these days,'' he said. GAAP is generally
accepted accounting principles.
     The Lindner family owns 44 percent of Provident Financial,
which has branches in Ohio, Kentucky and Florida. Lindner also
owns the Cincinnati Reds baseball team and is chief executive of
insurer American Financial Group Inc., Provident's biggest
shareholder.
     Regulators from the Federal Reserve Bank of Cleveland were to

**Bloomberg** - Your definitive source
If you need help on the BLOOMBERG press the HELP key twice
Copyright (c) 2004, Bloomberg, L. P.

BN        Provident Financial Says It Will Restate More Results (Update3)
          Apr 15 2003  10:57

begin an inspection of the bank ``relatively quickly,'' Carey said
in a conference call last month.
      Following the latest restatement, Provident said its earnings
for the year ended Dec. 31 were $95.5 million, or $1.88 a share,
compared with a loss of $1 million, or 4 cents a share, year
earlier.

--Jack Duffy and Chris Burritt in the New York newsroom (212) 940-
1694 or jduffy3@bloomberg.net. Editor: Hertling.

Story illustration: To compare the company's stock performance
with relevant indexes, see {PFGI US <Equity> COMP D <GO>}.

Company news: PFGI US <Equity> 5092Z US <Equity> 10182Z US
<Equity>

NI codes: NI US NI COS NI ERN NI WARN NI FIN NI BNK NI CORPFIN NI
ACC


#<648901.52818>#


#<563213.1230382>#


#<708506.81751>#


#<708506.81751>#
-0- (BN ) Apr/15/2003 14:57 GMT

**Exhibit E**

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

## Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

March 5, 2003
(Date of Report - Date of Earliest Event Reported)

**PROVIDENT FINANCIAL GROUP, INC.**

(Exact Name of Registrant as Specified in Charter)

Ohio
(State or Other Jurisdiction of Incorporation)

1-8019

(Commission File Number)

31-0982792

(IRS Employer Identification Number)

One East Fourth Street, Cincinnati, Ohio 45202
(Address of Principal Executive Offices) (Zip Code)

**1-800-851-9521 or 513-345-7102**

(Registrant's Telephone Number, Including Area Code)

<original-page -1- >

Item 5.   Other Events and Required FD Disclosure.
----------------------------------------------------

On March 5, 2003, the Registrant issued the press release filed as Exhibit 99.

Item 7.  Financial Statements, Pro Forma Financial Information and Exhibits.
---------------------------------------------------------------------------

(c) Exhibit 99 Press Release Dated March 5, 2003.

<original-page -2- >

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| **As Reported** | | | | | | |
| Net Income | $ 119.4 | $ 23.3 | $ 73.6 | $ 150.9 | $ 122.4 | $ 114.7 |
| Earnings Per Share | $ 2.35 | $ 0.45 | $ 1.46 | $ 3.08 | $ 2.48 | $ 2.38 |
| **Restated** | | | | | | |
| Net Income | $ 99.3 | $ 3.2 | $ 57.7 | $ 139.6 | $ 120.4 | $ 113.8 |
| Earnings Per Share | $ 1.96 | $ 0.05 | $ 1.15 | $ 2.85 | $ 2.44 | $ 2.36 |
| **Variance** | | | | | | |
| Net Income | $ (20.1) | $ (20.1) | $ (15.9) | $ (11.3) | $ (2.0) | $ (0.9) |
| Earnings Per Share | $ (0.39) | $ (0.40) | $ (0.31) | $ (0.23) | $ (0.04) | $ (0.02) |

The chart below shows as reported and restated end of period assets for the years 1997 through 2002.

**End of Period Assets**
**($ in millions)**

| | Year Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2001 | 2000 | 1999 | 1998 | 1997 |
| **As Reported** | | | | | | |
| Total Assets | $16,721.2 | $15,573.6 | $ 13,857.4 | $ 10,537.9 | $8,949.7 | $7,946.6 |
| **Restated** | | | | | | |
| Total Assets | $17,534.4 | $16,540.0 | $ 14,982.5 | $ 11,821.1 | $9,581.4 | $8,269.4 |
| **Variance** | | | | | | |
| Total Assets | $ 813.2 | $ 966.4 | $ 1,125.1 | $ 1,283.2 | $ 631.7 | $ 322.8 |