# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## FORM 10-K

Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

For the Fiscal Year Ended December 31, 2002

Commission File No. 1-8019

**PROVIDENT FINANCIAL GROUP, INC.**

Incorporated Under the Laws of Ohio

IRS Employer I.D. No. 31-0982792

One East Fourth Street, Cincinnati, Ohio 45202
Phone: 1-800-851-9521 or 513-345-7102

Securities Registered Pursuant to Section 12(b) of the Act: None

Securities Registered Pursuant to Section 12(g) of the Act: Common Stock, Without Par

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months, and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and need not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act). Yes [X] No [ ]

As of February 28, 2003, there were 48,787,190 shares of the Registrant's Common Stock outstanding. The aggregate market value of the Common Stock held by non-affiliates at June 30, 2002, was approximately $776,037,000 (based upon non-affiliated holdings of 26,751,000 shares and a market price of $29.01 per share).

Documents Incorporated by Reference:

Proxy Statement for the 2002 Annual Meeting of Shareholders (portions which are incorporated by reference into Part III hereof).

Please address all correspondence to:

| | 2002 | | | | 2001 | | | |
|---|---|---|---|---|---|---|---|---|
| | Fourth Quarter | Third Quarter | Second Quarter | First Quarter | Fourth Quarter | Third Quarter | Second Quarter | First Quarter |
| High Close | $28.05 | $29.51 | $31.35 | $29.97 | $26.29 | $35.09 | $33.37 | $37.38 |
| Low Close | 21.48 | 24.28 | 24.42 | 22.17 | 21.41 | 24.90 | 27.06 | 25.88 |
| Period End Close | 26.03 | 25.09 | 29.01 | 28.80 | 26.28 | 25.25 | 32.92 | 28.13 |
| Cash Dividends | .24 | .24 | .24 | .24 | .24 | .24 | .24 | .24 |

At March 31, 2003, there were 4,942 holders of record and an additional 11,413 non-registered or "street name" holders of Provident's Common Stock.

Provident paid dividends on its Common Stock of $47.4 million and $47.1 million during 2002 and 2001, respectively, and $0.9 million on its Preferred Stock for both years. Provident's quarterly dividend rate per share was $.24 for 2002 and 2001. It is expected that in the next several years, Provident's (Parent's) revenues will consist principally of dividends paid to it by its subsidiaries and interest generated from investing activities. A discussion of limitations and restrictions on the payment of dividends by subsidiaries to Provident is contained under ITEM 7 "Management's Discussion and Analysis of Financial Condition and Results of Operations - Liquidity" and Note 26 included in "Notes to Consolidated Financial Statements."

<original-page -5- >

PROVIDENT FINANCIAL GROUP, INC. AND SUBSIDIARIES

ITEM 6. SELECTED FINANCIAL DATA

| (Dollars In Millions Except Per Share Amounts) | For Year Ended December 31, 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|
| Earnings: | | | | | |
| Total Interest Income | $ 841 | $ 973 | $ 906 | $ 680 | $ 657 |
| Total Interest Expense | (526) | (703) | (662) | (430) | (403) |
| Net Interest Income | 315 | 270 | 244 | 250 | 254 |
| Provision for Loan and Lease Losses | (99) | (216) | (133) | (46) | (29) |
| Noninterest Income | 805 | 757 | 660 | 537 | 279 |
| Noninterest Expense | (876) | (813) | (680) | (544) | (323) |
| Income (Loss) Before Income Taxes | 145 | (2) | 91 | 197 | 181 |
| Applicable Income Taxes | (50) | 1 | (34) | (70) | (63) |
| Net Income (Loss) | $ 95 | $ (1) | $ 57 | $ 127 | $ 118 |
| Per Common Share Data: | | | | | |
| Basic Earnings (Loss) | $ 1.94 | $ (0.04) | $ 1.14 | $ 2.66 | $ 2.47 |
| Diluted Earnings (Loss) | 1.88 | (0.04) | 1.12 | 2.58 | 2.38 |
| Dividends Paid | .96 | .96 | .96 | .88 | .80 |
| Book Value | 17.91 | 16.15 | 18.79 | 17.89 | 16.30 |

# Exhibit F

# Exhibit 6 – Regression Equation and Event Study Results for March 5, 2003

PFGI vs S&P Midcap Banks Index
Control period: 2002

| *Regression Statistics* | |
|---|---|
| Multiple R | 0.74996 |
| R Square | 0.56244 |
| Adjusted R Square | 0.56069 |
| Standard Error | 0.01444 |
| Observations | 252 |

ANOVA

| | *df* | *SS* | *MS* | *F* | *Significance F* |
|---|---|---|---|---|---|
| Regression | 1 | 0.06699 | 0.06699 | 321.34970 | 0.00000 |
| Residual | 250 | 0.05211 | 0.00021 | | |
| Total | 251 | 0.11910 | | | |

| | *Coefficients* | *Standard Error* | *t Stat* | *P-value* | *Lower 95%* | *Upper 95%* | *Lower 95.0%* | *Upper 95.0%* |
|---|---|---|---|---|---|---|---|---|
| Intercept | (0.00007) | 0.00091 | (0.08092) | 0.93557 | (0.00187) | 0.00172 | (0.00187) | 0.00172 |
| X Variable 1 | 0.99827 | 0.05569 | 17.92623 | 0.00000 | 0.88859 | 1.10794 | 0.88859 | 1.10794 |

| Date | PFGI Price | S&P Index | PFGI Return | S&P Return | Pred. Return | Res. Return | T-stat |
|---|---|---|---|---|---|---|---|
| 28-Feb-03 | $28.91 | 359.95 | 0.9% | 0.4% | 0.4% | 0.6% | 0.383 |
| 3-Mar-03 | $28.63 | 358.44 | -1.0% | -0.4% | -0.4% | -0.5% | (0.376) |
| 4-Mar-03 | $28.07 | 354.92 | -2.0% | -1.0% | -1.0% | -1.0% | (0.671) |
| 5-Mar-03 | $22.46 | 354.69 | -20.0% | -0.1% | -0.1% | -19.9% | (13.793) |
| 6-Mar-03 | $21.57 | 351.73 | -4.0% | -0.8% | -0.8% | -3.1% | (2.162) |
| 7-Mar-03 | $21.95 | 353.89 | 1.8% | 0.6% | 0.6% | 1.2% | 0.801 |
| 10-Mar-03 | $21.36 | 343.61 | -2.7% | -2.9% | -2.9% | 0.2% | 0.152 |