# Exhibit C

## BARRETT & WEBER
### A LEGAL PROFESSIONAL ASSOCIATION

C. FRANCIS BARRETT
H. PATRICK WEBER
MICHAEL R. BARRETT
M. MICHAEL FLEMING
JANET L. BELL
THOMAS W. BREIDENSTEIN
KENNETH J. IRWIN
KARYL K. HAFFNER
STEPHANIE K. BOWMAN

500 FOURTH & WALNUT CENTRE
105 EAST FOURTH STREET
CINCINNATI, OHIO 45202-4015

TELEPHONE (513) 721-2120
FACSIMILE (513) 721-2139

September 2, 2004

Michael G. Brautigam, Esq.
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219

via fax @ 221-1097 and U.S. Mail

Re: Thiemann v. OHSL Financial Corp.
Case No. C-1-00-793-SSB-TSH

Dear Mr. Brautigam:

In response to your letter of August 31, 2004, we respectfully decline to withdraw or amend our objections to your subpoena.

Very truly yours,

BARRETT & WEBER

Thomas W. Breidenstein

cc: Patrick F. Fischer, Esq.
Michael R. Barrett, Esq.