UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Walter W. Thiemann, et al. ) | Case No. C-1-00-793 |
| ) | |
| Plaintiff, ) | (Judge Sandra S. Beckwith) |
| ) | |
| -v- ) | Magistrate Judge Timothy Hogan |
| ) | |
| OHSL Financial Corp., et al. ) | |
| ) | <u>NOTICE OF EXPERT DEPOSITION OF</u> |
| Defendant. ) | <u>CANDACE L. PRESTON, C.F.A</u> |
| ) | |

    Please take notice that, by agreement of the parties, the OHSL and Provident Defendants, by and through counsel, will take the deposition of Plaintiffs' expert witness Candace L. Preston, C.F.A. on Friday, October 22, 2004, beginning at 9:00 a.m. and continuing from day to day until completed. The deposition will take place at Esquire Deposition Service, 216 E. 45th Street, New York, New York, 10017. Such deposition will be recorded by stenographic means. The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure and may be used for all purposes permitted therein.

    The deponent is required, pursuant to Rule 30 of the Federal Rules of Civil Procedure, to produce the following at the deposition:

    1.    Her entire file with regard to this matter;

    2.    All reports, affidavits, correspondence, memoranda, charts, demonstrative exhibits, analysis, or other materials, prepared in connection with this action, as well as all drafts of such documents;

3. All documents relating to the compensation to be paid to the deponent for serving as an expert in this matter;

4. All documents relating to prior engagements and prior business relationships (and all compensations paid in connection therewith) involving the deponent and any of the following:

    (a) Gene Mesh, Esq.;

    (b) Michael Brautigam, Esq.; and

    (c) Gene Mesh and Associates.

(5) All documents, data or information which the deponent received, reviewed, considered, or upon which he relied in any manner, in formulation the opinion(s) to be offered at trial or which relate to the basis or reasons for such opinion(s).

If advised by counsel for Plaintiff that formal process is necessary, Defendants will serve the witness with a subpoena under Ohio Civil Rule 45 to compel attendance at the deposition and production of the requested documents.

        Respectfully submitted,


        ___s/James H. Greer_____
        David C. Greer (0009090), Trial Attorney
        James H. Greer (0046555)
        BIESER, GREER & LANDIS LLP
        400 National City Center
        Six North Main Street
        Dayton, Ohio 45402
        Tel: (937) 223-3277
        Fax: (937) 223-6339
        Email: dcg@bgllaw.com
        Email: jhg@bgllaw.com
        *Attorney for Provident Defendants*

OF COUNSEL:
James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202
(513) 579-6400

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 18, 2004, I electronically filed the NOTICE OF EXPERT DEPOSITION with the Clerk of Courts, using the CM/ECF System which will send notification electronically to the following:

Gene I. Mesh *(via U.S. Mail only)*　　　　　　Michael G. Brautigam
Gene Mesh & Associates　　　　　　　　　　　Gene Mesh & Associates
2605 Burnet Avenue　　　　　　　　　　　　　2605 Burnet Avenue
Cincinnati, Ohio 45219-2502　　　　　　　　　Cincinnati, Ohio 45219-2502
*Attorney for Plaintiff*　　　　　　　　　　　　*Attorney for Plaintiff*

John W. Hust
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249
*Attorneys for Dinsmore Defendants*

                s/James H. Greer
                James H. Greer

1350879.1