UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Walter W. Thiemann, et al.,
    Plaintiffs

v.                                     Case No.   1:00-cv-793

OHSL Financial Corporation,
et al.,
    Defendants

**ORDER**

The undersigned hereby recuses herself from this case. The Clerk is hereby directed to reassign this case to another District Judge.

    **SO ORDERED**.

Date: October 20, 2004                              s/Sandra S. Beckwith
                                                        Sandra S. Beckwith, Chief Judge
                                                        United States District Court