UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WALTER W. THIEMANN, et al.,

    Plaintiffs,

-vs-                                      1:00-cv-793

OHSL FINANCIAL CORPORATION, et al.,

    Defendants.

**NOTICE**

The above-captioned case is **REASSIGNED** from the docket of the Honorable Sandra S. Beckwith to the docket of the **Honorable Susan J. Dlott**.

                                s/Karen F. Jones
                                Karen F. Jones
                                Division Manger