UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, *et al.*, | ) Case No. C-1-00-793 |
| Plaintiffs, | ) (Judge Sandra S. Beckwith) |
| -v- | ) (Magistrate Judge Timothy S. Hogan) |
| OHSL FINANCIAL CORPORATION, *et al.*, | ) |
| Defendants. | ) |

### THE PROVIDENT AND OHSL DEFENDANTS' MOTION FOR RECONSIDERATION OF JUDGE BECKWITH'S ORDER OF RECUSAL

On October 20, 2004, Judge Beckwith issued an order recusing herself from this case. (Doc. 401) Counsel for the Provident and OHSL Defendants checked the PACER system and noticed that Judge Beckwith also recused herself from several other cases that same day. The common denominator appears to be that Judge Beckwith has recused herself from all cases in which the Graydon Head & Ritchey firm appeared as counsel. To the extent the appearance of a Graydon Head & Ritchey lawyer is the reason Judge Beckwith recused herself from this case, Defendants would respectfully like to point out to the Court that the Graydon Head & Ritchey firm was involved in this case for a comparatively brief period of time and is no longer involved in this case. Graydon Head & Ritchey withdrew from this case on March 3, 2004. (Doc. 292)

This case has now been pending since September 20, 2000. The parties are one month away from completing all discovery, including expert discovery. This Court is readily familiar with the facts and legal issues involved in this case, which have been briefed *ad nauseam* in motions to dismiss and summary judgment motions filed by the various parties. There have been 401 docket entries in this case. Several motions are pending, including motions to dismiss,

- 2 -

motions for summary judgment, and a motion for class certification. In the interest of judicial efficiency, and given that the Graydon Head & Ritchey firm is no longer involved in the case, the Provident and OHSL Defendants respectfully request that Judge Beckwith reconsider her order of recusal to the extent it's based on Graydon Head & Ritchey's involvement.

          Respectfully submitted,

/s/ James H. Greer
David C. Greer
James H. Greer
BEISER, GREER AND LANDIS, LLP
400 National City Center
6 North Main Street
Dayton, Ohio 45402
Tel: (937) 223-3277
Fax: (937) 223-6333
Email: dcg@bgllaw.com; jhg@bgllaw.com
Attorneys for OHSL and Provident
Defendants

OF COUNSEL:

James E. Burke
Rachael A. Rowe
KEATING, MUETHING & KLEKAMP PLL
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of THE PROVIDENT AND OHSL DEFENDANTS' MOTION FOR RECONSIDERATION OF JUDGE BECKWITH'S ORDER OF RECUSAL was served upon the following, via electronic mail, this 22st day of October, 2004.

Michael G. Brautigam
Gene I. Mesh
Gene Mesh & Associates
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502

*Attorneys for Plaintiffs*

John W. Hust
Michael E. Maundrell
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249

*Attorneys for Dinsmore Defendants*

James E. Gauch
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

*Attorney for Defendant Ernst & Young*

Michael R. Barrett
Thomas W. Breidenstein
Barrett & Weber
500 Fourth & Walnut Centre
105 East Fourth Street
Cincinnati, Ohio 45202-4015

*Attorneys for KMK Defendants*

/s/ James H. Greer
James H. Greer

1352341.1