IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Walter W. Thiemann, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:00-CV-793 |
| ) | |
| vs. ) | |
| ) | |
| OHSL Financial Corporation, ) | |
| <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

<u>O R D E R</u>

The order of recusal (Doc. No. 401) was inadvertently issued and it is, therefore, withdrawn. The Clerk of Court is directed to return the case to this Court's docket.

**IT IS SO ORDERED**

Date October 22, 2004                   s/Sandra S. Beckwith
                                        Sandra S. Beckwith, Chief Judge
                                        United States District Judge