**Key events and filings involving Graydon Head & Ritchey**

| Doc. No. | Date | Description |
|---|---|---|
| Doc. 215 | 10/20/03 | Order granting Motion to Disqualify KMK |
|  | 11/03/03 | Graydon, Head & Ritchey first appear in the case |
| Doc. 220 | 11/04/03 | Minute Entry for Proceedings before Judge Timothy S. Hogan (Pinney) |
| Doc. 222 | 12/02/03 | Objection to Scheduling Order (Debbler) |
| Doc. 224 | 12/09/03 | Minute Entry (Pinney) |
| Doc. 225 | 12/10/03 | Motion to take Depositions (Debbler / Pinney) |
| Doc. 226 | 12/15/03 | Memorandum in Opposition to Objection to Scheduling Order (Pinney) |
| Doc. 233 | 12/31/03 | Motion for Class Certification (Debbler) |
| Doc. 235 | 01/07/04 | Reply in further support (Pinney) |
| Doc. 239 | 01/12/04 | Status Report and Joint Position Paper (Pinney) |
| Doc. 240 | 01/16/04 | Minute Entry (Pinney) |
| Doc. 242 | 01/20/04 | Response in Opposition re 230 Motion (Debbler) |
| Doc. 244 | 01/21/04 | Response in Opposition re 233 Motion (Debbler) |
| Doc. 246 | 01/22/04 | Motion to Dismiss (Pinney) |
| Doc 253 | 01/30/04 | Motion to Dismiss (Pinney) |
| Doc. 262 | 02/05/04 | Response in Opposition to 261 Motion to Strike Defendants Motion to Dismiss 253 and 256 (Pinney) |
| Doc. 264 | 02/06/04 | Amended Motion to Dismiss (Pinney) |
|  | 02/11/04 | Unauthorized Letter from John Pinney, Esq. to the Honorable Judge Sandra S. Beckwith |
| Doc. 269 | 02/12/04 | Response in Opposition re 249 Motion for Partial Summary Judgment (Pinney) |
| Doc 270 | 02/12/04 | Cross Motion for Summary Judgment on Plaintiffs Section 11 Restatement Claim (Pinney) |
| Doc 271 | 02/12/04 | Motion for Extension of Time to Retain an Expert (Pinney) |
| Doc. 292 | 03/03/04 | Notice of Appearance by James H. Greer |

EXHIBIT B