UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WALTER W. THIEMANN, et al., : | Case No. C-1-00-793 |
| Plaintiff : | Judge Sandra S. Beckwith |
| : | Magistrate Judge Timothy S. Hogan |
| v. : | |
| OHSL FINANCIAL CORP. et al., : | **NOTICE OF APPEAL** |
| Defendants : | |

**PLAINTIFFS' NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Walter Thiemann, et al. on behalf of himself and those similarly situated, Plaintiffs in the above case, hereby appeal the termination of this case to the United States Court of Appeals for the Sixth Circuit.

Respectfully Submitted,

GENE MESH & ASSOCIATES

Dated: 1 December 2004

By: _____

Gene Mesh (0002076)
Michael Brautigam
2605 Burnet Avenue
Cincinnati, Ohio 45219-2502
513 221 8800
513 221 1097 fax

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Plaintiffs' NOTICE OF APPEAL was served this 1st day of December 2004 by fax:

James E. Burke, Esq.
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202-3752
513/579-6457

Michael R. Barrett, Esq.
Barrett & Weber
105 E. Fourth Street
Suite 500, Fourth and Walnut Centre
Cincinnati, Ohio 45202-4015
513/721-2139

Michael E. Maundrell, Esq.
John W. Hust, Esq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249.
513/583-4203

David Greer, Esq.
Bieser, Greer & Landis, LLP
400 National City Center
6 North Main Street
Dayton, OH 45402-1908
937/223-6339

James Gauch
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001-2113
202/626-1700

Yvonne Belisle