```
Wed Dec  1 14:46:05 2004

    UNITED STATES DISTRICT COURT

    CINCINNATI, OH

Receipt No.   100 424929
Cashier         mci

Check Number:  1157

DO Code     Div No
 4661         1

Sub Acct Type Tender      Amount
1:086900  N     2         105.00
2:510000  N     2         150.00

Total Amount        $     255.00

MICHAEL BRAUTIGAM

NOTICE OF APPEAL 1:00CV793




Wed Dec  1 14:46:05 2004

Check No.  1157
Amount$   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```