READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

**TRANSCRIPT ORDER**

| District Court | District Court Docket Number |
|---|---|
| Southern District of OH, Western Division | C-1-00-793 |

Short Case Title: Thiemann v. OHSL, et al

Date Notice of Appeal Filed by Clerk of District Court: December 1, 2004     COA# 04-4513

FILED 05 JAN -5 AM 10:2_  US DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI — JAMES BONINI CLERK

**PART I.** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED)

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in District Court Clerk's Office
- ☐ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

JUDGE MAGISTRATE          HEARING DATE(S)          COURT REPORTER

Pre-trial proceedings _____

Testimony (specify witnesses) _____

Other (specify) _____

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24

Voir Dire ☐ ; Opening statement of plaintiff ☐ defendant ☐ ;
Closing argument of plaintiff ☐ defendant ☐ ;
Jury instructions ☐ ;

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Criminal Justice Act (Attach copy of CJA from 24)
- ☐ Private funds

Date _____

Signature _____  Print Name _____  Counsel for _____
Address _____                                Telephone _____

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II.**  COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP (10)(b)

_____ Date     _____ Signature of Court Reporter     _____ Telephone

**PART III.**  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages                    _____ Actual Number of Volumes

_____ Date                    Signature of Court Reporter

6CA-30 3-94            Copy 6-Appellant's Copy to be sent to the District Court upon completion of Part I