UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER W. THIEMANN, et al., | : | Case No. C-1-00-793 |
| | : | |
| Plaintiff | : | Judge Sandra S. Beckwith |
| | : | Magistrate Judge Timothy S. Hogan |
| | : | |
| v. | : | |
| | : | |
| OHSL FINANCIAL CORP. et al., | : | **AMENDED NOTICE OF APPEAL** |
| | : | |
| Defendants | : | |
| | : | |

---

**PLAINTIFFS' AMENDED NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Walter Thiemann, et al. on behalf of himself and those similarly situated, Plaintiffs in the above case, hereby amend the previously filed Notice of Appeal regarding the termination of this case to the United States Court of Appeals for the Sixth Circuit, as follows.

The following Orders are being appealed from:

| | Doc. No. | Brief Description | Date |
|---|---|---|---|
| 1. | Doc. No. 46 | ORDER, Granting in part and denying in part: Motion is granted to alleged misrepresentations 1,2,4 and 6-11; the motion is denied with respect to alleged misrepresentations 3, 5, and 12; Paragraphs 56 and 62 of the Complaint are stricken; Motion to Dismiss Counts II and VI is granted.  Motion to dismiss Counts III and VI is denied as to Defendant Hanauer. | 7/25/01 |
| 2. | Doc. No. 82 | OPINION & ORDER, Directing the Clerk to vacate the entry of Plaintiffs Amended Complaint and to redocket as a motion for leave to file Amended Complaint; Defendants may file opposition and plaintiff may file reply memorandum; Defendants Objection to the Scheduling Order established by Magistrate Judge is sustained. | 3/7/02 |

3.  Doc. No. 85    ORDER, Granting Motion for Protective Order; all    3/12/02
    discovery and briefing on plaintiffs motion to
    disqualify is stayed until the Court rules upon
    plaintiffs motion for leave to amend; If Court rejects
    any amendment to the Complaint discovery shall
    proceed immediately; Defendants to file memoranda
    opposing plaintiffs motion to disqualify.

4.  Doc. No. 102    ORDER, Clarifying that all discovery is stayed    5/8/02
    pending ruling on plaintiffs motion for leave to
    amend Complaint.

5.  Doc. No. 117    ORDER, Granting Motion for Protective Order    8/20/02
    related to the deposition of defendants; Depositions
    will take place on 8/27/02 and 9/4/02.

6.  Doc. No. 120    ORDER, The subpoena issued to Mr. Burke is hereby    8/26/02
    quashed and no attorney for any party to this case
    shall be noticed or subpoenaed for any deposition
    without prior approval of the Court.

7.  Doc. No. 169    ORDER, Denying Motion by Plaintiffs to Compel    6/10/03
    production of documents pursuant to subpoena issued
    to Ernst & Young and for attorney fees incurred in
    the cost of bringing this motion.

8.  Doc. No. 172    ORDER, Granting Motion to Extend time for filing    6/19/03
    reply brief in support of motion to disqualify and
    additional twenty days from the Court's decision on
    the objection to the Order quashing subpoena of
    James E. Burke.

9.  Doc. No. 214    ORDER, Denying Motion for Recusal.    10/7/03

10. Doc. No. 215    ORDER, Granting Motion to Disqualify KMK;    10/20/03
    Objection to Magistrate Judge Order; Motion for
    Reconsideration Granted; Motion for Leave to File
    Second Amended Complaint.    This case is
    CONSOLIDATED with C-1-02-613 and that case be
    CLOSED for statistical purposes.

11. Doc. No. 227    ORDER, Granting Motion for Reconsideration the    12/15/03
    order certifying the class; Plaintiff may file a new
    Motion to Certify as a class action.

12. Doc. No. 229    ORDER, Entered in re: Deposition of Mr. Brinker,    12/24/03
    and other OHSL Directors.

13. Doc. No. 241    ORDER, re Telephone Conference.    1/16/04

14.  Doc. No. 295   ORDER, That no further deposition of Mr. Brinker   3/5/04
                    shall be taken.

15.  Doc. No. 303   ORDER, Denying Motion to take the deposition of   3/24/04
                    Gary Kreider and David Rosenberg.

