UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GARY MEIER, LISA MEIER<br>C-F LINDSEY MEIER<br><br>Plaintiffs,<br><br>v.<br><br>OHSL FINANCIAL CORP. et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. C-1-00-793<br><br>Judge Sandra S. Beckwith<br>Magistrate Judge Timothy S. Hogan<br><br><br><br>**AMENDED NOTICE OF APPEAL** |

**PLAINTIFFS' AMENDED NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Gary & Lisa Meier on behalf of themselves and those similarly situated, Plaintiffs in the above case, hereby amend the previously filed Notice of Appeal regarding the termination of this case to the United States Court of Appeals for the Sixth Circuit. The above-captioned case was previously consolidated with the Thiemann action, Case No. C-1-00-793, which is also being appealed, as follows.

The following Orders are being appealed from:

| | Doc. No. | Brief Description | Date |
|---|---|---|---|
| 1. | Doc. No. 26 | Order Staying Case | 9/30/03 |
| 2. | Doc. No. 215 (in the consolidated *Thiemann* action) | Order 'closing' Meier and consolidating with Thiemann and preventing Plaintiffs from amending the complaint, case jointly captioned with Thiemann. | 10/20/03 |

                                                Respectfully Submitted,

                                                GENE MESH & ASSOCIATES

Dated:  12 January 2005

                                   By:    <u>s/Michael G. Brautigam</u>
                                                        Gene Mesh (0002076)
                                                        Michael Brautigam
                                                        2605 Burnet Avenue
                                                        Cincinnati, Ohio 45219-2502
                                                        513 221 8800
                                                        513 221 1097 fax

**CERTIFICATE OF SERVICE**

This is to certify that a true and accurate copy of the foregoing Plaintiffs' AMENDED NOTICE OF APPEAL was served this 12th day of January as per the ECF system:

James E. Burke, Esq.
Keating, Muething & Klekamp, P.L.L.
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202-3752

Michael R. Barrett, Esq.
Barrett & Weber
105 E. Fourth Street
Suite 500, Fourth and Walnut Centre
Cincinnati, Ohio 45202-4015

Michael E. Maundrell, Esq.
John W. Hust, Esq.
Schroeder, Maundrell, Barbiere & Powers
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249 .

David Greer, Esq.
Bieser, Greer & Landis, LLP
400 National City Center
6 North Main Street
Dayton, OH 45402-1908

James Gauch
Jones Day
51 Louisiana Avenue NW
Washington, D.C. 20001-2113

              /s/ Yvonne Belisle
              Yvonne Belisle