# EXHIBIT C

# EXHIBIT C



# SUFFOLK UNIVERSITY
*Beacon Hill*
*8 Ashburton Place*
*Boston, Massachusetts 02108-2770*

*Frank Sawyer School of Management*
*Accounting Department*

James E. Burke
1400 Provident Tower
One East Fourth Street
Cincinnati, Ohio 45202

*phone: (617) 573-8652*
*fax: (617) 573-8345*

October 22, 2004

Re: Payment for deposition of expert witness Ross D. Fuerman (OHSL/Provident litigation) in New York, 10/21/04, from 9:00 a.m. Until 7:00 p.m.

Dear Mr. Burke:

I request payment in the amount of $3592.45

The components of this payment are as follows:
| | |
|---|---:|
| Deposition fee: 10 hours @ $300 per hour | $3000.00 |
| Meals | 150.25 |
| Train to New York | 92.00 |
| Train home to Boston | 88.00 |
| Hotel | 262.20 |
| | **$3592.45** |

Documents (originals - in Auditing we know not to trust photocopies!) are attached.

The train home to Boston was less expensive. I missed the last decent train home and had to take the Regional Service at 3:15 a.m. It is less expensive than the Acela Express. Also, I considered, but rejected, the idea of staying overnight in New York. I did not think it fair to impose, at a minimum, an extra $262.20 on your firm. Tips, since they aren't documented in all cases, are generally ignored. Also, your co-defense counsel remained to the end, voicing frequent objections for the record, on behalf of the defendants.

Very truly yours,

Ross D. Fuerman
Associate Professor of Accounting