# EXHIBIT C

# EXHIBIT C

# FMA

**Financial Markets Analysis, LLC**

600 Alexander Road, Suite 2-B
Princeton, NJ 08540
T: 609-452-9500
F: 609-452-9881
www.fmaonline.biz

October 26, 2004

Michael G. Brautigam, Esq.
Gene Mesh Law Firm
2605 Burnett Avenue
Cincinnati, OH 45219

    RE: OHSL Financial Corp. Securities Litigation

Dear Mike:

    Enclosed is our invoice for services and expenses rendered in connection with the deposition in the above captioned matter. The invoice total is $4,423.80.

    Charges for professional services are $4,400.00 for 11 hours of travel and deposition time. I also incurred travel expenses of $23.80 encompassing $19.80 for the train from Princeton Junction to Penn Station and $4.00 for the subway.

    Should you any questions regarding these charges, don't hesitate to contact me.

                                    Sincerely yours,

                                    Candace L. Preston