# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| Walter W. Thiemann, on behalf of himself and of all others similarly situated, : : : | Case No. C-1-00-793 |
| Plaintiff, : | Judge Sandra S. Beckwith |
| vs. : | Magistrate Judge Hogan |
| OHSL Financial Corporation, et al. : | **AFFIDAVIT OF** |
| Defendants. : | **HARVEY RICHMAN, ESQ.** |

STATE OF OHIO          :
                       : SS:
COUNTY OF HAMILTON     :

**HARVEY RICHMAN**, being duly sworn, deposes and states as follows:

1.  I am an attorney licensed to practice in Ohio who has practiced in this state and in this district for approximately 9 years. I am admitted to practice before this Court and have been for 9 years. I am the proprietor of The Richman Law Office.

2.  I make this affidavit in support of Plaintiffs' Cross-Motion for Payment of Expert Fees and Expenses For Candace Preston and Michael Walker and Request for Sanctions (Doc. No. 419).

3.  I have personally reviewed the Order to Show Cause (Doc. No. 417), and the Burke Affidavit, attached as Exhibit A to Doc. No. 420.

4. I am generally familiar with Federal Rule 26 as outlined in the Order to Show Cause (Doc. No. 417).

5. The Burke Affidavit is contrary to my experience in both this state and this district. It is my understanding that the party seeking to take the expert's deposition is responsible for the expert's fee and expenses, and this has never been in serious dispute in any of my cases throughout my career.

**FURTHER AFFIANT SAYETH NAUGHT**



Harvey Richman

Sworn to before me and subscribed in my presence this 31st day of March, 2005.

FRANKLIN R. EVANS
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Date. Section 147.03 O.R.C.

2