# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Walter W. Thiemann,<br>on behalf of himself and of<br>all others similarly situated, | : <br> : <br> : | Case No. C-1-00-793 |
| | : | Judge Sandra S. Beckwith |
| Plaintiff, | : | |
| | : | Magistrate Judge Hogan |
| vs. | : | |
| | : | |
| OHSL Financial Corporation, et al. | : | **AFFIDAVIT OF** |
| Defendants. | : | **EDWARD LONG III, ESQ.** |

| | |
|---|---|
| STATE OF OHIO | : |
| | : SS: |
| COUNTY OF HAMILTON | : |

**EDWARD LONG III**, being duly sworn, deposes and states as follows:

1. I am an attorney licensed to practice in Ohio for more than 9 years. I am admitted to practice before this Court.

2. I make this affidavit in support of Plaintiffs' Cross-Motion for Payment of Expert Fees and Expenses For Candace Preston and Michael Walker and Request for Sanctions (Doc. No. 419).

3. I have personally reviewed the Order to Show Cause (Doc. No. 417), and the Burke Affidavit, attached as Exhibit A to Doc. No. 420.

4. I am generally familiar with Federal Rule 26 as outlined in the Order to Show Cause (Doc. No. 417).

1

ar 31 05 02:28p  p.1
MAR 31 2005 11:03AM  GENE MESH
Case 1:00-cv-00793-SSB-TSH    Document 421-4    Filed 04/01/2005    Page 3 of 3

5. The Burke Affidavit is contrary to my experience in both this state and this district. It is my understanding that the party seeking to take the expert's deposition is responsible for the expert's fee and expenses, and this has never been in serious dispute in any of my cases throughout my career.

**FURTHER AFFIANT SAYETH NAUGHT**



Edward Long III

NOTARY PUBLIC

Sworn to before me and subscribed in my presence this 31st day of March, 2005.

EDWARD JOSEPH GARRETT, JR., Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03

2