FILED
JAMES BONINI
CLERK

05 APR 27 AM 11:27

[DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI]

Case No: 04-4513: 04-4514

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

C-1-00-793

FILED
APR 26 2005
LEONARD GREEN, Clerk

WALTER W. THIEMANN, et al.,

    Plaintiffs - Appellants

v.

OHSL FINANCIAL CORPORATION, et al.,

    Defendants - Appellees

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the stipulation is **GRANTED** and the appeal is dismissed.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

*Leonard Green/NB*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By *Nancy Barnes*
    Deputy Clerk