*Office of the Clerk*
*United States District Court*
*103 Potter Stewart U.S. Courthouse*
*100 East Fifth Street*
*Cincinnati, Ohio  45202*
*513/564-7520*

January 10, 2006

All Counsel

    *RE:   1:00-cv-793, Thiemann v OHSL Financial Corp.*

    As you are aware, the appeal in the above captioned was closed on May 26, 2005.  Therefore, should you choose to retrieve any depositions filed on behalf of your client, please do so by January 20, 2006.  **Please call me to make arrangements**.  Any depositions not retrieved by this date will be discarded.

    Sincerely,


    s/Mary Brown
    Mary Brown
    Case Manager to Judge Beckwith

cc:  File