16.  Doc. No. 313   ORDER, Denying Plaintiffs objections, Denying   4/12/04
                    Plaintiff's motion to take depositions.

17.  Doc. No. 336   ORDER, Granting Ernst & Young's Motion to   5/28/04
                    Dismiss; A Motion to Reconsider will not be
                    entertained.

18.  Doc. No. 338   ORDER, Granting Defendant's KMK and Mark   6/4/04
                    Weiss' Motion to Dismiss; Motion to Reconsider this
                    motion will not be entertained.

19.  Doc. No. 349   ORDER, Denying striking from the record; Denying   7/9/04
                    motion to quash; Deny motion to strike; Motion to
                    Stay, additionally, 8/31/2004 shall be the deadline for
                    identifying experts; Plaintiff is granted one additional
                    hour with respect to the deposition of Carey, Cook
                    and Holderson; Status Conference set 8/3/2004.

20.  Doc. No. 363   ORDER, re Status Conference conducted on   8/5/04
                    8/2/2004; The Court sees no reason why Mr. Carey
                    cannot be deposed via video conference in California
                    with all documents to be forwarded in advance of the
                    deposition.  This matter has been continued for a
                    status conference for 9/7/2004 at 10:00 a.m.

21.  Doc. No. 369   ORDER, Granting Motion for Order to Maintain   8/18/04
                    Confidentiality and Declaring Proper Designation of
                    PricewaterhouseCoopers Report as "Confidential"
                    pursuant to 10/1/01 Stipulated Protected Order by
                    Defendant Provident.

22.  Doc. No. 404   ORDER, withdrawing 401 Order of Recusal and   10/22/04
                    directing return of this case to the active docket.
                    Signed by Judge Sandra S. Beckwith.

23.  Doc. No. 406   ORDER, granting 249 Defendant Provident's Motion   10/28/04
                    for Partial Summary Judgment, denying 270
                    Plaintiffs' Motion for Summary Judgment, finding as
                    moot 280 Motion to Strike the affidavit of Tayfun
                    Tuzun.

24.  Doc. No. 407   ORDER, granting 246 Defendants' Dinsmore &   10/28/04
                    Shohl, Clifford Roe and Charles Hertlien's Motion to
                    Dismiss.

25. Doc. No. 409    ORDER, (mistakenly listed in the docket sheet as)    11/5/04
                    granting in part and denying in part Defendants'
                    Amended Motion to dismiss 264; denying [315]
                    Plaintiffs' Motion for Summary Judgment.

26. Doc. No. 410    ORDER, granting in part and denying in part 358    11/5/04
                    Motion for Protective Order, denying 378 Motion to
                    Strike, denying 385 Motion for Contempt.


                                    Respectfully Submitted,

                                    GENE MESH & ASSOCIATES

Dated:  12 January 2005

                          By:    s/ Michael G. Brautigam
                                 Gene Mesh (0002076)
                                 Michael Brautigam
                                 2605 Burnet Avenue
                                 Cincinnati, Ohio 45219-2502
                                 513 221 8800
                                 513 221 1097 fax

4

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Plaintiffs' AMENDED NOTICE OF APPEAL was served this 12th day of January as per the ECF system:

James E. Burke, Esq.
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202-3752

Michael R. Barrett, Esq.
Barrett & Weber
105 E. Fourth Street
Suite 500, Fourth and Walnut Centre
Cincinnati, Ohio 45202-4015

Michael E. Maundrell, Esq.
John W. Hust, Esq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249 .

David Greer, Esq.
Bieser, Greer & Landis, LLP
400 National City Center
6 North Main Street
Dayton, OH 45402-1908

James Gauch
Jones Day
51 Louisiana Avenue NW
Washington, D.C.  20001-2113

/s/ Yvonne Belisle
Yvonne Belisle

5